ORDERED.

Dated: June 13, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THE CENTER FOR SPECIAL NEEDS  Case No: 8:24-bk-00676-RCT
TRUST ADMINISTRATION, INC.,
                                                                Chapter 11
    Debtor.
_____/

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.,

    Plaintiffs,

v.  Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida
limited liability company and LEO J. GOVONI,
an individual,

    Defendants.
_____/

**ORDER GRANTING MOTION TO REDACT**
**AND RESTRICT ACCESS TO INFORMATION**

    **THIS CAUSE** came before the Court for consideration without hearing on the Motion

To Redact and Restrict Access to Information filed by Defendant Boston Finance Group, LLC

(Doc. 12) (the "Motion"). The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is

    **ORDERED**:

    1.    The Motion (Doc. 12) is **GRANTED.**

    2.    The Clerk is directed to restrict access to Boston Finance Group, LLC's Answer to *Plaintiff's Complaint for Damages and Other Relief* appearing at docket number 6.

Attorney Lara Roeske Fernandez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.