**[Dntcpsca]** [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:24−bk−00676−RCT |
| | Chapter 11 |
| The Center for Special Needs Trust Administration, Inc. | |
| _____Debtor*_____/ | |
| Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | |
| _____Plaintiff**_____ | |
| vs. | Adv. Pro. No. 8:24−ap−00139−RCT |
| Boston Finance Group, LLC | |
| Leo J. Govoni | |
| _____Defendant**_____/ | |

## NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held on July 23, 2024, at 01:30 PM , before the Honorable Roberta A. Colton, Judge United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

4. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/colton/.

5. Avoid Delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

| | |
|---|---|
| Dated: June 20, 2024 | FOR THE COURT |
| | Sheryl L. Loesch , Clerk of Court |
| | Sam M. Gibbons United States Courthouse |
| | 801 North Florida Avenue |
| | Suite 555 |
| | Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

**All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.