

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/23/2024 01:30 PM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **Chapter 11** | **04/25/2024** |
| **ADVERSARY:** 8:24-ap-00139-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:**     The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Pretrial/Status Conference
Complaint (Doc #1)
Answer (Doc #10)

**APPEARANCES:**: Steven Wirth; Burt McBride

**WITNESSES:**

**EVIDENCE:**

**RULING:** Pretrial/Status Conference -   CON'T STATUS CONFERENCE 9/9/24 @ 2:00 PM (AOCNFNG)   Complaint (Doc #1) Answer (Doc #10)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.