ORDERED.

Dated:  August 20, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Pro. No. 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

**AGREED ORDER GRANTING PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

77670668;1

This proceeding is before the Court upon the Motion for Partial Summary Judgment (Adv. Doc. 16) (the "Motion") filed by Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee"). By submission of this order for entry, counsel for the Chapter 11 Trustee represents to the Court that Defendants, Boston Finance Group, LLC ("BFG") and Leo J. Govoni ("Govoni") consent to its entry. Therefore, it is,

**ORDERED**:

1. The Motion is **GRANTED**.

2. The Chapter 11 Trustee, BFG, and Govoni have stipulated to the following facts that serve as the basis for this Order:

   i. On or about June 1, 2009, BFG entered into a Revolving Line of Credit Agreement with the Debtor reflected by various "Loan Documents"[1] which were were modified and delivered over time and are attached to the Complaint (Adv. Doc. No. 1).

   ii. Govoni executed a Guaranty by which Govoni personally guaranteed all amounts due by BFG under the Loan Documents (Compl. ¶ 74, Govoni Ans. ¶ 74, BFG Ans. ¶ 74).

   iii. The Loan Documents matured on January 1, 2017 (Compl. ¶ 73, Govoni Ans. ¶ 73, BFG Ans. ¶ 73).

   iv. BFG and Govoni are in default of the Loan Documents for failure to pay the full amount of the principal, interest, and other amounts due under the Loan Documents after the maturity date of January 1, 2017 (Compl. ¶ 81, Govoni Ans. ¶ 81, BFG Ans. ¶ 81).

---

[1] Capitalized terms used but not specifically defined herein shall have the respective meanings ascribed to them in the Complaint for Damages and Other Relief (the "Complaint") (Adv. Doc. 1).

77670668;1

3. Summary Judgment is granted as to Counts I and II of the Complaint for breach of the Loan Documents by BFG (Count I) and breach of the Guaranty by Govoni (Count II) as to liability only.

4. BFG and Govoni are liable to the Debtor, The Center for Special Needs Trust Administration, Inc., for all amounts due and owing under the Loan Documents.

5. The Court is specifically not making any findings except with respect to liability as to Counts I and II of the Complaint, and reserves jurisdiction as to the remaining Counts of the Complaint (Counts III-V), to determine the amount owed to the Debtor by BFG and Govoni under the Loan Documents, and for such other and further purposes as are appropriate to fully adjudicate this adversary proceeding.

6. The Court reserves the right to enter a partial final judgment on Counts I and II of the Complaint, pursuant to Federal Rule of Civil Procedure 54(b), upon determination of the appropriate sums due under Counts I and II of the Complaint.

7. This Order is without prejudice to the Chapter 11 Trustee's assertion of any other claims, causes of action, or other form of monetary or equitable relief against Defendants or any other parties.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

77670668;1