

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/09/2024 02:00 PM

COURTROOM  8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | **Chapter 11** | 04/25/2024 |
| **ADVERSARY:**  8:24-ap-00139-RCT | | **Pltf Atty:**  Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:**        The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg vs Boston Finance Group, LLC and Leo J. Govoni
Con't Pretrial/Status Conference
Complaint (Doc #1)
Answer (Doc #10)
Note: Prior Hearing: 7/23/24
Agreed Order Granting Motion For Partial Summary
Judgment (as to Counts I and II of the Complaint for
breach of the Loan Documents by BFG (Count I) and
breach of the Guaranty by Govoni (Count II) as to
liability only.) (Related Doc [16]) (Doc #20)
entered 8/20/24

**APPEARANCES:**: Steven Wirth; Lynn Sherman

**WITNESSES:**

**EVIDENCE:**

**RULING:** Con't Pretrial/Status Conference  -  CON'T TO 10/29/24 @ 2:00 PM (AOCNFNG)
Complaint (Doc #1)   Answer (Doc #10)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.