ORDERED.

Dated: October 21, 2024

*Roberta A. Colton*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 8:24-ap-00139-RCT |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

**AGREED ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE REPLY TO DEFENDANTS' RESPONSE IN
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (RE: DAMAGES)**

**THIS PROCEEDING** came before the Court on the *Agreed Motion for Extension of Time to File Reply to Defendants' Opposition to Motion for Summary Judgment (Re: Damages)*

78369525

("Motion") (ECF No. 27) filed by Plaintiff, Michael Goldberg, Chapter 11 Trustee of the Estate of Debtor The Center for Special Needs Trust Administration, Inc.(the "Chapter 11 Trustee") and the Court, having considered the Motion, and the agreement of the parties to the relief requested in the Motion, finds good cause exists to grant the Motion, and it is:

**ORDERED**:

1. The Motion is **GRANTED**.

2. The deadline for the Chapter 11 Trustee is extended to November 8, 2024.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

78369525