# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/29/2024 02:30 PM

COURTROOM  8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-00676-RCT** | **Chapter 11** | **04/25/2024** |
| **ADVERSARY:**  8:24-ap-00139-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:**         The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg vs Boston Finance Group, LLC and
Leo J. Govoni
Con't Pretrial/Status Conference
Complaint (Doc #1)
Answer (Doc #10)
Note: Prior Hearing: 7/23/24; 9/9/24
Agreed Order Granting Motion For Partial Summary
Judgment (as to Counts I and II of the Complaint for
breach of the Loan Documents by BFG (Count I)
and breach of the Guaranty by Govoni (Count II)
as to liability only.) (Related Doc [16]) (Doc #20)
entered 8/20/24

**APPEARANCES:**: Steven Wirth; Eric Koenig

**WITNESSES:**

**EVIDENCE:**

**RULING:** Con't Pretrial/Status Conference  -  CON'T TO 12/17/24 @ 2:00 PM (AOCNFNG)
 Complaint (Doc #1)   Answer (Doc #10)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.