**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                  Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Chapter 11

     Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

     Plaintiff,

v.                                                                        Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

     Defendants.

_____

### CHAPTER 11 TRUSTEE'S LIMITED OBJECTION TO DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BOSTON FINANCE GROUP, LLC AND LEO J. GOVONI

Plaintiff, Michael Goldberg,  as Chapter 11 Trustee of the estate of The Center for Special Needs Trust Administration, Inc., files this Limited Objection (the "Limited Objection") to the Defendants' Motion for Leave to Withdraw as Counsel for Defendants Boston Finance Group, LLC and Leo J. Govoni (Adv. Doc. 37), opposing (i) the withdrawal of Defendants' counsel until this Court issues its ruling on Plaintiff's fully briefed Damages Motion (defined below) and enters its final judgment in connection therewith, and (ii) the extension of any deadlines or continuation of any hearings related to the pending Damages Motion, including the Court's ruling on the

Damages Motion and entry of the final judgment in connection therewith, and further states as follows:

1.    The Chapter 11 Trustee filed his Motion for Summary Judgment (Re: Damages) (the "Damages Motion") on September 13, 2024 (Adv. Doc. 23). Defendants filed their opposition to the Damages Motion on October 7, 2024 (Adv. Doc. 26), and on December 6, 2024, the Chapter 11 Trustee filed his reply to Defendants' opposition to the Damages Motion (Adv. Doc. 36). The Damages Motion has been fully briefed and is ripe for ruling by the Court.

2.    On December 10, 2024 the Defendants filed their Motion for Leave to Withdraw as Counsel for Defendants Boston Finance Group, LLC and Leo J. Govoni. (Adv. Doc. 37) (the "Motion").

3.    In response to the Motion, Plaintiff files this Limited Objection, opposing the (i) withdrawal of Defendants' counsel until this Court issues its ruling and enters its final judgment, on Plaintiff's fully briefed Damages Motion, and (ii) the extension of any deadlines or continuation of any hearings related to the pending Damages Motion, including the Court's decision and entry of final judgment.[1]

4.    Plaintiff has conferred with counsel for the Defendants and they have agreed to remain as counsel for Defendants through the Court's ruling on the Damages Motion, including entry of the final judgment in connection therewith.

5.    Additionally upon conferral, Plaintiff and Defendants' counsel have agreed that any deadlines that are set or existing, other than those relating to the Damages Motion and the Court's

---

[1] Certainly, the narrow relief sought in this Limited Objection falls squarely within the Court's jurisdiction and authority. *See Garden v. Garden*, 834 So. 2d 190, 193 (Fla. 2d DCA 2002); *Elsawaf v. Elsawaf*, 385 So. 3d 1117, 1120–21 (Fla. 5th DCA 2024); *Preddy, Kutner, Hardy, Rubinoff, Brown & Thompson v. Kleinschmidt*, 498 So. 2d 453, 454 (Fla. 3d DCA 1986) (quoting *Fisher v. State*, 248 So. 2d 479, 486 (Fla. 1971)).

ruling on the Damages Motion, including entry of the final judgment in connection therewith, can be extended.

6.      Plaintiff maintains that the request to extend any set or existing deadlines relating to the Damages Motion, the Court's ruling on the Damages Motion, including, entry of the final judgment on the Damages Motion cannot be extended and any request regarding same should otherwise be denied.

WHEREFORE, Plaintiff, Michael Goldberg as Chapter 11 Trustee, respectfully requests the Court enter an order (i) denying Defendants' request to withdraw as counsel until the Court issues its ruling on the Damages Motion and enters its final judgment in connection with same; (ii) denying Defendants' request for an extension of all set or existing deadlines related to the pending Damages Motion, including the Court's ruling and entry of final judgment regarding same; and (iii) granting such other relief as this Court deems just and proper.

Dated this 13th day of December, 2024.

AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.:  18732
    Email:  raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

79164106;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Steven R. Wirth*
Attorney

79164106;1