ORDERED.

Dated: December 17, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
The Center for Special Needs
Trust Administration,
    Debtor.
_____

Case No. 8:24-bk-00676-RCT
Chapter 11

Michael Goldberg, as Chapter 11
Trustee of the estate of Debtor,
The Center for Special Needs Trust
Administration, Inc.,
    Plaintiff,
v.

Boston Finance Group, LLC,
and Leo J. Govani,
    Defendants.
_____/

Adv. Pro. 8:24-ap-00139-RCT

**ORDER DIRECTING THE PARTIES
TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**

THIS adversary proceeding was considered at a pretrial conference on December 17, 2024, during which the Court addressed Plaintiff's pending Motion for Summary Judgment and related filings. (Docs. 23, 26, 36). The Court noted certain deficiencies in the summary judgment record and directed the parties to supplement the record to address the deficiencies. As such, Plaintiff shall file a supplement by December 20, 2024, and Defendants shall file a

supplement by December 27, 2024.

It is **SO ORDERED.**

Service of this Order other than by CM/ECF is not required.  Local Rule 9013-3(b).