**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Chapter 11

Debtor.

---

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

Plaintiff,

v. Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

Defendants.

---

**NOTICE OF FILING SUPPLEMENTAL DECLARATION**

Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of The Center for Special Needs Trust Administration, Inc. (the "Debtor"), by and through undersigned counsel and pursuant to the Court's Order, hereby gives notice of filing the Supplemental Declaration of Kevin McCoy (*see* Doc. Nos. 23, 26, 36, and 40).

1. A true and correct summary of Boston Finance Group LLC's ("BFG") annual balance sheets at year-end beginning December 31, 2010 through August 6, 2024, is attached to the Supplemental Declaration as **Exhibit 1**.[1]

---

[1] While the Chapter 11 Trustee's professionals have determined that the books and records of the Debtor and other entities under the control of Leo Govoni ("Govoni") cannot always be relied upon, BFG's balance sheet – which was produced by the Defendants in discovery and shows a loan payable of $122,582,771 – is referenced solely to

2. The calculation of the outstanding amount in principal and interest due to the Debtor through December 6, 2024, totaling $120,324,391 – as well as the application of certain payments toward accrued interest and principal paydowns, pursuant to the Promissory Notes – is attached to the Supplemental Declaration as **Exhibit 2**.

3. The Chapter 11 Trustee respectfully requests entry of final judgment against Defendants, BFG and Govoni, for damages in an amount of **$120,324,391**, plus interest, attorneys' fees and costs, all continuing to accrue.

Dated this 19th day of December, 2024.

AKERMAN LLP

By: */s/ Steven R. Wirth*
Steven R. Wirth
Florida Bar No.: 170380
Email: steven.wirth@akerman.com
Raye C. Elliott
Florida Bar No.: 18732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Steven R. Wirth*
Attorney

demonstrate the absurdity of the self-serving, vague declaration of Mr. Govoni indicating a loan balance of "approximately $30 million" (Doc. No. 26-1).