## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                  Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                             Chapter 11

      Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee                 Adv. Pro. No. 8:24-ap-00139-RCT
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

      Plaintiff,

v.

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

      Defendants.

_____

### *EX PARTE* EMERGENCY MOTION
### FOR TEMPORARY RESTRAINING ORDER AND TO SCHEDULE
### A HEARING TO CONSIDER ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff, Michael Goldberg,  as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of

The Center for Special Needs Trust Administration, Inc. (the "Debtor"), pursuant to Rule 65(b),

Federal Rules of Civil Procedure, made applicable by Rule 7065, Federal Rules of Bankruptcy

Procedure, files this *ex parte* Emergency Motion for entry of a temporary restraining order

("TRO") freezing the assets of various alter egos owned or controlled by and Leo J. Govoni

("Govoni") and his affiliates such as Defendant Boston Finance Group, LLC ("BFG") and the Alter

Ego Entities (as defined below), which have syphoned assets from the Debtor for no value to the Debtor's estate and to the detriment of its extremely vulnerable creditor body.

## **PRELIMINARY STATEMENT**

The primary vehicle for collection in these cases will be to unravel and pierce the elaborate network of Govoni and the Alter Ego Entities. To that end, the purpose of the requested temporary relief is to prevent Mr. Govoni from dissipating or transferring the Alter Ego Entities' assets, which would frustrate collection efforts in this and other adversaries filed and to be filed by the Chapter 11 Trustee. Concurrently, the Chapter 11 Trustee is preparing and filing lawsuits against many of the Alter Ego Entities for the return of fraudulent transfers, among other claims, but until such lawsuits can all be filed, the status quo of the Debtor's estate property, which was unlawfully transferred by Govoni to the Alter Ego Entities, should be maintained pending further Court actions and rulings. To the extent any of the Alter Ego Entities are: 1) not associated with Govoni; 2) need to enter a transaction that is enjoined by the Court; or 3) for any other valid reason, such party can seek relief from the Court's Temporary Restraining Order once it is entered.

The Chapter 11 Trustee requests that the Court enter a temporary restraining order prohibiting the Defendants—as well as anyone acting on their behalf or in concert or participation with them—from directly or indirectly encumbering, liquidating, transferring, or otherwise disposing of the assets of any of the entities identified in **Exhibit A** hereto, which are collectively referred to in this Motion as the "Alter Ego Entities", for 14 days, at which point the Court can treat this Motion as a Motion for a preliminary injunction, schedule a hearing with notice to the Defendants and the Alter Ego Entities, and consider permanent preliminary injunctive relief throughout the pendency of this case as the Court determines appropriate.

The Defendants took over 15 years to syphon over $100 million dollars from the Debtor through various "loans" and, in doing so, created a labyrinthic network of companies with assets purchased through ill-gotten Debtor funds spent for the benefit of Govoni and his insiders. The Chapter 11 Trustee has already obtained partial summary judgment as to the Defendants' liability to the Debtor, which liability will soon be liquidated. Absent evidence which has yet to be provided to the Chapter 11 Trustee, the liability of the Defendants to the Debtor's estate will be well over $100 million. Attached as **Exhibit A** are the Alter Ego Entities, as well as their connection to the Debtor and the Defendants, which connections serve as the basis to restrain those entities from making transfers. The status quo must be maintained while the Chapter 11 Trustee completes his investigation and collects on the assets of the Alter Ego Entities.

### Jurisdiction, Venue, Parties and Procedural History

1.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2.      This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (E), (H), and (O), and the Chapter 11 Trustee consents to the entry of final orders and judgment by the Bankruptcy Court.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      On February 9, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of title 11 of the United States Code. (Main Case Doc. 1).

5.      On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Main Doc. 88). The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 (Main Case Doc. 93) and on March 21, 2024, the Court entered its Order Approving Appointment of Chapter 11

Trustee, appointing Michael Goldberg as Chapter 11 Trustee (Main Case Doc. 109) (collectively, the "Appointment Orders").

6.      The Chapter 11 Trustee is currently operating the Debtor's business on as limited basis to complete the wind down of the Debtor pursuant to sections 1106 and 1108 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and the Appointment Orders.

7.      Govoni is an individual who resides in Pinellas County, Florida and was the founder of the Debtor. (Compl. ¶ 4, Govoni Ans. ¶ 4, BFG Ans. ¶ 4).

8.      BFG is a Florida limited liability company that maintains a principal office at 12707 49th Street N., Suite 900, Clearwater, FL 33762. (Compl. ¶ 3, Govoni Ans. ¶ 3, BFG Ans. ¶ 3). Govoni is the managing member of BFG. (Compl. ¶ 62, Govoni Ans. ¶ 62, BFG Ans. ¶ 62)

9.      On April 25, 2024, the Chapter 11 Trustee filed his Complaint for Damages and Other Relief (Adv. Doc. 1).  On June 6, 2024, Govoni filed his Answer to the Complaint (Adv. Doc. 7) and on June 7, 2024, BFG filed its Answer to the Complaint (Adv. Doc. 10). The Answers did not assert any affirmative defenses to the Complaint (*Id.*)

### A.      The Debtor's Business

10.     The Debtor is a 501(c)(3) non-profit Florida corporation that provides comprehensive trust services for beneficiaries and their representatives related to the formation and administration of Special Needs Trusts ("SNT"). (Adv. Doc 17; Long Decl.. ¶ 4)

11.     The term "Special Needs Trust" encompasses a variety of specialized trusts used for special needs planning, which are often funded from settlements or recoveries from catastrophic personal injury lawsuits. (Adv. Doc 17; Long Decl. ¶ 5).  While the various types of trusts under the SNT umbrella have some key differences, the primary purpose of an SNT is to allow someone who receives means-tested public assistance benefits like Supplemental Security

Income and Medicaid to also receive the benefit of distributions from their SNT, such as payment for beneficiary expenses. (*Id.*)

12.    Since its founding, the Debtor grew to be one of the largest administrators of SNTs in the country, with beneficiaries (the "Beneficiaries") located in almost every state as well as Beneficiaries who are located internationally. (Adv. Doc 17; Long Decl. ¶ 6)

13.    As of the Petition Date, the Debtor administered over 2,000 SNTs (the "Trusts"). (Adv. Doc 17; Long Decl. ¶ 7).  Each Beneficiary has his or her own trust account or sub-trust account (a "Trust Account") that reflects the specific assets in the respective Beneficiary's Trust, or in the case of a pooled Trust, the specific assets allocated to the Beneficiary's sub-trust account. Other than the Loan (as defined below), the Trust investments are managed by different financial advisory companies, not the Debtor itself. (*Id.*)

14.    The Debtor's primary service as trustee of the Trusts is to manage the Trusts, maintain records for assets managed by third-party investment managers, respond to requests for distributions from Beneficiaries, and make distributions in a manner that still ensures that the applicable beneficiary meets the income and asset thresholds to qualify for public assistance benefits. (Adv. Doc 17; Long Decl. ¶ 8).

**B.    Govoni's Relationship to the Debtor**

15.    Govoni founded the Debtor with the assistance of his business colleague John Staunton ("Staunton"), a Pinellas County-based trusts and estates attorney. (Compl. ¶ 16, Govoni Ans. ¶ 16, BFG Ans. ¶ 16).

16.    Govoni served on the Debtor's Board of Directors from the company's founding until his resignation in 2008 or early to mid-2009. (Compl. ¶ 18, Govoni Ans. ¶ 18, BFG Ans. ¶ 18).

### C.    The Loans and Preliminary Liability

17.    On or about June 1, 2009, BFG entered into a Revolving Line of Credit Agreement with the Debtor (the "June 2009 Loan Agreement"). The June 2009 Loan Agreement provided for a revolving line of credit loan to be made by the Debtor to BFG in the maximum principal amount of $2.5 million. (Compl. ¶ 50, Govoni Ans. ¶ 50, BFG Ans. ¶ 50).

18.    Also on June 1, 2009, BFG executed and delivered a promissory note in the original principal amount of $2,500,000 (the "June 2009 Note") (Compl. ¶ 52, Govoni Ans. ¶ 52, BFG Ans. ¶ 52).

19.    To secure the loan made by the Debtor, BFG and the Debtor executed a Security Agreement (the "Security Agreement") granting the Debtor a security interest in all of BFG's real and personal property (Compl. ¶ 53, Govoni Ans. ¶ 53, BFG Ans. ¶ 53).

20.    On June 1, 2009, BFG also executed a Negative Pledge Agreement (the "Pledge Agreement") agreeing not to encumber any of its assets pledged as collateral under the Security Agreement without the Debtor's consent.  (Compl. ¶ 54, Govoni Ans. ¶ 54, BFG Ans. ¶ 54).

21.    On December 1, 2009, the Debtor and BFG entered into an Amended and Restated Revolving Line of Credit Agreement (the "December 2009 Loan Agreement") (Compl. ¶ 55, Govoni Ans. ¶ 55, BFG Ans. ¶ 55). The December 2009 Loan Agreement increased the maximum amount of the line of credit loan from the Debtor to $15 million. (*Id.*).

22.    The December 2009 Loan Agreement also provided that the Security Agreement and Pledge Agreement would continue to secure the additional amount loaned under the December 2009 Loan Agreement (Compl. ¶ 57, Govoni Ans. ¶ 57, BFG Ans. ¶ 57).

6

23.     Also on December 1, 2009, BFG executed and delivered a promissory note in the original principal amount of $15,000,000 (the "December 2009 Note") (Compl. ¶ 58, Govoni Ans. ¶ 58, BFG Ans. ¶ 58).

24.     On March 15, 2010, the Debtor and BFG entered into an Amended and Restated Revolving Line of Credit Agreement (the "2010 Loan Agreement") (Compl. ¶ 59, Govoni Ans. ¶ 59, BFG Ans. ¶ 59). The 2010 Loan Agreement increased the maximum amount of the line of credit loan from the Debtor to $30 million. (*Id.*).

25.     Also on March 15, 2010, BFG executed and delivered a promissory note in the original principal amount of $30,000,000 (the "2010 Note") (Compl. ¶ 61, Govoni Ans. ¶ 61, BFG Ans. ¶ 61).

26.     The 2010 Note was signed by Govoni as "managing member" of BFG. The signature on the 2010 Note also matches the signatures on the June 2009 Note and December 2009 Note, so it appears that Govoni also signed those notes on behalf of BFG. (Compl. ¶ 62, Govoni Ans. ¶ 62, BFG Ans. ¶ 62).

27.     On March 15, 2011, the Debtor and BFG entered into yet another Amended and Restated Revolving Line of Credit Agreement (the "2011 Loan Agreement") (Compl. ¶ 63, Govoni Ans. ¶ 63, BFG Ans. ¶ 63). The 2011 Loan Agreement increased the maximum amount of the line of credit loan from the Debtor to $50 million. (*Id.*).

28.     Also on March 15, 2011, BFG executed and delivered a promissory note in the original principal amount of $50,000,000 (the "March 2011 Note"). (Compl. ¶ 65, Govoni Ans. ¶ 65, BFG Ans. ¶ 65). The March 2011 Note was signed by Govoni as "managing member" of BFG. (Compl. ¶ 66, Govoni Ans. ¶ 66, BFG Ans. ¶ 66).

29.     On August 31, 2011, BFG sent a letter to the Debtor requesting that the terms of the loan be amended to change the variable interest rate on the loan from the Prime rate to the Five Year Treasury rate and that the interest rate be adjusted on a monthly basis.  (Compl. ¶ 67, Govoni Ans. ¶ 67, BFG Ans. ¶ 67).

30.     Thereafter, on September 1, 2011, BFG executed and delivered an Amended and Restated Promissory Note (the "September 2011 Note") in the same principal amount of $50 million, but with the requested changes in the interest rate and adjustment of the interest rate. (Compl. ¶ 68, Govoni Ans. ¶ 68, BFG Ans. ¶ 68). The September 2011 Note was signed by Govoni as managing member of BFG. (Compl. ¶ 69, Govoni Ans. ¶ 69, BFG Ans. ¶ 69).

31.     On January 1, 2012, the Debtor and BFG entered into an Amended and Restated Revolving Line of Credit Agreement (the "2012 Loan Agreement") (Compl. ¶ 70, Govoni Ans. ¶ 70, BFG Ans. ¶ 70). The 2011 Loan Agreement increased the maximum amount of the line of credit loan from the Debtor to $100 million. (*Id.*).

32.     Also on January 1, 2012, BFG executed and delivered an Amended and Restated Promissory Note in the original principal amount of $100,000,000 (the "2012 Note") (Compl. ¶ 72, Govoni Ans. ¶ 72, BFG Ans. ¶ 72).

33.     The 2012 Note matured on January 1, 2017. (Compl. ¶ 73, Govoni Ans. ¶ 73, BFG Ans. ¶ 73).

34.     In connection with the 2012 Loan Agreement and 2012 Note, Govoni executed a Personal Guaranty (the "Guaranty") by which Govoni personally guaranteed all amounts due under the 2012 Note. (Compl. ¶ 74, Govoni Ans. ¶ 74, BFG Ans. ¶ 74).

35.     The June 2009 Loan Agreement, the June 2009 Note, the Security Agreement, the Negative Pledge Agreement, the December 2009 Loan Agreement, the December 2009 Note, the

2010 Loan Agreement, the 2010 Note, the 2011 Loan Agreement, the March 2011 Note, the September 2011 Note, the 2012 Loan Agreement, the 2012 Note, and the Guaranty are collectively referred to as the "Loan Documents" and the loan made pursuant to the Loan Documents is referred to as the "Loan." The Loan Documents, and related communications,  are all attached as Exhibits A-P to the Chapter 11 Trustee's Motion for Partial Summary Judgment (ECF No. 16) which are all incorporated herein by reference.

36.     Govoni, at all times, was on both sides on the Loan transaction on behalf of the Debtor and BFG, in terms of decision making and control.

37.     Prepetition, the Debtor retained counsel to investigate and collect the Loan to BFG. On September 8, 2023, the Debtor's counsel sent a demand letter (the "Demand Letter") to BFG and Govoni providing notice of the default under the Loan Documents and demanding payment within five (5) days.  (Compl. ¶ 80, Govoni Ans. ¶ 80, BFG Ans. ¶ 80).

38.     The Loan Documents are in default for BFG's failure to pay the full amount of the principal, interest and other amounts due under the Loan Documents by the maturity date of January 1, 2017.  (Compl. ¶ 81, Govoni Ans. ¶ 81, BFG Ans. ¶ 81).

39.     The Defendants stipulated to the validity of the Loan Documents, that they matured on January 1, 2017, and that the Defendants are in default of the agreements as per the August 20, 2024 Agreed Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 20). The amount of the liability due and owing by the Defendants as to the Loan Documents is currently being litigated in this case, but to date, liability has been indisputably established, and the amount owed to this estate, whether its above or slightly below $100 million, is significant, especially given the equities of this case and the gravity of what was done.

**D.** **The Alter Ego Entities and the risk of dissipation**

40.     The Alter Ego Entities, identified hereto in **Exhibit A**, are connected to the Defendants and the underlying causes of action against them because they each, as specified in the attached chart, either: 1) received transfers of either money or real property directly from the Debtor or as subsequent transferees from the Defendants; 2) are controlled by Govoni or his agents/affiliates; 3) received indirect transfers from the Debtor, Defendants, and/or other Alter Ego Entities of Debtor assets; and/or 4) attempted to sell or sold property which was obtained originally with Debtor funds. The Chapter 11 Trustee specifies the various points of contact of the Alter Ego Entities with the Debtor's estate and the Defendants in **Exhibit A**, which connections have been established through painstaking forensic accounting work by estate professionals.

41.     The Alter Ego Entities are identified as such based on the following sources identified in **Exhibit A**:

> i.      Source "AMB Bank Account:" The Debtor had bank accounts at American Momentum Bank. These Debtor bank accounts were also directly connected to the bank accounts of the majority of the Alter Ego Entities identified in **Exhibit A**, establishing a direct connection with the Debtor and this estate. Attached as **Composite Exhibit B** are screenshots of the Debtor's American Momentum Bank account evidencing the connection with the identified Alter Ego Entities in **Exhibit A**.

> ii.     Source "Trenam:" The law firm Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam") previously represented both the Debtor prepetition and the Defendants until recently when they moved to withdraw on January 2, 2025. Through discovery taken by the Trustee from the Defendants, the Trustee was also able to corroborate the direct relationship of some of the Alter Ego Entities with the Debtor as per **Exhibit A**.

> iii.    Source "Sunbiz:" The Trustee also performed Sunbiz searches to identify entities related either to Govoni and/or BFG as identified in **Exhibit A**. The Alter Ego Entities, for example, are either majority or 100% owned by Govoni or direct affiliates of Govoni as per **Exhibit A**.

> iv.     Source "HWH:" Hill Ward Henderson, was the Debtor's prepetition counsel, who upon the Chapter 11 Trustee's discovery requests provided documents

which corroborate further the connection between Alter Ego Entities and the Debtor as per **Exhibit A**.

42.     Pursuant to the Supplemental Declaration of Kevin McCoy (Adv. Doc. 41) that has been filed in this adversary in support of summary judgment on the damage issue, the Chapter 11 Trustee's forensic accountant (attached hereto as **Exhibit C**), based on a review of the Debtor and BFG accounting records and bank account statements, there is a good faith basis to establish that the Alter Ego Entities' were directly involved in the flow of funds out of the Debtor and through Govoni's control and ownership. The following additional facts are supportive of the Court's entry of a TRO as to BFG and the Alter Ego Entities:

     i.     BFG's books and records evidence a Loan Payable balance of $122,582,771 owed to the Debtor, which funds, to the extent they remain in BFG's accounts, are believed to be primarily, if not solely, Debtor assets.

     ii.     BFG itself is the primary investment arm of Govoni with ties to many of the Alter Ego Entities.

     iii.     BFG's books and records evidence intercompany loans of $105,635,987 as the primary basis for the book value of BFG.

     iv.     Upon information and belief, the Alter Ego Entities, among others, are recipients of the Intercompany Loan Receivables listed in BFG's books and records.

43.     Govoni, controlling both BFG and the Debtor, failed to keep formalities that one might expect to see on a loan from a bank or other financial institution. As one example of this, consider the attached email exchange between Anthony Janicki (Mr. Govoni's son-in-law and BFG employee), Joseph Murphy, and Tracey Gregory. On February 8, 2016, Mr. Janicki requested $1 million from the Center "per the revolving line of credit agreement," without saying what it was for; and, within hours, a $1 million check was "dropped off" and the Debtor had allocated the funding request among the various trusts. A copy of the February 8, 2016 email is attached hereto as **Exhibit D**. The same pattern can be found as to the transactions involving the Alter Ego Entities, which lack formality as well.

11

44.     There is a substantial risk that, unless restrained, Govoni will dissipate or transfer the assets of the Alter Ego Entities and thereby interfere with the Chapter 11 Trustee's ability to collect as Govoni has already stripped the Debtor of substantially all assets of value via the Loan transactions.

45.     To the extent any Alter Ego Entity can prove that the Chapter 11 Trustee has not established a connection to the underlying fraudulent transfer scheme by Govoni, each Alter Ego Entity can simply present such proof to the Chapter 11 Trustee at which point either: 1) the Chapter 11 Trustee will seek to relieve such an entity from the TRO; or, 2) should no agreement be possible, each Alter Ego Entity can simply file papers with the Court seeking relief from the TRO. While the list of the Alter Ego Entities seems extensive, that is not a product of anything the Chapter 11 Trustee did, but rather is the result of Govoni's spiderweb of transactions meant to obfuscate the money trail.

46.     The Chapter 11 Trustee further intends to directly file actions against those Alter Ego Entities for which an adversary might be more appropriate if, for example, they involve other potential non-insiders to Govoni, but until those actions can be filed, the Court should maintain the status quo and prevent the dissipation of Alter Ego Entity assets via the TRO.

47.     Once the TRO is entered and the status quo is preserved, the Chapter 11 Trustee will seek to channel the TRO into a narrower preliminary injunction during the pendency of the case. Many of the Alter Ego Entities will ultimately end up being nothing more than abandoned shells of transactions or business no longer in operation, but some, the Chapter 11 Trustee knows, hold title to valuable property as per **Exhibit A**. Under either circumstance, the TRO does not really impose any undue burden on anyone that is truly an outsider to this case and to Govoni's

fraudulent transfer scheme. To the extent the Chapter 11 Trustee's net is too wide, there are catch and release provisions built into the relief sought.

## Memorandum of Law

48.     Federal Rule of Civil Procedure 65(b) also authorizes the issuance of temporary restraining orders as long as the equitable factors are satisfied. To obtain a temporary restraining order under Rule 65(b), a party must show that: "(1) it has a substantial likelihood of success on the merits; (2) irreparable injury will be suffered unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) if issued, the injunction would not be adverse to the public interest." *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc).

### A.     The Chapter 11 Trustee has already established that Govoni is liable to the estate for substantial amounts and used the Alter Ego Entities as part of the Govoni fraudulent transfer scheme

49.     The judgment on the Defendants' liability has already been entered in this case. The exact amount of the liability owed by the Defendants is what remains to be established with finality, which proof should be fairly straightforward as it all boils down to mathematical computation: how much is owed in principal, how much interest has accrued, and what meager sums were paid back over the years, which calculation the Chapter 11 Trustee has already offered into evidence per the declarations in support of its Motion for Summary Judgment (Re: Damages) (Adv. Docs. 36, Ex. 1; 41). What is known with certainty at this time is that most of the money "borrowed" by the Defendants from the Debtor is still owed and that the Alter Ego Entities received much of this "borrowed" money, either directly or indirectly from BFG. The Chapter 11 Trustee can therefore establish the likelihood of actual success on the merits at this time.

50.     The Eleventh Circuit has determined that the alter ego inquiry looks to state law. *Old W. Annuity & Life Ins. Co. v. Apollo Grp.*, 605 F.3d 856, 862 (11th Cir. 2010) (per curiam). Under Florida law, the Trustee  must establish (1) that Govoni, for the benefit of himself and his insiders, "dominated and controlled" the entities to such an extent that they lacked an "independent existence"; (2) that the entities' form was "used fraudulently or for an improper purpose"; and (3) that "the fraudulent or improper use" harmed the creditors of this estate. *Gasparini v. Pordomingo*, 972 So. 2d 1053, 1055 (Fla. 3d DCA 2008).

51.     Although alter ego liability typically holds an individual responsible for an entity's debt, an entity's funds can also be applied to an individual's debt. *Estudios, Proyectos e Inversiones de Centro Am., S.A. (EPICA) v. Swiss Bank Corp. (Overseas) S.A.*, 507 So. 2d 1119, 1120 (Fla. 3d DCA 1987) (per curiam).  Finally, the formal titles (or lack thereof) that Govoni either gave himself or not on corporate documents are not determinative. *See Walton v. Tomax Corp.*, 632 So. 2d 178, 181 n.2 (Fla. 5th DCA 1994) ("It makes no difference that McGuire himself was not a shareholder of the corporation, because if a corporate officer who is in control of a corporation personally utilizes its assets for payment of personal obligations and generally treats the corporation as a sham, he can be liable on an alter ego theory.").

52.     The remedies available include an asset freeze. *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) ("A request for equitable relief invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief."). Here, the Chapter 11 Trustee's request for an alter ego determination is equitable in nature (as is its related to the Chapter 11 Trustee's continuing investigation in the overall case). *See, e.g.*, *In re Mongelluzzi*, 587 B.R. 392, 407 (Bankr. M.D. Fla. 2018); *Shearson Hayden Stone, Inc. v. Lumber Merchants, Inc.*, 500 F. Supp. 491, 501 (S.D.

Fla. 1980). As a result, an asset freeze is proper in this adversary to ensure the compliance of Govoni and his insiders/agents and, ultimately, for the purpose of collapsing entities with no independent existence of their own.

53.     Here, Govoni clearly dominated and controlled the Debtor, BFG, and the Alter Ego Entities, at least preliminarily and for the purposes of a TRO. As discussed above, the Loan transaction itself had Govoni on both sides of the Debtor and BFG representing his interests. Govoni is also the one who used the Alter Ego Entities as conduits/recipients of his fraudulent transfer scheme. Some of the Alter Ego Entities represent Govoni pet projects, real property holding companies, family businesses, and things not yet discovered and which necessitate a TRO pending the completion of the Chapter 11 Trustee's investigation. An example of such control is attached hereto as **Exhibit E**.

54.     The improper purpose could not be more evident: the taking of money entrusted to the Debtor by the most vulnerable of populations only to have that money improperly "loaned" and transferred away through a labyrinth of transactions involving BFG and the Alter Ego Entities.

55.     Govoni and other recipients of Debtor funds or assets traceable to the Debtor's estate need to be put on notice as to the Chapter 11 Trustee's collection efforts on behalf of beneficiaries. The TRO accomplishes this and will maintain the status quo pending completion of the Chapter 11 Trustee's investigations.

56.     As a result, the Chapter 11 Trustee is likely to succeed on the merits.

**B.     Allowing the dissipation or transfer of Alter Ego Entity assets will irreparably damage this estate and represents a significant risk**

57.     If the Court does not intervene, Govoni will likely continue to dissipate or transfer assets.  Significantly, the Chapter 11 Trustee's investigation has uncovered Govini's dissipation of real property assets from August 2023 through June 2024, when he caused entities that he owned

or controlled (Artspace Properties LLC and Fat Lion Real Estate LLC) to sell 14 separate real estate assets for sales prices totaling $5,922,000.  A schedule of transferred properties is attached hereto as **Exhibit F**.  Further, one of the Alter Ego Entities, Artspace Properties LLC conveyed eight (8) parcels of real property located in Versailles, KY (Woodford County) to Maclin Properties LLC, a Kentucky limited liability company by deed dated September 11, 2024, and recorded on September 25, 2024 at DB 348 PG 663 (Kentucky Real Property Records). The Trustee's Notice of Entry of Order Granting Summary Judgment as to Liability was recorded on September 13, 2024.

58.    In addition, the Chapter 11 Trustee has already had to rush to file a lawsuit before this Court in order to prevent the continued dissipation of assets from happening during the pendency of this case. *See e.g.* Main Case Doc. No. 437 and Adv. No. 8:24-00407-RCT. This risk is a well-accepted basis for finding irreparable injury. *See, e.g.*, *United States v. First Nat. City Bank*, 379 U.S. 378, 385 (1965) ("The temporary injunction issued by the District Court seems to us to be eminently appropriate to prevent further dissipation of assets."); *Alabama v. U.S. Army Corps of Engineers*, 424 F.3d 1117, 1128 (11th Cir. 2005) ("It has been recognized, however, that if a court does not act until a trial on the merits of the cause of action, the party seeking relief might be irreparably harmed in the meantime. Moreover, the judicial process can be rendered futile by a defendant's action or refusal to act during the pendency of the suit."); *Guarantee Co. N. Am. USA v. Gadcon, Inc.*, No. 09-cv-0813-WS-M, 2009 WL 5062350, at *2 (S.D. Ala. Dec. 23, 2009) ("Without a TRO to preserve the status quo, Gadcon would potentially remain free to transfer, convey or encumber assets that otherwise could be mined by GCNA to reimburse its surety obligations. The result of [which] would be that any monetary judgment ultimately obtained by

GCNA after a trial on the merits would be hollow given the impossibility of collecting on such judgment from a destitute defendant.").

59.     As per the Declaration of Michael Goldberg as Trustee, attached hereto as **Exhibit G**,[1] there is a substantial risk of dissipation of assets in this case given the 14 real estate sales that have already taken place just in the past 2 years and additional sales that Govoni and the Alter Ego Entities intend to continue making. Even after the Trustee rushed to file a lawsuit to stop a sale transaction that the Trustee believes originated from Debtor funds (Main Case Doc. No. 437 and Adv. No. 8:24-00407-RCT), another Alter Ego Entity,  Big Storm Real Estate LLC ("Big Storm"), reached out to the Trustee on January 6, 2025, via counsel, requesting permission to complete a sale of Real Property, which sale Govoni is directing as per the email,  located at 12705 Daniel Dr Clearwater, Florida, to which sale the Trustee objected to unless the sale proceeds are deposited in a Debtor/Trustee account in this case, and to which demand the Trustee has yet to receive a response. A copy of the January 6, 2025 email is attached hereto as **Exhibit H.**  The Trustee has therefore already lodged several objections to any transactions involving the Alter Ego Entities, yet it appears those objections, absent this TRO, might be ignored.

60.     The threat of further dissipation (particularly for the Beneficiaries) far outweighs any damage that might befall the Alter Ego Entities as a result of this Motion

**C.     Notice of the TRO**

61.     As per the Declaration of Steven Wirth Esq., attached hereto as **Exhibit I**,[2]  the undersigned attorney, it has been made clear to Govoni, BFG, and through them, to the Alter Ego

---

[1] Rule 65(b)(1) (A) requires "an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." The Declaration of Michael Goldberg as Trustee complies with this requirement.

[2] Rule 65(b)(1) (B) requires that "movant's attorney certif(y) in writing any efforts made to give notice and the reasons why it should not be required." The Declaration of Steven Wirth Esq complies with this requirement.

Entities, that no transactions should take place pending the conclusion of this and other related adversary proceedings filed and to be filed, or should such a transaction be needed, any proceeds thereof should be deposited with the Trustee pending further adjudication by this Court. Neither Govoni, BFG, nor any of the Alter Ego Entities have voluntarily agreed to such relief. Govoni, BFG, and the Alter Ego Entities will promptly receive notice of this Motion, the resulting TRO, and have an opportunity to seek relief from the TRO once it is entered and to contest entry of a preliminary injunction.  The TRO and notice of any subsequent hearings regarding extensions of the TRO and/or entry of a preliminary injunction will be noticed to the Defendants and all Alter Ego Entities.

### C.        No grant of security required by the Trustee

62.    Rule 65(c) further requires the party seeking the TRO to provide "security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." Under the Eleventh Circuit it is within the discretion of the court to set the amount of the bond or to require "no security at all." *BellSouth Telecomms., Inc. v. MCImetro Access Transmission Services, LLC,* 425 F.3d 964, 971 (11th Cir. 2005). Given the egregious conduct at issue in this case, the judgment on liability as to the Defendants, the failure of the Defendants to contest the amounts owed in the summary judgment briefing regarding damages, and the equities involved, including the short duration of the TRO and the history of transfers preceding this bankruptcy, no security should be required prior to entry of the TRO.

### D.        Duration of the TRO

63.    Finally Rule 65(b)(2) limits the duration of a TRO to 14 days, which duration can be extended upon a showing of good cause. The Trustee's proposed procedure is for the TRO to

expire 14 days after entry, by which time the Court will schedule a further hearing on this Motion to consider entry of a preliminary injunction. If the hearing on entry of a preliminary injunction cannot be heard within 14 days after the entry of the TRO, the Trustee will seek to extend the TRO until such a hearing can be held, absent other extenuating circumstances which at this time are unknown.

**E.    Channeling the TRO into a preliminary injunction**

64.    The standard for a preliminary injunction also applies to a request for a TRO. *HSBC Bank USA, N.A. v. Cambria at Polos S. Condo. Ass'n, Inc.,* No. 6:14-CV-1149-ORL-31, 2014 WL 3540766, at *1 (M.D. Fla. July 17, 2014); *see also Ingram v. Ault,* 50 F.3d 898, 900 (11th Cir. 1995). Since the standard for granting a TRO and the standard for granting a preliminary injunction are identical in this Circuit, the requirements for entry of a preliminary injunction extending the TRO have been satisfied as elaborated above and through the attached Exhibits. The Court should therefore, after notice and a hearing, channel or extend the TRO relief sought herein, into a permanent preliminary injunction during the pendency of this and other related adversaries.

## CONCLUSION

65.    Keeping the status quo and preventing the dissipation of assets will improve the Chapter 11 Trustee's collection odds which ultimately inures to the benefit of creditors/beneficiaries in this case.  Failure to issue a TRO, and channeling that TRO into a preliminary injunction,  risks defeating the purpose of this lawsuit and future lawsuits to be filed to collect and return money absconded from the beneficiaries of the Debtor.  In light of the substantial risk that Govoni will, absent a grant of relief, order the dissipation or transfer of the assets which are the source of recovery in this and other adversary proceedings, a temporary restraining order, followed by entry of a more permanent preliminary injunction, is appropriate.

66.     Finally, the threat of further dissipation (particularly for the Beneficiaries) far outweighs any damage that might befall the Alter Ego Entities as a result of this Motion.

WHEREFORE, Plaintiff Michael Goldberg as Chapter 11 Trustee respectfully requests: (1) entry of a Temporary Restraining Order substantially in the form of the Order attached as **Exhibit J**, (2) scheduling of a hearing to consider entry of a preliminary injunction; (3) entry of a preliminary injunction after notice and a hearing; and (4) for such other relief as this Court deems just and proper.

Dated this 10th day of January, 2025.

AKERMAN LLP

By: */s/ Steven R. Wirth*
Steven R. Wirth
Florida Bar No.: 170380
Email: steven.wirth@akerman.com
Raye C. Elliott
Florida Bar No.:  18732
Email:  raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
Phone:  (954) 463-2700
Fax:  (954) 463-2224

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record, and served a true and correct copy of the foregoing by first class mail upon:

American Albanian Trade Group LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


American Czech Trade Group LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


American Tax Professionals LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Artisan Properties LLC
Registered Agent Solutions, Inc.,
838 Walker Road Suite 21-2,
Dover, DE 19904


Artspace Properties LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Austin Colby CompanyJonathan
Golden, Registered Agent 12707 49TH
Street N. Suite 900 Clearwater FL
33762

Badger Craft Beer Distributors Ltd
Allyson Lazzara, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Badger Craft Beer Management LLC
Allyson Lazzara, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

BCL Aviation LLC
Leo J. Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

BCL Medical Fund I LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

BCL Partners Fund LLC
Leo John Govoni, Registered Agent
12707 49th Street North
Suite 900
Clearwater, FL 33762


BFG Columbus Holdings LLC Jonathan
Golden, Registered Agent12707 49th
StreetSuite 900Clearwater, FL 33762


BFG Columbus Repair LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


BFG Heartland LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


BFG Investment Holdings LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

BFG Loan Holdings LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


BFG Northeast LLC
Corporation Service Company,
251 Little Falls Drive,
Wilmington, DE19808


BFG West LLCJonathan Golden,
Registered Agent4912 Creekside
DriveClearwater, FL 33760


BHC Asset Group LLC
Leo Govoni, Registered Agent
12707 49TH Street N.
Suite 200
Clearwater, FL 33762


Big Storm Brewing Co.
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Big Storm Brewery LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Big Storm Canteen LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Big Storm Cape Coral LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Big Storm Coffee Company LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Big Storm Creamery LLC
Leo Govoni, Registered Agent
12707 49th Street North
Suite 200
Clearwater, FL 33762

Big Storm Distilling Company LLC
Bush Ross, Registered Agent Services,
LLC
1801 N. Highland Ave.
Tampa, FL 33602


Big Storm Pasco LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Big Storm Pinellas LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Big Storm Real Estate LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Blood Brothers LLC
Leo Govoni, Registered Agent
120707 49TH Street North
Suite 500
Clearwater, FL 33762

Bloodyuno LLC
Leo J. Govoni, Registered Agent
12707 49th Street N
Suite 900
Clearwater, FL 33762


Boston Asset Management Inc
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Boston Capital Consulting LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Boston Capital Leasing LLC
Leo J. Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Boston Capital Leasing Management
LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

Boston Finance Group LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Boston Holding Company LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Boston Holding Real Estate LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Boston Settlement Finance Inc.
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Boston Settlement Group LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Boston Wealth Solutions LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Brand Activators LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Bravo Zulu Tactical LLC
Corporation Services Company D/B/A
CSC-LAWYERS INCO, Registered
Agent
211 E. 7th Street,
Suite 620
Austin, TX 78701

Broadleaf 9th Street LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Broadleaf Forest Management LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Broadleaf Kenwood LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Broadleaf North LLC
Mark Govoni, Registered Agent
15 East Main Street #2, Warner, NH,
03278 - 0327, USA

Broadleaf Property Management LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Broadleaf Properties LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Broadleaf Realty LLC
Harold Newberry / Manager
32 Nathan Cutler Drive,
Bedford, NH 03110, USA

Broadleaf Warner LLC
Mark Govoni, Registered Agent
15 East Main Street #2, Warner, NH,
03278 - 0327, USA


Brooke Acquisitions LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


BSG LLC
Registered Agents Inc.
7901 4TH Street NORTH
Suite 300
St. Petersburg, FL 33702


Center Services LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Combined Force LLC
Corporation Services Company D/B/A
CSC-LAWYERS INCO, Registered
Agentt
211 E. 7th Street,
Suite 620
Austin, TX 78701

Condor Rapier LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Connectionology Seminars
Nancy L. Romano, Registered Agent
1601 Belvedere Road
Suite 500-S
West Palm Beach, FL 33416

Conway Life Planning LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

Cornerstone Life Management Inc
Richard La Belle, III Esq., Registered
Agent
3446 Lake Dr.
Palm Harbor, FL 34683

Counselor's Capital Financial Services
LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

Elder Care Alliance Inc
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Fat Lion Brewing Company LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Fat Lion Real Estate LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Fat Point V2 LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Fiduciary Tax & Accounting Services,
LLC
John Witeck, Registered Agent
970 Palmetto Drive
Safety Harbor, FL 34695 (John
Witeck's home address)

Global Litigation Consultants LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Gravitas Equity Partners LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Gravitas II LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Gravitas Tech LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Integritas Management LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Integritas Sports Management LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


John Joseph Solutions LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Liber Pater Holdings LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


LJG Management Group Inc.
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Manufacturing Research Group Inc
Shawn McNary, Registered Agent
13214 38th St N
Clearwater, FL 33762

MIA Brewing Co. V2 LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Motivation Options Initiative Seeking
Our Nature, Inc.
Carol E. Fant
Allan & Shipp, P.A., Registered Agent
6675 - 13TH Avenue N., Suite 2-C
St. Petersburg, FL 33710


North American Keg LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


NPM Management Group LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Old Line Keg Manufacturing LLC
Corporation Service Company,
251 Little Falls Drive,
Wilmington, DE 19808

Old Line Manufacturing LLC 2274
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Olympus Foundation Management LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Olympus Marketing Group LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Orange Blossom Funding LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Orvis Entertainment LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Pillars Insurance Advisors LLC
Corporation Service Company DBA
CSC - LAWYERS INCO;
211 E. 7th Street,
Suite 620
Austin, TX 78701


Prometheus Foundation Mgmt LLC
DBA Prometheus Sports Mktg
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Propertycraft Enterprises LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Prospect Funding Holdings LLC
Leo Joseph Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Prouty Road Farms LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

Public Guardianship Alliance LLC
Jerry Woelfel, USF-MHF101,
Registered Agent
13301 Bruce B. Downs, Blvd.
Tampa, FL 33612-3899


Seaboard Craft Beer Holdings LLC
Leo John Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Seaboard Craft Distilling Holdings LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Seaboard Global LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


Seaboard Manufacturing LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Seaboard Manufacturing LLC DBA
N&D Manufacturing Inc
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Seaboard Portage LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Seaboard Printing LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Seaboard Real Estate Holdings LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Seaboard Technology LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

Security Institute Holdings LLC
Registered Agent Solutions, Inc.
838 Walker Road
Suite 21-2,
Dover, DE 19904


Sharkdefense Technologies LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


SSK Manufacturing Consulting Inc.
Shelly Karuppiah,
3246 Hyde Park Drive
Clearwater, FL 33761


Stowe Mountain Properties, LLC
Registered Agent Solutions, Inc.
One Canal Plaza
9th Floor
Portland, ME 04112


Talis Intelligence Group LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

The Center for Fiduciary Services Inc.
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


The Center for Financial Counseling
LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


The Center for Lien Resolution LLC
Leo Govoni, Registered Agent
12707 49th Street
Suite 200
Clearwater, FL 33762


The Center for Life Care Planning LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762


The Center for Litigation Support LLC
Jonathan Golden, Registered Agent
12707 49th Street N.
Suite 900
Clearwater, FL 33762

The Center for Settlement Consultants
LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


The Colby Company LLC
Leo Govoni, Registered Agent
12707 49th Street N.
Suite 200
Clearwater, FL 33762


The Directed Benefits Foundation Inc
Registered Agents Solutions, Inc.
2894 Remington Green Lane,
Suite. A
Tallahassee, FL 32308


The Medicare and Medicaid Institute
Inc.
John Staunton Esq., Registered Agent
3000 Gulf to Bay Blvd.
Suite 102
Clearwater, FL 33759


USSI Holdings LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760

USSI Intelligence Group LLC
Corporation Services Company D/B/A
CSC-LAWYERS INCO,
211 E. 7th Street,
Suite 620
Austin, TX 78701


USSI Special Operations Group LLC
Corporation Services Company D/B/A
CSC-LAWYERS INCO,
211 E. 7th Street,
Suite 620
Austin, TX 78701


Veritas Investigative Services LLC
Jonathan Golden, Registered Agent
4912 Creekside Drive
Clearwater, FL 33760


American Tax Professionals LLC
12707 49th Street N.
Suite 200
Clearwater, FL 33762


Artspace Properties LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Austin Colby Company
12707 49TH Street N.
Suite 100
Clearwater FL 33762


BCL Aviation LLC
12707 49th Street N.
Suite 900
Clearwater, FL 33762


BFG Columbus Holdings LLC
60 Mayflower Drive
Tenafly, NJ 07670


BHC Asset Group LLC
12707 49TH STREET N.
Suite 900
Clearwater, FL 33762


Big Storm Brewing Co.
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Big Storm Canteen LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Big Storm Cape Coral LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Big Storm Creamery LLC
12707 49th Street N. Suite 500
Clearwater, FL 33762

Big Storm Distilling Company LLC
12707 49th Street North
Suite 400
Clearwater, FL 33762

Big Storm Real Estate LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Bloodyuno LLC
12707 49TH Street N.
Suite 500
Clearwater, FL 33762

Boston Asset Management Inc
12707 49th Street N.
Suite 800
Clearwater, FL 33762

Boston Capital Consulting LLC
12707 49th Street N.
Suite 200
Clearwater, FL 33762

Boston Capital Leasing LLC
12707 49th Street N.
Suite 900
Clearwater, FL 33762

Boston Settlement Finance Inc.
12707 49th Street N
Suite 600
Clearwater, FL 33762

Boston Settlement Group LLC
12707 49th Street N.
Suite 600
Clearwater, FL 33762

Brand Activators LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Bravo Zulu Tactical LLC
 4912 Creekside Drive
Clearwater, FL 33760

Broadleaf 9th Street LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Broadleaf Forest Management LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Broadleaf North LLC
15 East Main Street #2,
P. O. Box 150,
Warner, NH, 03278, USA

Broadleaf Properties LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Broadleaf Warner LLC
15 East Main Street #2,
Warner, NH, 03278, USA

BSG LLC
310 W Liberty Street
Suite 701
Louisville, KY 40202

Combined Force LLC
4912 Creekside Drive
Clearwater, FL 33760

Conway Life Planning LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Cornerstone Life Management Inc
2600 First Ave. North
St. Petersburg, FL 33713

Counselor's Capital Financial Services
LLC
4912 Creekside Drive
Clearwater, FL 33760

Elder Care Alliance Inc
4912 Creekside Drive
Clearwater, FL 33760

Fat Lion Brewing Company LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Fat Lion Real Estate LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762


Fiduciary Tax & Accounting Services,
LLC
737 Main Street, Suite 201
Safety Harbor, FL 34695


Global Litigation Consultants LLC
12707 49th Street N.
Suite 600
Clearwater, FL 33762


Manufacturing Research Group Inc
11468 47th Avenue North
St Petersburg, FL 33708


MIA Brewing Co. V2 LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

Motivation Options Initiative Seeking
Our Nature, Inc.
100 Second Ave. N.
Suite 240
St. Petersburg, FL 33701


Orange Blossom Funding LLC
12707 49th Street N.
Suite 900
Clearwater, FL 33762


Pillars Insurance Advisors LLC
4912 Creekside Drive
Clearwater, FL 33760


Propertycraft Enterprises LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762


Prospect Funding Holdings LLC 12707
49th Street N.
Suite 900
Clearwater, FL 33762

Prouty Road Farms LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762


Seaboard Craft Beer Holdings LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762


Seaboard Manufacturing LLC
12705 Daniel Drive
Clearwater, FL 33762


Seaboard Manufacturing LLC DBA
N&D Manufacturing Inc
12705 Daniel Drive
Clearwater, FL 33762


Seaboard Portage LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762

Seaboard Printing LLC
12707 49TH STREET N.
Suite 100
Clearwater, FL 33762


Seaboard Real Estate Holdings LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762


Security Institute Holdings LLC
4912 Creekside Drive
Clearwater, FL 33760


The Center for Fiduciary Services Inc.
12707 49th Street N.
Suite 900
Clearwater, FL 33762


The Center for Financial Counseling
LLC
12707 49th Street North
Suite 700
Clearwater, FL 33762

The Center for Lien Resolution LLC
12707 49th Street N.
Suite 600
Clearwater, FL 33762


The Center for Life Care Planning LLC
12707 49th Street N.
Suite 600
Clearwater, FL 33762


The Center for Settlement Consultants
LLC
12707 49th Street N.
Suite 600
Clearwater, FL 33762


The Colby Company LLC
12707 49th Street N.
Suite 300
Clearwater, FL 33762


The Directed Benefits Foundation Inc
401 East Jackson Street
Suite 3300
Tampa, FL 33602

The Medicare and Medicaid Institute
Inc.
4912 Creekside Drive
Clearwater, FL 33760

USSI Holdings LLC
817 E Lamar Blvd.
Arlington, TX 76012

USSI Intelligence Group LLC
4912 Creekside Drive
Clearwater, FL 33760

USSI Special Operations Group LLC
4912 Creekside Drive
Clearwater, FL 33760

Austin Colby Company
c/o Johnson Pope Bokor Ruppel &
Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602

Boston Asset Management Inc
c/o Johnson Pope Bokor Ruppel &
Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602


Boston Finance Group LLC
c/o Trenam Law
101 E. Kennedy Boulevard,
Suite 2700
Tampa, FL 33602


Fiduciary Tax & Accounting Services,
LLC
c/o Johnson Pope Bokor Ruppel &
Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602

Propertycraft Enterprises LLC
c/o Johnson Pope Bokor Ruppel &
Burns, LLP
400 N. Ashley Drive
Suite 3100
Tampa, FL 33602


And by email to:

lee.chang@austin-colby.com

Miki.Parks@Austin-Colby.com;

elevina@bostonassetmanagement.com

hal.newberrry@comcast.net

john@ftas.tax

julie@ftas.tax


_/s/Steven R. Wirth_____

# Exhibit A

| Alter Ego Entities | Principal Place of Business Address | Registered Agent Address |
|---|---|---|
| American Albanian Trade Group LLC | American Albanian Trade Group LLC 4912 Creekside Drive Clearwater, FL 33760 | American Albanian Trade Group LLC Jonathan Golden, Registered Agent 4912 Creekside Drive Clearwater, FL 33760 |
| American Czech Trade Group LLC | American Czech Trade Group LLC 4912 Creekside Drive Clearwater, FL 33760 | American Czech Trade Group LLC Jonathan Golden, Registered Agent 4912 Creekside Drive Clearwater, FL 33760 |
| American Tax Professionals LLC | American Tax Professionals LLC 12707 49th Street N. Suite 200 Clearwater, FL 33762 | American Tax Professionals LLC Leo Govoni, Registered Agent 12707 49th Street N. Suite 200 Clearwater, FL 33762 |
| Artisan Properties LLC | | Artisan Properties LLC Registered Agent Solutions, Inc., 838 Walker Road Suite 21-2, Dover, DE 19904 |
| Artspace Properties LLC | Artspace Properties LLC 12707 49th Street N. Suite 300 Clearwater, FL 33762 | Artspace Properties LLC Leo Joseph Govoni, Registered Agent 12707 49th Street N. Suite 200 Clearwater, FL 33762 |
| Austin Colby Company | Austin Colby Company 12707 49TH Street N. Suite 100 Clearwater FL 33762 | Austin Colby Company Jonathan Golden, Registered Agent 12707 49TH Street N. Suite 900 Clearwater FL 33762 |
| Badger Craft Beer Distributors Ltd | Badger Craft Beer Distributors Ltd 4912 Creekside Drive Clearwater, FL 33760 | Badger Craft Beer Distributors Ltd Allyson Lazzara, Registered Agent 4912 Creekside Drive Clearwater, FL 33760 |
| Badger Craft Beer Management LLC | Badger Craft Beer Management LLC 4912 Creekside Drive Clearwater, FL 33760 | Badger Craft Beer Management LLC Allyson Lazzara, Registered Agent 4912 Creekside Drive Clearwater, FL 33760 |
| BCL Aviation LLC | BCL Aviation LLC 12707 49th Street N. Suite 900 Clearwater, FL 33762 | BCL Aviation LLC Leo J. Govoni, Registered Agent 12707 49th Street N. Suite 200 Clearwater, FL 33762 |
| BCL Medical Fund I LLC | BCL Medical Fund I LLC 12707 49th Street N. Suite 900 Clearwater, FL 33762 | BCL Medical Fund I LLC Jonathan Golden, Registered Agent 12707 49th Street N. Suite 900 Clearwater, FL 33762 |
| BCL Partners Fund LLC | BCL Partners Fund LLC 12707 49th Street North Suite 900 Clearwater, FL 33762 | BCL Partners Fund LLC Leo John Govoni, Registered Agent 12707 49th Street North Suite 900 Clearwater, FL 33762 |
| BFG Columbus Holdings LLC | BFG Columbus Holdings LLC 60 Mayflower Drive Tenafly, NJ 07670 | BFG Columbus Holdings LLC Jonathan Golden, Registered Agent 12707 49th Street Suite 900 Clearwater, FL 33762 |
| BFG Columbus Repair LLC | BFG Columbus Repair LLC 4912 Creekside Drive Clearwater, FL 33760 | BFG Columbus Repair LLC Jonathan Golden, Registered Agent 4912 Creekside Drive Clearwater, FL 33760 |

| | | |
|---|---|---|
| BFG Heartland LLC | BFG Heartland LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | BFG Heartland LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| BFG Investment Holdings LLC | BFG Investment Holdings LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | BFG Investment Holdings LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| BFG Loan Holdings LLC | BFG Loan Holdings LLC<br>12707 49th Street N. Suite 900<br>Clearwater, FL 33762 | BFG Loan Holdings LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| BFG Northeast LLC | | BFG Northeast LLC<br>Corporation Service Company,<br>251 Little Falls Drive,<br>Wilmington, DE19808 |
| BFG West LLC | BFG West LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | BFG West LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| BHC Asset Group LLC | BHC Asset Group LLC<br>12707 49TH STREET N.<br>Suite 900<br>Clearwater, FL 33762 | BHC Asset Group LLC<br>Leo Govoni, Registered Agent<br>12707 49TH Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Big Storm Brewing Co. | Big Storm Brewing Co.<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Big Storm Brewing Co.<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Big Storm Brewery LLC | Big Storm Brewery LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Big Storm Brewery LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Big Storm Canteen LLC | Big Storm Canteen LLC<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Big Storm Canteen LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Big Storm Cape Coral LLC | Big Storm Cape Coral LLC<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Big Storm Cape Coral LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Big Storm Coffee Company LLC | Big Storm Coffee Company LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Big Storm Coffee Company LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Big Storm Creamery LLC | Big Storm Creamery LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Big Storm Creamery LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street North<br>Suite 200<br>Clearwater, FL 33762 |
| Big Storm Distilling Company LLC | Big Storm Distilling Company LLC<br>12707 49th Street North<br>Suite 400<br>Clearwater, FL 33762 | Big Storm Distilling Company LLC<br>Bush Ross, Registered Agent Services, LLC<br>1801 N. Highland Ave.<br>Tampa, FL 33602 |

| | | |
|---|---|---|
| Big Storm Pasco LLC | Big Storm Pasco LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Big Storm Pasco LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Big Storm Pinellas LLC | Big Storm Pinellas LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Big Storm Pinellas LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Big Storm Real Estate LLC | Big Storm Real Estate LLC<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Big Storm Real Estate LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Blood Brothers LLC | Blood Brothers LLC<br>12707 49th Street N. Suite 500<br>Clearwater, FL 33762 | Blood Brothers LLC<br>Leo Govoni, Registered Agent<br>120707 49TH Street North<br>Suite 500<br>Clearwater, FL 33762 |
| Bloodyuno LLC | Bloodyuno LLC<br>12707 49TH Street N.<br>Suite 500<br>Clearwater, FL 33762 | Bloodyuno LLC<br>Leo J. Govoni, Registered Agent<br>12707 49th Street N<br>Suite 900<br>Clearwater, FL 33762 |
| Boston Asset Management Inc | Boston Asset Management Inc<br>12707 49th Street N.<br>Suite 800<br>Clearwater, FL 33762 | Boston Asset Management Inc<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Boston Capital Consulting LLC | Boston Capital Consulting LLC<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 | Boston Capital Consulting LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Boston Capital Leasing LLC | Boston Capital Leasing LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Boston Capital Leasing LLC<br>Leo J. Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Boston Capital Leasing Management LLC | Boston Capital Leasing Management LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Boston Capital Leasing Management LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Boston Finance Group LLC | Boston Finance Group LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Boston Finance Group LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Boston Holding Company LLC | Boston Holding Company LLC  12707 49th<br>Street N.<br>Suite 200<br>Clearwater, FL 33762 | Boston Holding Company LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Boston Holding Real Estate LLC | Boston Holding Real Estate LLC 12707<br>49th Street N.<br>Suite 200<br>Clearwater, FL 33762 | Boston Holding Real Estate LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |

| | | |
|---|---|---|
| Boston Settlement Finance Inc. | Boston Settlement Finance Inc.<br>12707 49th Street N<br>Suite 600<br>Clearwater, FL 33762 | Boston Settlement Finance Inc.<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Boston Settlement Group LLC | Boston Settlement Group LLC<br>12707 49th Street N.<br>Suite 600<br>Clearwater, FL 33762 | Boston Settlement Group LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Boston Wealth Solutions LLC | Boston Wealth Solutions LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Boston Wealth Solutions LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Brand Activators LLC | Brand Activators LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Brand Activators LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Bravo Zulu Tactical LLC | Bravo Zulu Tactical LLC<br> 4912 Creekside Drive<br>Clearwater, FL 33760 | Bravo Zulu Tactical LLC<br>Corporation Services Company D/B/A CSC-LAWYERS INCO, Registered Agent<br>211 E. 7th Street,<br>Suite 620<br>Austin, TX 78701 |
| Broadleaf 9th Street LLC | Broadleaf 9th Street LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Broadleaf 9th Street LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Broadleaf Forest Management LLC | Broadleaf Forest Management LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Broadleaf Forest Management LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Broadleaf Kenwood LLC | Broadleaf Kenwood LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Broadleaf Kenwood LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Broadleaf North LLC | Broadleaf North LLC<br>15 East Main Street #2, P.<br>O. Box 150, Warner,<br>NH, 03278, USA | Broadleaf North LLC<br>Mark Govoni, Registered Agent<br>15 East Main Street #2, Warner, NH, 03278 - 0327, USA |
| Broadleaf Property Management LLC | Broadleaf Property Management LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Broadleaf Property Management LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 |
| Broadleaf Properties LLC | Broadleaf Properties LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Broadleaf Properties LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Broadleaf Realty LLC | Broadleaf Realty LLC<br>32 Nathan Cutler Drive,<br>Bedford, NH, 03110, USA | Broadleaf Realty LLC<br>Harold Newberry / Manager<br>32 Nathan Cutler Drive,<br>Bedford, NH 03110, USA |
| Broadleaf Warner LLC | Broadleaf Warner LLC<br>15 East Main Street #2,<br>Warner, NH, 03278, USA | Broadleaf Warner LLC<br>Mark Govoni, Registered Agent<br>15 East Main Street #2, Warner, NH, 03278 - 0327, USA |

| | | |
|---|---|---|
| Brooke Acquisitions LLC | Brooke Acquisitions LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Brooke Acquisitions LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| BSG LLC | BSG LLC<br>310 W Liberty Street<br>Suite 701<br>Louisville, KY 40202 | BSG LLC<br>Registered Agents Inc.<br>7901 4TH Street NORTH<br>Suite 300<br>St. Petersburg, FL 33702 |
| Center Services LLC | Center Services LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Center Services LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Combined Force LLC | Combined Force LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Combined Force LLC<br>Corporation Services Company D/B/A CSC-LAWYERS INCO, Registered Agent<br>211 E. 7th Street,<br>Suite 620<br>Austin, TX 78701 |
| Condor Rapier LLC | Condor Rapier LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Condor Rapier LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Connectionology Seminars | Connectionology Seminars<br>1601 Belvedere Road<br>Suite 500-S<br>West Palm Beach, FL 33416 | Connectionology Seminars<br>Nancy L. Romano, Registered Agent<br>1601 Belvedere Road<br>Suite 500-S<br>West Palm Beach, FL 33416 |
| Conway Life Planning LLC | Conway Life Planning LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Conway Life Planning LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Cornerstone Life Management Inc | Cornerstone Life Management Inc<br>2600 First Ave. North<br>St. Petersburg, FL 33713 | Cornerstone Life Management Inc<br>Richard La Belle, III Esq., Registered Agent<br>3446 Lake Dr.<br>Palm Harbor, FL 34683 |
| Counselor's Capital Financial Services LLC | Counselor's Capital Financial Services LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Counselor's Capital Financial Services LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Elder Care Alliance Inc | Elder Care Alliance Inc<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Elder Care Alliance Inc<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Fat Lion Brewing Company LLC | Fat Lion Brewing Company LLC  12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Fat Lion Brewing Company LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Fat Lion Real Estate LLC | Fat Lion Real Estate LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Fat Lion Real Estate LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |

| | | |
|---|---|---|
| Fat Point V2 LLC | Fat Point V2 LLC<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Fat Point V2 LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 |
| Fiduciary Tax & Accounting Services | Fiduciary Tax & Accounting Services, LLC<br>737 Main Street, Suite 201<br>Safety Harbor, FL 34695 | Fiduciary Tax & Accounting Services, LLC<br>John Witeck, Registered Agent<br>970 Palmetto Drive<br>Safety Harbor, FL 34695 (John Witeck's home address) |
| Global Litigation Consultants LLC | Global Litigation Consultants LLC  12707 49th Street N.<br>Suite 600<br>Clearwater, FL 33762 | Global Litigation Consultants LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Gravitas Equity Partners LLC | Gravitas Equity Partners LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Gravitas Equity Partners LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Gravitas II LLC | Gravitas II LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Gravitas II LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Gravitas Tech LLC | Gravitas Tech LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Gravitas Tech LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Integritas Management LLC | Integritas Management LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Integritas Management LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Integritas Sports Management LLC | Integritas Sports Management LLC 4912 Creekside Drive<br>Clearwater, FL 33760 | Integritas Sports Management LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| John Joseph Solutions LLC | John Joseph Solutions LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | John Joseph Solutions LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Liber Pater Holdings LLC | Liber Pater Holdings LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Liber Pater Holdings LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| LJG Management Group Inc. | LJG Management Group Inc.<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | LJG Management Group Inc.<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Manufacturing Research Group Inc | Manufacturing Research Group Inc  11468 47th Avenue North<br>St Petersburg, FL 33708 | Manufacturing Research Group Inc<br>Shawn McNary, Registered Agent<br>13214 38th St N<br>Clearwater, FL 33762 |
| MIA Brewing Co. V2 LLC | MIA Brewing Co. V2 LLC<br>12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | MIA Brewing Co. V2 LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |

| | | |
|---|---|---|
| Motivation Options Initiative Seeking Our Nature, Inc. | Motivation Options Initiative Seeking Our Nature, Inc.<br>100 Second Ave. N.<br>Suite 240<br>St. Petersburg, FL 33701 | Motivation Options Initiative Seeking Our Nature, Inc.<br>Carol E. Fant<br>Allan & Shipp, P.A., Registered Agent<br>6675 - 13TH Avenue N., Suite 2-C<br>St. Petersburg, FL 33710 |
| North American Keg LLC | North American Keg LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | North American Keg LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| NPM Management Group LLC | NPM Management Group LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | NPM Management Group LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Old Line Keg Manufacturing LLC | | Old Line Keg Manufacturing LLC<br>Corporation Service Company,<br>251 Little Falls Drive,<br>Wilmington, DE 19808 |
| Old Line Manufacturing LLC 2274 | Old Line Manufacturing LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Old Line Manufacturing LLC 2274<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Olympus Foundation Management LLC | Olympus Foundation Management LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Olympus Foundation Management LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Olympus Marketing Group LLC | Olympus Marketing Group LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Olympus Marketing Group LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Orange Blossom Funding LLC | Orange Blossom Funding LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Orange Blossom Funding LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Orvis Entertainment LLC | Orvis Entertainment LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Orvis Entertainment LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Pillars Insurance Advisors LLC | Pillars Insurance Advisors LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Pillars Insurance Advisors LLC<br>Corporation Service Company DBA CSC -<br>LAWYERS INCO;<br>211 E. 7th Street,<br>Suite 620<br>Austin, TX 78701 |
| Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg | Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Propertycraft Enterprises LLC | Propertycraft Enterprises LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Propertycraft Enterprises LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Prospect Funding Holdings LLC | Prospect Funding Holdings LLC 12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | Prospect Funding Holdings LLC<br>Leo Joseph Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |

| | | |
|---|---|---|
| Prouty Road Farms LLC | Prouty Road Farms LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Prouty Road Farms LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Public Guardianship Alliance LLC | Public Guardianship Alliance LLC USF-MHF101,<br>13301 Bruuce B. Downs, Blvd.<br>Tampa, FL 33612-3899 | Public Guardianship Alliance LLC<br>Jerry Woelfel, USF-MHF101,<br>Registered Agent<br>13301 Bruce B. Downs, Blvd.<br>Tampa, FL 33612-3899 |
| Seaboard Craft Beer Holdings LLC | Seaboard Craft Beer Holdings LLC  12707 49th Street N.<br>Suite 500<br>Clearwater, FL 33762 | Seaboard Craft Beer Holdings LLC<br>Leo John Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Seaboard Craft Distilling Holdings LLC | Seaboard Craft Distilling Holdings LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Seaboard Craft Distilling Holdings LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Seaboard Global LLC | Seaboard Global LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Seaboard Global LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Seaboard Manufacturing LLC | Seaboard Manufacturing LLC<br>12705 Daniel Drive<br>Clearwater, FL 33762 | Seaboard Manufacturing LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Seaboard Manufacturing LLC DBA N&D Manufacturing Inc | Seaboard Manufacturing LLC DBA N&D Manufacturing Inc<br>12705 Daniel Drive<br>Clearwater, FL 33762 | Seaboard Manufacturing LLC DBA N&D Manufacturing Inc<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Seaboard Portage LLC | Seaboard Portage LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Seaboard Portage LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Seaboard Printing LLC | Seaboard Printing LLC<br>12707 49TH STREET N.<br>Suite 100<br>Clearwater, FL 33762 | Seaboard Printing LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| Seaboard Real Estate Holdings LLC | Seaboard Real Estate Holdings LLC  12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | Seaboard Real Estate Holdings LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| Seaboard Technology LLC | Seaboard Technology LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Seaboard Technology LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| Security Institute Holdings LLC | Security Institute Holdings LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Security Institute Holdings LLC<br>Registered Agent Solutions, Inc.<br>838 Walker Road<br>Suite 21-2,<br>Dover, DE 19904 |

| | | |
|---|---|---|
| Sharkdefense Technologies LLC | Sharkdefense Technologies LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Sharkdefense Technologies LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| SSK Manufacturing Consulting Inc. | SSK Manufacturing Consulting Inc. 3246<br>HYDE PARK DRIVE<br>Clearwater, FL 33761 | SSK Manufacturing Consulting Inc.<br>Shelly Karuppiah,<br>3246 Hyde Park Drive<br>Clearwater, FL 33761 |
| Stowe Mountain Properties, LLC | | Stowe Mountain Properties, LLC<br>Registered Agent Solutions, Inc.<br>One Canal Plaza<br>9th Floor<br>Portland, ME 04112 |
| Talis Intelligence Group LLC | Talis Intelligence Group LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | Talis Intelligence Group LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| The Center for Fiduciary Services Inc. | The Center for Fiduciary Services Inc.<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | The Center for Fiduciary Services Inc.<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| The Center for Financial Counseling LLC | The Center for Financial Counseling LLC<br>12707 49th Street North<br>Suite 700<br>Clearwater, FL 33762 | The Center for Financial Counseling LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| The Center for Lien Resolution LLC | The Center for Lien Resolution LLC  12707<br>49th Street N.<br>Suite 600<br>Clearwater, FL 33762 | The Center for Lien Resolution LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street<br>Suite 200<br>Clearwater, FL 33762 |
| The Center for Life Care Planning LLC | The Center for Life Care Planning LLC<br>12707 49th Street N.<br>Suite 600<br>Clearwater, FL 33762 | The Center for Life Care Planning LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| The Center for Litigation Support LLC | The Center for Litigation Support LLC<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 | The Center for Litigation Support LLC<br>Jonathan Golden, Registered Agent<br>12707 49th Street N.<br>Suite 900<br>Clearwater, FL 33762 |
| The Center for Settlement Consultants LLC | The Center for Settlement Consultants LLC<br>12707 49th Street N.<br>Suite 600<br>Clearwater, FL 33762 | The Center for Settlement Consultants LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| The Colby Company LLC | The Colby Company LLC<br>12707 49th Street N.<br>Suite 300<br>Clearwater, FL 33762 | The Colby Company LLC<br>Leo Govoni, Registered Agent<br>12707 49th Street N.<br>Suite 200<br>Clearwater, FL 33762 |
| The Directed Benefits Foundation Inc | The Directed Benefits Foundation Inc<br>401 East Jackson Street<br>Suite 3300<br>Tampa, FL 33602 | The Directed Benefits Foundation Inc<br>Registered Agents Solutions, Inc.<br>2894 Remington Green Lane,<br>Suite. A<br>Tallahassee, FL 32308 |

| | | |
|---|---|---|
| The Medicare and Medicaid Institute Inc. | The Medicare and Medicaid Institute Inc.<br>4912 Creekside Drive<br>Clearwater, FL 33760 | The Medicare and Medicaid Institute Inc.<br>John Staunton Esq., Registered Agent<br>3000 Gulf to Bay Blvd.<br>Suite 102<br>Clearwater, FL 33759 |
| USSI Holdings LLC | USSI Holdings LLC<br>817 E Lamar Blvd.<br>Arlington, TX 76012 | USSI Holdings LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |
| USSI Intelligence Group LLC | USSI Intelligence Group LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | USSI Intelligence Group LLC<br>Corporation Services Company D/B/A CSC-LAWYERS INCO,<br>211 E. 7th Street,<br>Suite 620<br>Austin, TX 78701 |
| USSI Special Operations Group LLC | USSI Special Operations Group LLC<br>4912 Creekside Drive<br>Clearwater, FL 33760 | USSI Special Operations Group LLC<br>Corporation Services Company D/B/A CSC-LAWYERS INCO,<br>211 E. 7th Street,<br>Suite 620<br>Austin, TX 78701 |
| Veritas Investigative Services LLC | Veritas Investigative Services LLC 4912 Creekside Drive<br>Clearwater, FL 33760 | Veritas Investigative Services LLC<br>Jonathan Golden, Registered Agent<br>4912 Creekside Drive<br>Clearwater, FL 33760 |

# Composite Exhibit B



- [ ] BCL Partners Fund LLC 4501
- [ ] BCL Partners Fund LLC Security Deposit Account
- [ ] BCL Partners Fund LLC Tax Account
- [ ] BFG Columbus Holdings LLC 1421
- [ ] BFG Columbus Repair LLC
- [ ] BFG II 1588
- [ ] BFG Investment Holdings LLC 2320
- [ ] BFG Loan Holdings LLC 0138
- [ ] BFG Northeast LLC
- [ ] BFG West LLC
- [ ] Big Storm Brewery LLC *4455
- [ ] Big Storm Brewery LLC 3262
- [ ] Big Storm Brewery LLC Encompass acct *5907
- [ ] Big Storm Brewery Tax 4552
- [ ] Big Storm Canteen LLC 4536

- [ ] Big Storm Canteen LLC Operating Account
- [ ] Big Storm Canteen LLC Tax Account
- [ ] Big Storm Canteen, LLC * 5761
- [ ] Big Storm Cape Coral LLC acct 4072
- [ ] Big Storm Coffee Company LLC 4560
- [ ] Big Storm Creamery LLC
- [ ] Big Storm Creamery LLC 4498
- [ ] Big Storm Distilling Company LLC 4781
- [ ] Big Storm Liquor 4641
- [ ] Big Storm Pasco LLC
- [ ] Big Storm Pasco LLC Operating
- [ ] Big Storm Pasco, LLC Marketing
- [ ] Big Storm Pinellas LLC
- [ ] Big Storm Pinellas LLC *3626
- [ ] Big Storm Pinellas Tax Account

- [ ] Big Storm Real Estate 3149
- [ ] Big Storm Real Estate LLC Dep acct 5370
- [ ] Blood Brothers LLC 5184
- [ ] Boston Asset Management Inc 2614
- [ ] Boston Capital Consulting LLC 2126
- [ ] Boston Capital Leasing LLC Operating Account
- [ ] Boston Capital Leasing LLC Security Account
- [ ] Boston Capital Leasing LLC Tax account
- [ ] Boston Capital Leasing Management LLC
- [ ] Boston Capital Leasing Mgmt LLC 4528
- [ ] Boston Capital Leasing Security Deposit
- [ ] Boston Finance Group - SA 3025
- [ ] Boston Finance Group LLC 0013
- [ ] Boston Finance Group MMA
- [ ] Boston Holding Company LLC 1642

- [ ] Boston Settlement Finance Inc.
- [ ] Boston Settlement Group LLC 1659
- [ ] Boston Wealth Solutions LLC
- [ ] Brand Activators LLC 1693
- [ ] Brangers Qualified Settlement Fund
- [ ] Bravo Zulu Tactical LLC
- [ ] Broadleaf 9th Street LLC Escrow
- [ ] Broadleaf 9th Street LLC Operating
- [ ] Broadleaf 9th Street Rental Acct
- [ ] Broadleaf Forest Mgmt LLC 0921
- [ ] Broadleaf Forest Timber Escrow Account
- [ ] Broadleaf Kenwood LLC - Rental Acct
- [ ] Broadleaf Kenwood LLC Escrow
- [ ] Broadleaf Kenwood LLC-Operating
- [ ] Broadleaf North LLC 5435

- [ ] Broadleaf Prop Mgmt 27th Ave Rental Income
- [ ] Broadleaf Prop Mgmt 27th Ave Security
- [ ] Broadleaf Prop Mgmt Center Rental
- [ ] Broadleaf Prop Mgmt Center Security
- [ ] Broadleaf Properties LLC 3726
- [ ] Broadleaf Properties LLC Security Deposits 3815
- [ ] Broadleaf Property 1683
- [ ] Broadleaf Property Escrow 0250
- [ ] Broadleaf Property Management
- [ ] Broadleaf Property Mgmt-Rental Account 0200
- [ ] Broadleaf Realty
- [ ] Broadleaf Warner LLC 1669
- [ ] Brooke Acquisitions LLC
- [ ] BSG Depository 0234
- [ ] BSG LLC Account - 2029

- [ ] Caitlin Govoni
- [ ] Carole Taylor MSA
- [ ] Center for MSA fbo Eric Bo Stratton
- [ ] Center for MSA fbo Gregorio Ramos
- [ ] Center for MSA fbo Maryann Barber
- [ ] Center for MSA fbo Peter Santos
- [ ] Center for MSA fbo Phyllis Bennett
- [ ] Center for SNT Acct.XX
- [ ] Center Litigation Support
- [ ] Center Services LLC 2118
- [ ] Charles R Wilson
- [ ] Cimarron Derailment Qualified Settlement Fund
- [ ] Combined Force LLC
- [ ] Condor Rapier LLC
- [ ] Connectionology Seminars

- [ ] Conway Life Planning LLC 3386
- [ ] CSNT Admin Corp Acct 5303

- [x] CSNT Depository Acct 1714
- [ ] David Hilger
- [ ] David Perrin MSA
- [ ] Disbursement Acct 1722
- [ ] Elder Care Alliance Inc
- [ ] Fat Lion Brewing Company LLC 2584
- [ ] Fat Lion Real Estate LLC 3319
- [ ] Fat Point V2 LLC
- [ ] Fat Point V2 LLC 4471
- [ ] Fat Point V2 LLC Tax 4544
- [ ] Faulkner Dorothy Pooled Trust
- [ ] FL Pooled fbo Elizabeth Sauer 0114

- [ ] Florida Pooled Trust f/b/o Elizabeth Sauer 2nd Acct
- [ ] Georgios Misos MSA
- [ ] Gina Luzzi Trust
- [ ] Global Litigation Consultants LLC 5222
- [ ] Global Litigation Consultants LLC MSA Depository Acct 5389
- [ ] Govoni, Leo
- [ ] Gravitas Equity Partners LLC 1691
- [ ] Gravitas II LLC 0999
- [ ] Gravitas Tech LLC 1219
- [ ] Integritas Management LLC
- [ ] Joseph Balsai MSA
- [ ] Leo J Govoni
- [ ] Lesane Qualified Settlement Fund
- [ ] LJG Management Group Inc. 4463

- [ ] Manufacturing Research Group Inc 4218
- [ ] Martin Tyler MSA
- [ ] MIke Peterson Foundation Inc 1804
- [ ] Naranjo Income Only Irrev Trust
- [ ] North American Keg LLC 4439
- [ ] North American Keg LLC Tax Account
- [ ] North American Keg, LLC
- [ ] Old Line Keg Manufacturing LLC 3378
- [ ] Old Line Manufacturing LLC 2274
- [ ] Olympus Foundation Management LLC 1936
- [ ] Olympus Marketing Group LLC
- [ ] Orange Blossom Funding LLC 4919
- [ ] Orvis Entertainment LLC
- [ ] Packer Nathanial Trust
- [ ] Pease Steven Pooled Trust

☐ Pillars Insurance Advisors LLC 3041

☐ Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg

☐ Propertycraft Enterprises LLC 3505

☐ Prospect Funding Holdings LLC

☐ Prouty Road Farms LLC 2088

☐ Ruth Rales Jewish Family Service 0226

☐ Schachnovsky Sylvia Pooled Trust

☐ Seaboard Craft Beer Holdings LLC 1499

☐ Seaboard Craft Distilling Holdings LLC

☐ Seaboard Manufacturing LLC 4749

☐ Seaboard Manufacturing LLC 5206

☐ Seaboard Manufacturing LLC 1285

☐ Seaboard Manufacturing LLC DBA N&D Manufacturing Inc

☐ Seaboard Portage LLC 3424

| | |
|---|---|
| ☐ | Seaboard Real Estate Holdings LLC *5664 |
| ☐ | Seaboard Real Estate Holdings LLC 1464 |
| ☐ | Seaboard Technology LLC acct 2150 |
| ☐ | Security Institute Holdings LLC |
| ☐ | Sharkdefense Technologies LLC |
| ☑ | SNT MM XII-MSA 0035 |
| ☑ | SNT Operating 1640 |
| ☐ | SSK Manufacturing Consulting Inc. *5400 |
| ☐ | Teslow Bradford Pooled Trust |
| ☐ | The Brockington Qualified Settlement Fund |
| ☐ | The Center for Fiduciary Services Inc. Disbursement 2207 |
| ☐ | The Center for Fiduciary Services Inc. Operating 2193 |
| ☐ | The Center for Financial Counseling LLC 0323 |
| ☐ | The Center for Lien Resolution LLC 1705 |
| ☐ | The Center for Life Care Planning LLC |

- [ ] The Center for Litigation Support LLC 3335
- [ ] The Center for Settlement Consultants LLC 0331
- [ ] The Center for SNT Administration, Inc. MM Account XI
- [x] The Center for Special Needs Trust Admin - TPIT 5990
- [ ] The Center for Special Needs Trust MM Acct XII - MSA 0035
- [ ] The Center for Special Needs Trust Transfers Acct 4196
- [ ] The Center of Medicare Set-Aside Administration LLC 1721
- [ ] The Colby Company LLC 2622
- [ ] The Cole Qualified Settlement Fund
- [ ] The Directed Benefits Foundation Inc Disb *5672
- [ ] The Directed Benefits Foundation Inc Operating *1723
- [ ] The Directed Benefits Foundation Inc. Trust *1390
- [ ] The Directed Benefits Foundation, Inc *1439
- [ ] The Directed Benefits Foundation, Inc Operating *6024

- [ ] The Directed Benefits Foundation, Inc Trust acct*6016
- [ ] The Drayton Florence Foundation Inc
- [ ] The Foust QSF Boston Settlement Group Admin
- [ ] The Guy Settlement Preservation Trust 0177
- [ ] The Medicare and Medicaid Institute Inc.
- [ ] The Moore Qualified Settlement Fund
- [ ] The Peacock Qualified Settlement Fund acct 0963
- [ ] The Wisnasky Qualified Settlement Fund
- [ ] USSI Holdings LLC
- [ ] USSI Intelligence Group LLC
- [ ] USSI Special Operations Group LLC
- [ ] Veritas Investigative Services LLC
- [ ] William McDonald MSA

# Exhibit C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                 Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                            Chapter 11

          Debtor.
_____

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

          Plaintiff,

v.                                                     Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

          Defendants.
_____

## NOTICE OF FILING SUPPLEMENTAL DECLARATION

Plaintiff, Michael Goldberg,  as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of

The Center for Special Needs Trust Administration, Inc. (the "Debtor"), by and through

undersigned counsel and pursuant to the Court's Order, hereby gives notice of filing the

Supplemental Declaration of Kevin McCoy (*see* Doc. Nos. 23, 26, 36, and 40).

1.       A true and correct summary of Boston Finance Group LLC's ("BFG") annual

balance sheets at year-end beginning December 31, 2010 through August 6, 2024, is attached to

the Supplemental Declaration as **Exhibit 1**.[1]

---

[1] While the Chapter 11 Trustee's professionals have determined that the books and records of the Debtor and other
entities under the control of Leo Govoni ("Govoni") cannot always be relied upon, BFG's balance sheet – which was
produced by the Defendants in discovery and shows a loan payable of $122,582,771 – is referenced solely to

2.      The calculation of the outstanding amount in principal and interest due to the Debtor through December 6, 2024, totaling $120,324,391 – as well as the application of certain payments toward accrued interest and principal paydowns, pursuant to the Promissory Notes – is attached to the Supplemental Declaration as **Exhibit 2**.

3.      The Chapter 11 Trustee respectfully requests entry of final judgment against Defendants, BFG and Govoni, for damages in an amount of **$120,324,391**, plus interest, attorneys' fees and costs, all continuing to accrue.

Dated this 19th day of December, 2024.

AKERMAN LLP

By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott
    Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 19, 2024, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Steven R. Wirth*
Attorney

---

demonstrate the absurdity of the self-serving, vague declaration of Mr. Govoni indicating a loan balance of "approximately $30 million" (Doc. No. 26-1).

79241197;1

## <u>SUPPLEMENTAL DECLARATION OF KEVIN MCCOY</u>

1.      My name is Kevin McCoy. I am over the age of 18, am competent to furnish this declaration, and do so based on my personal knowledge of the statements made herein.

2.      I am a partner at KapilaMukamal, LLP ("KM"), which specializes in insolvency, turnaround, forensic and investigative consulting, expert witness, and litigation support services.

3.      My areas of expertise include forensic accounting and investigation, financial transactions litigation, complex commercial litigation, and insolvency advising.

4.      I have worked with fiduciaries in conjunction with the Federal Bureau of Investigation (FBI), Securities and Exchange Commission (SEC), the Federal Trade Commission (FTC), and the United States Attorney's Office.

5.      I am a Certified Public Accountant (CPA), Certified Fraud Examiner (CFE), and a Certified Insolvency and Restructuring Advisor (CIRA), affiliated with the Association of Insolvency and Restructuring Advisors (AIRA). I am also affiliated with the National Association of Federal Equity Receivers (NAFER), Association of Certified Fraud Examiners (ACFE), and the Florida Institute of Certified Public Accountants (FICPA).

6.      On April 3, 2024, KM's retention as Forensic Accountants to Michael Goldberg, the Chapter 11 Trustee ("Trustee") for the Center for Special Needs Trust, Inc. (the "Debtor" or "Center") was approved by the Bankruptcy Court, retroactively to March 21, 2024 [DE 138].

7.      Since that date, I, along with other members of the KM team, have assisted the Trustee and his counsel with a forensic analysis of the accounting records, financial records, and the bank and brokerage account records for the Debtor and the Special Need Trusts ("Trusts") administered by the Debtor. I have also reviewed the business records of Boston Finance Group, LLC ("BFG").

8.      I intend for this declaration to supplement or clarify my declaration dated December 6, 2024 ("Initial Declaration").

9.      We exported and analyzed BFG's general ledger and balance sheets from the Navision and QuickBooks accounting applications that BFG used at certain points in time.[1] From this information, I was able to determine that BFG had a general ledger account titled *Loan Payable* ("Loan Payable") that included transactions for the period 8/31/2010 through 6/8/2023 and was reflected as a liability on BFG's balance sheet.

10.     As of June 8, 2023, the Loan Payable general ledger account balance was $122,582,771, which was reflected on BFGs balance sheet. A true and correct summary of BFG's annual balance sheets at year-end beginning December 31, 2010 through August 6, 2024, is attached as **Exhibit 1**.

11.     I also identified and analyzed cash transfers from the Center to BFG related to the Promissory Notes ("Cash Transfers")[2] as described in the Initial Declaration. This required extensive analysis to identify and reconcile the various Cash Transfers from multiple sources.

12.     The Trustee requested that I calculate the accrued interest payable to determine the outstanding amount in principal and interest due to the Center through December 6, 2024.

**Methodology for Calculating the Outstanding Loan Balance**

13.     I identified $99,787,239 in Cash Transfers from the Center to BFG ("Drawdowns") and $18,869,432 in transfers from BFG to the Center ("Payments"), as described in detail in the Initial Declaration.

---

[1] BFG's accounting records on Navision were for the period August 2010 through December 2016, at which point BFG's transferred its accounting to QuickBooks for the period January 2017 through May 2024.
[2] The Cash Transfers would include wires, checks or transfers made between the bank and brokerage accounts.

14.     I calculated the outstanding amount in principal and interest due to the Center through December 6, 2024, as detailed in **Exhibit 2** pursuant to the Promissory Notes, summarized as follows:

    i.     Determined the interest period (monthly or quarterly) (the "Period").

    ii.     Aggregated the Drawdowns and Payments for each Period.

    iii.     Calculated the current balance based on the prior total outstanding balance plus the current Period's Drawdowns less the current Period's Payments ("Current Balance").

    iv.     Determined the interest rate ("Interest Rate") to be applied.[3]

    v.     Calculated the interest for the Period based on the prior Period's Current Balance.[4]

    vi.     Applied the Payments first to any accrued interest, and any remaining portion to the principal balance.

    vii.     Calculated the total outstanding balance by adding the prior outstanding balance plus any accrued interest and Drawdowns less any Payments applied to principal.

15.      In summary, I applied the $18,869,432 in payments to accrued interest first, and then applied any excess to pay down principal.  For reference, below is a snapshot of the *Application of Payments* from the Promissory Note for $100 million dated January 1, 2012, which application was the same in each of the six Promissory Notes:

---

[3] KM applied the default rate of interest (18%) to the outstanding balance of September 13, 2023 (5 days from the notice sent on 9/8/2023) through December 6, 2024.

[4] This application was a more conservative approach, since the interest was calculated at the end of the prior period even though a loan drawdown may have occurred earlier in the period resulting in additional accrued interest.

> **5. APPLICATION OF PAYMENTS.** Each payment hereunder shall be applied first to any past due payments under this Note (including payment of all Costs as herein defined), then to accrued interest, and the balance, if any, shall be applied to the unpaid principal balance of this Note; provided, however, each payment hereunder while an Event of Default under the Loan Agreement has occurred and is continuing shall be applied as the Center in its sole discretion may determine.

16.     As a result of this analysis, I determined that as of December 6, 2024, BFG owes the Center $88,065,957 in principal and $32,258,434 in accrued interest, for a total of $120,324,391 (exclusive of attorneys' fees, costs, and interest that continues to accrue).

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2024

By: _____
    Kevin McCoy, CPA, CFE

Exhibit 1

**Exhibit 1**

Boston Finance Group LLC Balance Sheets

| | Source: | Navision Dec 31, 10 | Navision Dec 31, 11 | Navision Dec 31, 12 | Navision Dec 31, 13 | Navision Dec 31, 14 | Navision Dec 31, 15 | Navision Dec 31, 16 | Quickbooks Dec 31, 17 | Quickbooks Dec 31, 18 | Quickbooks Dec 31, 19 | Quickbooks Dec 31, 20 | Quickbooks Dec 31, 21 | Quickbooks Dec 31, 22 | Quickbooks Dec 31, 23 | Quickbooks Aug 6, 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | | | | | | |
| Total Checking/Savings | | 514,399 | 173,894 | 7,277,055 | 1,341,166 | 1,920,286 | 5,374,528 | 572,613 | 37,537 | (575,713) | 331,968 | 43,610 | 23,614 | 78,764 | (1,904,515) | (2,837,942) |
| Total Accounts Receivable | | 261,354 | (32,419) | (36,255) | (75,571) | (87,324) | - | - | 35 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 | 1,191 |
| Other Current Assets | | | | | | | | | | | | | | | | |
| Distribuion Receivable | | | | | | | | | 5,489 | 5,489 | 5,489 | | | | | |
| Total Loans Receivable - Cortland | | | | | | | | | 552,508 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 | 500,953 |
| Total Loans Receivable - Intercompany | | (44,379) | 2,148 | (60,114) | (5,733) | - | 7,250 | - | 80,163,804 | 88,240,953 | 94,480,120 | 97,718,850 | 97,533,137 | 98,445,954 | 100,691,856 | 101,575,283 |
| Total Loans Receivable - Legal Depart | | - | 76,000 | - | - | - | - | - | 4,403,780 | 4,705,180 | 4,068,009 | 3,879,522 | 3,520,209 | 3,517,777 | 3,557,288 | 3,557,288 |
| Prepaid Expenses | | - | 307 | 72,628 | 102,668 | 24,568 | 11,503 | 2,681 | 1,924 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 | 2,463 |
| S/T Loan to NAK | | | | | | | | | 110,000 | 110,000 | 110,000 | | | | | |
| Total Other Current Assets | | (44,379) | 78,455 | 12,514 | 96,935 | 24,568 | 18,753 | 2,681 | 85,237,505 | 93,565,039 | 99,167,034 | 102,101,788 | 101,556,762 | 102,467,147 | 104,752,560 | 105,635,987 |
| Total Current Assets | | 731,374 | 219,930 | 7,253,314 | 1,362,530 | 1,857,530 | 5,393,281 | 575,294 | 85,275,077 | 92,990,517 | 99,500,193 | 102,146,588 | 101,581,567 | 102,547,101 | 102,849,236 | 102,799,236 |
| Total Fixed Assets | | 2,215 | 24,743 | 13,846 | 6,357 | 12,785 | 11,142 | 9,567 | 77,859 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 | 59,914 |
| Other Assets | | | | | | | | | | | | | | | | |
| Due from BFG Investment Holding | | | | | | | | | | | | | | | | |
| Due from BFGIH - Income Trsfr | | - | - | - | - | - | (3,737,649) | (4,564,339) | (5,877,537) | (6,720,101) | (7,642,407) | (8,350,467) | (8,364,207) | (8,386,478) | (8,386,478) | (8,386,478) |
| Due from BFGIH - Loan Portfolio | | - | - | - | - | - | 14,231,288 | 13,582,500 | 8,511,138 | 8,351,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 | 8,311,472 |
| Total Due from BFG Investment Holding | | - | - | - | - | - | 10,493,639 | 9,018,161 | 2,633,601 | 1,631,371 | 669,065 | (38,935) | (52,735) | (75,006) | (75,006) | (75,006) |
| Total Investments - Equity | | - | (89,882) | 302,096 | 597,009 | 959,055 | (4,480,415) | (5,161,646) | (7,463,990) | (7,796,102) | (8,119,777) | (8,112,890) | (8,213,940) | (8,213,940) | (8,233,642) | (8,233,642) |
| PBL - Plantif Bridge Loans | | 453,134 | 463,559 | 497,317 | 732,636 | 711,239 | 376,440 | 363,440 | 363,440 | 363,440 | 363,440 | 382,492 | 386,958 | 386,958 | 386,958 | 386,958 |
| Loan Receivable - Law Firm | | 395,000 | 1,824,739 | 1,058,623 | 1,136,295 | 360,000 | 2,302,614 | 2,280,114 | - | - | - | - | - | - | - | - |
| Loan Receivable – Operating | | - | - | 153,963 | 152,000 | 152,000 | - | - | - | - | - | - | - | - | - | - |
| Loan Receivable – Other | | 27,507,603 | 45,324,833 | 55,691,911 | 63,861,335 | 58,139,375 | 73,026,282 | 74,473,233 | - | - | - | - | - | - | - | - |
| Due From Members | | - | - | - | 6,541 | - | - | - | - | - | - | - | - | - | - | - |
| Security Deposits | | - | - | (10,000) | 1,300 | - | - | 1,957 | - | - | - | - | - | - | - | - |
| Loan Receivable - Participant's Ownership | | - | - | - | - | (100,000) | - | - | - | - | - | - | - | - | - | - |
| Investments - Receivable | | - | - | - | - | - | - | 1,957 | - | - | - | - | - | - | - | - |
| Investments - Cortland | | - | - | - | 17,505,820 | 573,167 | 655,031 | | | | | | | | | |
| Other Investments | | - | - | 190,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Other Assets | | 28,355,737 | 47,523,249 | 57,893,910 | 66,469,275 | 77,835,330 | 82,191,727 | 81,630,290 | (4,466,948) | (5,801,291) | (7,087,272) | (7,769,333) | (7,879,718) | (7,901,989) | (7,921,691) | (7,921,691) |
| **TOTAL ASSETS** | | 29,089,326 | 47,767,922 | 65,161,070 | 67,838,162 | 79,705,645 | 87,596,150 | 82,215,151 | 80,885,988 | 87,249,140 | 92,472,835 | 94,437,169 | 93,761,763 | 94,705,026 | 94,987,459 | 94,937,459 |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | | | |
| Liabilities | | | | | | | | | | | | | | | | |
| Current Liabilities | | | | | | | | | | | | | | | | |
| Total Accounts Payable | | 6,272 | 30,536 | 214,397 | 1,513 | 86,969 | 54,830 | 39,832 | 17,357 | 365,837 | 366,916 | 366,916 | 366,916 | 305,815 | 305,815 | 305,815 |
| Total Credit Cards | | 1,189 | - | - | - | - | - | - | 4,692 | (15,869) | (43,742) | 14,622 | 25,924 | 64,605 | 64,605 | 64,605 |
| Accrued Liabilities | | - | 54,032 | 22,547 | 19,954 | 164,306 | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest Expense | | 133,977 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll Liabilities | | 57,880 | - | 261 | - | 4,921 | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | | - | - | 86,875 | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Current Liabilities | | 199,318 | 84,568 | 324,080 | 21,467 | 256,196 | 54,830 | 39,832 | 22,048 | 349,968 | 323,174 | 381,538 | 392,840 | 370,420 | 370,420 | 370,420 |
| Long Term Liabilities | | | | | | | | | | | | | | | | |
| Loan Payable - Automobile | | - | - | - | - | - | - | - | - | 36,429 | 30,829 | 22,539 | 14,242 | 5,944 | (248) | (248) |
| Loan Payable (Long Term) | | 27,459,630 | 45,289,614 | 65,407,531 | 71,166,491 | 85,833,177 | 99,062,724 | 106,146,127 | 110,913,642 | 116,360,760 | 120,948,760 | 123,246,760 | 122,400,301 | 122,582,481 | 122,582,771 | 122,582,771 |
| Total Loan Payable ? Operating | | - | - | - | - | (1,078,144) | 600,000 | 705,000 | 155,000 | 105,000 | 561,000 | 643,000 | 526,359 | 385,453 | 385,453 | 385,453 |
| Loan Payable to BCLPF - Sec Dep | | - | - | - | - | - | - | 403,000 | 99,755 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 | 28,105 |
| PPP Loan Payable | | - | - | - | - | - | - | - | - | - | - | 99,162 | 99,162 | 99,162 | 99,162 | 99,162 |
| Total Long Term Liabilities | | 27,459,630 | 45,289,614 | 65,407,531 | 71,166,491 | 84,755,033 | 99,766,148 | 106,950,882 | 111,133,176 | 116,524,693 | 121,560,404 | 124,031,268 | 123,059,871 | 123,094,953 | 123,095,243 | 123,095,243 |
| Total Liabilities | | 27,658,948 | 45,374,182 | 65,731,611 | 71,187,958 | 85,011,229 | 99,820,978 | 106,990,714 | 111,155,224 | 116,874,660 | 121,883,578 | 124,412,806 | 123,452,711 | 123,465,373 | 123,465,663 | 123,465,663 |
| Equity | | | | | | | | | | | | | | | | |
| Capital Contributions-Partner | | 1,000 | 1,000 | 1,000 | 21,000 | 21,000 | 59,153 | 2,060,351 | 2,255,144 | 2,722,601 | 2,893,345 | 3,439,363 | 4,424,951 | 5,421,756 | 5,549,381 | 5,549,381 |
| Members Draw | | (667,212) | (463,230) | (38,000) | (38,000) | (138,625) | (2,041,873) | (5,697,029) | (5,722,649) | (5,756,668) | (5,968,486) | (6,626,388) | (6,915,829) | (6,927,979) | (6,956,179) | (6,956,179) |
| Retained Earnings | | 35,073 | 1,030,898 | 2,392,739 | (553,542) | (3,482,797) | (7,883,276) | (12,336,446) | (21,138,384) | (26,801,732) | (26,591,454) | (26,335,601) | (26,788,612) | (27,200,069) | (27,254,124) | (27,071,407) |
| Net Income | | 1,671,009 | 1,907,995 | (2,975,031) | (2,819,869) | (1,756,417) | (2,312,170) | (8,802,438) | (5,662,848) | 210,278 | 255,853 | (453,011) | (411,458) | (54,055) | 182,718 | (50,000) |
| Total Equity | | 1,039,870 | 2,476,663 | (619,292) | (3,390,411) | (5,356,839) | (12,178,166) | (24,775,562) | (30,269,236) | (29,625,520) | (29,410,743) | (29,975,637) | (29,690,948) | (28,760,347) | (28,478,205) | (28,528,205) |
| **TOTAL LIABILITIES & EQUITY** | | 28,698,818 | 47,850,845 | 65,112,319 | 67,797,547 | 79,654,390 | 87,642,812 | 82,215,152 | 80,885,988 | 87,249,140 | 92,472,835 | 94,437,169 | 93,761,763 | 94,705,026 | 94,987,459 | 94,937,459 |

Exhibit 2

# Exhibit 2

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**
**CASE NO. 8:24-bk-00676-RCT**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Boston Finance Group, LLC**
**Loan Calculation as of December 6, 2024**

**Source:** Promissory notes and bank records for Boston Finance Group and Center for Special Needs Trust, BFG and CSNT Navision, and BFG QuickBooks

| Control | Interest Period | Start | End | Increase in Principal (Loan Drawdown) | Payments | Current Balance (before current period interest is calcuated) | Prime / Treasury Rates | Additional Rate | Annual Interest | Interest for Period | Accrued Interest Balance | Credits After Payments Applied Toward Accrued Interest Balance | Principal Balance Less Credits (if applicable) | Total Outstanding Balance (Principal + Interest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Quarterly | 06/01/09 | 09/30/09 | $ - | $ - | $ - | 3.25% | 2.50% | 5.75% | $ - | $ - | $ - | $ - | $ - |
| 2 | Quarterly | 10/01/09 | 11/30/09 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 3 | Monthly | 12/01/09 | 12/31/09 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 4 | Monthly | 01/01/10 | 01/31/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 5 | Monthly | 02/01/10 | 02/28/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 6 | Monthly | 03/01/10 | 03/14/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 7 | Monthly | 03/15/10 | 03/31/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 8 | Monthly | 04/01/10 | 04/30/10 | - | - | - | 3.25% | 2.50% | 5.75% | - | - | - | - | - |
| 9 | Monthly | 05/01/10 | 05/31/10 | 766,811.04 | - | 766,811.04 | 3.25% | 2.50% | 5.75% | - | - | - | 766,811.04 | 766,811.04 |
| 10 | Monthly | 06/01/10 | 06/30/10 | 140,000.00 | (76,247.33) | 830,563.71 | 3.25% | 2.50% | 5.75% | 3,674.30 | - | (72,573.03) | 834,238.01 | 834,238.01 |
| 11 | Monthly | 07/01/10 | 07/31/10 | 258,975.00 | (1,195,000.00) | - | 3.25% | 2.50% | 5.75% | 3,979.78 | - | (1,191,020.22) | (97,807.20) | (97,807.20) |
| 12 | Monthly | 08/01/10 | 08/31/10 | 329,022.83 | - | 231,215.63 | 3.25% | 2.50% | 5.75% | - | - | - | 231,215.63 | 231,215.63 |
| 13 | Monthly | 09/01/10 | 09/30/10 | 1,743,000.00 | (130,000.00) | 1,844,215.63 | 3.25% | 2.50% | 5.75% | 1,107.91 | - | (128,892.09) | 1,845,323.54 | 1,845,323.54 |
| 14 | Monthly | 10/01/10 | 10/31/10 | 2,411,206.33 | (1,600,000.00) | 2,656,529.87 | 3.25% | 2.50% | 5.75% | 8,836.87 | - | (1,591,163.13) | 2,665,366.73 | 2,665,366.73 |
| 15 | Monthly | 11/01/10 | 11/30/10 | 3,207,433.35 | (1,915,390.16) | 3,957,409.92 | 3.25% | 2.50% | 5.75% | 12,729.21 | - | (1,902,660.95) | 3,970,139.13 | 3,970,139.13 |
| 16 | Monthly | 12/01/10 | 12/31/10 | 457,700.00 | (20,000.00) | 4,407,839.13 | 3.25% | 2.50% | 5.75% | 18,962.59 | - | (1,037.41) | 4,426,801.72 | 4,426,801.72 |
| 17 | Monthly | 01/01/11 | 01/31/11 | 468,790.00 | (30,000.00) | 4,865,591.72 | 3.25% | 2.50% | 5.75% | 21,120.90 | - | (8,879.10) | 4,886,712.61 | 4,886,712.61 |
| 18 | Monthly | 02/01/11 | 02/28/11 | 485,000.00 | (25,000.00) | 5,346,712.61 | 3.25% | 2.50% | 5.75% | 23,314.29 | - | (1,685.71) | 5,370,026.91 | 5,370,026.91 |
| 19 | Monthly | 03/01/11 | 03/14/11 | - | - | 5,370,026.91 | 3.25% | 2.50% | 5.75% | 11,570.17 | 11,570.17 | - | 5,370,026.91 | 5,381,597.08 |
| 20 | Monthly | 03/15/11 | 03/31/11 | 57,000.00 | (30,000.00) | 5,408,597.08 | 3.25% | 2.50% | 5.75% | 14,110.76 | - | (4,319.07) | 5,422,707.83 | 5,422,707.83 |
| 21 | Monthly | 04/01/11 | 04/30/11 | 646,000.00 | (124,000.00) | 5,944,707.83 | 3.25% | 2.50% | 5.75% | 25,916.19 | - | (98,083.81) | 5,970,624.03 | 5,970,624.03 |
| 22 | Monthly | 05/01/11 | 05/31/11 | 1,075,000.00 | (521,509.71) | 6,524,114.32 | 3.25% | 2.50% | 5.75% | 28,485.06 | - | (493,024.65) | 6,552,599.38 | 6,552,599.38 |
| 23 | Monthly | 06/01/11 | 06/30/11 | 7,028,500.00 | (153,427.43) | 13,427,671.95 | 3.25% | 2.50% | 5.75% | 31,261.38 | - | (122,166.05) | 13,458,933.33 | 13,458,933.33 |
| 24 | Monthly | 07/01/11 | 07/31/11 | 2,456,600.00 | (553,428.06) | 15,362,105.27 | 3.25% | 2.50% | 5.75% | 64,340.93 | - | (489,087.13) | 15,426,446.20 | 15,426,446.20 |
| 25 | Monthly | 08/01/11 | 08/31/11 | 1,820,008.73 | (252,448.85) | 16,994,006.08 | 3.25% | 2.50% | 5.75% | 73,610.09 | - | (178,838.76) | 17,067,616.16 | 17,067,616.16 |
| 26 | Monthly | 09/01/11 | 09/30/11 | 666,500.00 | (366,295.51) | 17,367,820.65 | 0.90% | 3.35% | 4.25% | 60,193.85 | - | (306,101.66) | 17,428,014.50 | 17,428,014.50 |
| 27 | Monthly | 10/01/11 | 10/31/11 | 1,171,000.00 | (165,846.91) | 18,433,167.59 | 1.06% | 3.35% | 4.41% | 63,848.45 | - | (101,998.46) | 18,497,016.04 | 18,497,016.04 |
| 28 | Monthly | 11/01/11 | 11/30/11 | 1,065,000.00 | (169,818.68) | 19,392,197.36 | 0.91% | 3.35% | 4.26% | 65,407.02 | - | (104,411.66) | 19,457,604.39 | 19,457,604.39 |
| 29 | Monthly | 12/01/11 | 12/31/11 | 560,500.00 | (496,249.11) | 19,585,706.93 | 0.89% | 3.35% | 4.24% | 68,542.18 | - | (427,706.93) | 19,590,397.46 | 19,590,397.46 |
| 30 | Quarterly | 01/01/12 | 02/29/12 | 2,040,800.00 | (464,491.63) | 21,166,705.83 | 0.00% | 2.00% | 2.00% | 65,072.85 | - | (399,418.78) | 21,231,778.68 | 21,231,778.68 |
| 31 | Quarterly | 03/01/12 | 05/31/12 | 3,552,500.00 | (1,507,189.52) | 23,277,089.16 | 0.00% | 2.00% | 2.00% | 105,833.53 | - | (1,401,355.99) | 23,382,922.69 | 23,382,922.69 |
| 32 | Quarterly | 06/01/12 | 08/31/12 | 7,728,604.76 | (458,492.86) | 30,653,034.59 | 0.00% | 2.00% | 2.00% | 116,385.45 | - | (342,107.41) | 30,769,420.03 | 30,769,420.03 |
| 33 | Quarterly | 09/01/12 | 11/30/12 | 8,435,254.85 | (417,335.31) | 38,787,339.57 | 0.00% | 2.00% | 2.00% | 153,265.17 | - | (264,070.14) | 38,940,604.75 | 38,940,604.75 |
| 34 | Quarterly | 12/01/12 | 02/28/13 | 513,666.00 | (1,864,388.00) | 37,589,882.75 | 0.00% | 2.00% | 2.00% | 193,936.70 | - | (1,670,451.30) | 37,783,819.45 | 37,783,819.45 |
| 35 | Quarterly | 03/01/13 | 05/31/13 | 1,000,000.00 | (475,725.79) | 38,308,093.66 | 0.00% | 2.00% | 2.00% | 187,949.41 | - | (287,776.38) | 38,496,043.07 | 38,496,043.07 |
| 36 | Quarterly | 06/01/13 | 08/31/13 | 580,000.00 | (323,992.75) | 38,752,050.32 | 0.00% | 2.00% | 2.00% | 191,540.47 | - | (132,452.28) | 38,943,590.79 | 38,943,590.79 |
| 37 | Quarterly | 09/01/13 | 11/30/13 | 3,535,270.08 | (98,668.00) | 42,380,192.87 | 0.00% | 2.00% | 2.00% | 193,760.25 | 95,092.25 | - | 42,478,860.87 | 42,573,953.12 |

Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors

**Exhibit 2**

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.

CASE NO. 8:24-bk-00676-RCT

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

Boston Finance Group, LLC

Loan Calculation as of December 6, 2024

Source: Promissory notes and bank records for Boston Finance Group and Center for Special Needs Trust, BFG and CSNT Navision, and BFG QuickBooks

| Control | Interest Period | Start | End | Increase in Principal (Loan Drawdown) | Payments | Current Balance (before current period interest is calcuated) | Prime / Treasury Rates | Additional Rate | Annual Interest | Interest for Period | Accrued Interest Balance | Credits After Payments Applied Toward Accrued Interest Balance | Principal Balance Less Credits (if applicable) | Total Outstanding Balance (Principal + Interest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | Quarterly | 12/01/13 | 02/28/14 | 5,675,675.00 | (101,495.71) | 48,148,132.41 | 0.00% | 2.00% | 2.00% | 211,900.96 | 205,497.51 | - | 48,154,535.87 | 48,360,033.37 |
| 39 | Quarterly | 03/01/14 | 05/31/14 | 3,875,324.00 | (104,593.11) | 52,130,764.26 | 0.00% | 2.00% | 2.00% | 240,740.66 | 341,645.06 | - | 52,029,859.87 | 52,371,504.93 |
| 40 | Quarterly | 06/01/14 | 08/31/14 | 1,205,300.00 | (113,869.74) | 53,462,935.19 | 0.00% | 2.00% | 2.00% | 260,653.82 | 488,429.14 | - | 53,235,159.87 | 53,723,589.01 |
| 41 | Quarterly | 09/01/14 | 11/30/14 | 975,000.00 | (117,271.02) | 54,581,317.99 | 0.00% | 2.00% | 2.00% | 267,314.68 | 638,472.80 | - | 54,210,159.87 | 54,848,632.66 |
| 42 | Quarterly | 12/01/14 | 02/28/15 | 3,600,000.00 | (162,112.01) | 58,286,520.65 | 0.00% | 2.00% | 2.00% | 272,906.59 | 749,267.38 | - | 57,810,159.87 | 58,559,427.24 |
| 43 | Quarterly | 03/01/15 | 05/31/15 | 4,965,097.26 | (120,179.50) | 63,404,345.00 | 0.00% | 2.00% | 2.00% | 291,432.60 | 920,520.48 | - | 62,775,257.13 | 63,695,777.61 |
| 44 | Quarterly | 06/01/15 | 08/31/15 | 1,420,000.00 | (135,434.40) | 64,980,343.21 | 0.00% | 2.00% | 2.00% | 317,021.73 | 1,102,107.80 | - | 64,195,257.13 | 65,297,364.93 |
| 45 | Quarterly | 09/01/15 | 11/30/15 | 3,149,700.00 | (141,203.05) | 68,305,861.88 | 0.00% | 2.00% | 2.00% | 324,901.72 | 1,285,806.47 | - | 67,344,957.13 | 68,630,763.60 |
| 46 | Quarterly | 12/01/15 | 02/29/16 | 2,240,000.00 | (1,546,215.32) | 69,324,548.28 | 0.00% | 2.00% | 2.00% | 341,529.31 | 81,120.46 | - | 69,584,957.13 | 69,666,077.59 |
| 47 | Quarterly | 03/01/16 | 05/31/16 | 975,000.00 | (144,445.05) | 70,496,632.54 | 0.00% | 2.00% | 2.00% | 346,622.74 | 283,298.15 | - | 70,559,957.13 | 70,843,255.28 |
| 48 | Quarterly | 06/01/16 | 08/31/16 | 1,780,000.00 | - | 72,623,255.28 | 0.00% | 2.00% | 2.00% | 352,483.16 | 635,781.31 | - | 72,339,957.13 | 72,975,738.44 |
| 49 | Quarterly | 09/01/16 | 11/30/16 | 3,250,000.00 | (146,106.84) | 76,079,631.60 | 0.00% | 2.00% | 2.00% | 363,116.28 | 852,790.75 | - | 75,589,957.13 | 76,442,747.88 |
| 50 | Quarterly | 12/01/16 | 02/28/17 | - | (303,461.84) | 76,139,286.04 | 0.00% | 2.00% | 2.00% | 380,398.16 | 929,727.07 | - | 75,589,957.13 | 76,519,684.19 |
| 51 | Quarterly | 03/01/17 | 05/31/17 | 950,000.00 | - | 77,469,684.19 | 0.00% | 2.00% | 2.00% | 380,696.43 | 1,310,423.50 | - | 76,539,957.13 | 77,850,380.62 |
| 52 | Quarterly | 06/01/17 | 08/31/17 | 730,000.00 | (151,085.23) | 78,429,295.39 | 0.00% | 2.00% | 2.00% | 387,348.42 | 1,546,686.69 | - | 77,269,957.13 | 78,816,643.82 |
| 53 | Quarterly | 09/01/17 | 11/30/17 | 200,000.00 | (154,926.76) | 78,861,717.06 | 0.00% | 2.00% | 2.00% | 392,146.48 | 1,783,906.41 | - | 77,469,957.13 | 79,253,863.53 |
| 54 | Quarterly | 12/01/17 | 02/28/18 | 200,000.00 | (157,162.27) | 79,296,701.26 | 0.00% | 2.00% | 2.00% | 394,308.59 | 2,021,052.72 | - | 77,669,957.13 | 79,691,009.85 |
| 55 | Quarterly | 03/01/18 | 05/31/18 | 955,000.00 | - | 80,646,009.85 | 0.00% | 2.00% | 2.00% | 396,483.51 | 2,417,536.23 | - | 78,624,957.13 | 81,042,493.35 |
| 56 | Quarterly | 06/01/18 | 08/31/18 | 1,415,000.00 | - | 82,457,493.35 | 0.00% | 2.00% | 2.00% | 403,230.05 | 2,820,766.28 | - | 80,039,957.13 | 82,860,723.40 |
| 57 | Quarterly | 09/01/18 | 11/30/18 | 750,000.00 | - | 83,610,723.40 | 0.00% | 2.00% | 2.00% | 412,287.47 | 3,233,053.74 | - | 80,789,957.13 | 84,023,010.87 |
| 58 | Quarterly | 12/01/18 | 02/28/19 | 1,281,000.00 | - | 85,304,010.87 | 0.00% | 2.00% | 2.00% | 418,053.62 | 3,651,107.36 | - | 82,070,957.13 | 85,722,064.49 |
| 59 | Quarterly | 03/01/19 | 05/31/19 | 1,034,000.00 | (20,000.00) | 86,736,064.49 | 0.00% | 2.00% | 2.00% | 426,520.05 | 4,057,627.41 | - | 83,104,957.13 | 87,162,584.54 |
| 60 | Quarterly | 06/01/19 | 08/31/19 | 938,000.00 | - | 88,100,584.54 | 0.00% | 2.00% | 2.00% | 433,680.32 | 4,491,307.74 | - | 84,042,957.13 | 88,534,264.86 |
| 61 | Quarterly | 09/01/19 | 11/30/19 | 1,455,000.00 | - | 88,989,264.86 | 0.00% | 2.00% | 2.00% | 440,502.92 | 4,931,810.66 | - | 85,497,957.13 | 90,429,767.79 |
| 62 | Quarterly | 12/01/19 | 02/29/20 | 1,189,000.00 | - | 91,618,767.79 | 0.00% | 2.00% | 2.00% | 449,946.32 | 5,381,756.98 | - | 86,686,957.13 | 92,068,714.11 |
| 63 | Quarterly | 03/01/20 | 05/31/20 | 686,000.00 | (143,565.08) | 92,611,149.03 | 0.00% | 2.00% | 2.00% | 458,093.84 | 5,696,285.74 | - | 87,372,957.13 | 93,069,242.87 |
| 64 | Quarterly | 06/01/20 | 08/31/20 | 473,000.00 | - | 93,542,242.87 | 0.00% | 2.00% | 2.00% | 463,055.75 | 6,159,341.49 | - | 87,845,957.13 | 94,005,298.62 |
| 65 | Quarterly | 09/01/20 | 11/30/20 | 220,000.00 | (171,710.11) | 94,053,588.51 | 0.00% | 2.00% | 2.00% | 467,711.21 | 6,455,342.59 | - | 88,065,957.13 | 94,521,299.72 |
| 66 | Quarterly | 12/01/20 | 02/28/21 | - | (253,361.33) | 94,267,938.39 | 0.00% | 2.00% | 2.00% | 470,267.94 | 6,672,249.20 | - | 88,065,957.13 | 94,738,206.33 |
| 67 | Quarterly | 03/01/21 | 05/31/21 | - | (146,949.51) | 94,591,256.82 | 0.00% | 2.00% | 2.00% | 471,339.69 | 6,996,639.39 | - | 88,065,957.13 | 95,062,596.51 |
| 68 | Quarterly | 06/01/21 | 08/31/21 | - | (143,215.70) | 94,919,380.81 | 0.00% | 2.00% | 2.00% | 472,956.28 | 7,326,379.97 | - | 88,065,957.13 | 95,392,337.10 |
| 69 | Quarterly | 09/01/21 | 11/30/21 | - | - | 95,392,337.10 | 0.00% | 2.00% | 2.00% | 474,596.90 | 7,800,976.88 | - | 88,065,957.13 | 95,866,934.00 |
| 70 | Quarterly | 12/01/21 | 02/28/22 | - | (25,000.00) | 95,841,934.00 | 0.00% | 2.00% | 2.00% | 476,961.69 | 8,252,938.56 | - | 88,065,957.13 | 96,318,895.69 |
| 71 | Quarterly | 03/01/22 | 05/31/22 | - | (170,476.76) | 96,148,418.93 | 0.00% | 2.00% | 2.00% | 479,209.67 | 8,561,671.47 | - | 88,065,957.13 | 96,627,628.60 |
| 72 | Quarterly | 06/01/22 | 08/31/22 | - | (143,286.17) | 96,484,342.43 | 0.00% | 2.00% | 2.00% | 480,742.09 | 8,899,127.40 | - | 88,065,957.13 | 96,965,084.52 |
| 73 | Quarterly | 09/01/22 | 11/30/22 | - | (75,000.00) | 96,890,084.52 | 0.00% | 2.00% | 2.00% | 482,421.71 | 9,306,549.11 | - | 88,065,957.13 | 97,372,506.23 |
| 74 | Quarterly | 12/01/22 | 02/28/23 | - | (217,359.78) | 97,155,146.45 | 0.00% | 2.00% | 2.00% | 484,450.42 | 9,573,639.75 | - | 88,065,957.13 | 97,639,596.88 |

# Exhibit 2

**THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**
**CASE NO. 8:24-bk-00676-RCT**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Boston Finance Group, LLC**
**Loan Calculation as of December 6, 2024**

**Source:** Promissory notes and bank records for Boston Finance Group and Center for Special Needs Trust, BFG and CSNT Navision, and BFG QuickBooks

| Control | Interest Period | Start | End | Increase in Principal (Loan Drawdown) | Payments | Current Balance (before current period interest is calcuated) | Prime / Treasury Rates | Additional Rate | Annual Interest | Interest for Period | Accrued Interest Balance | Credits After Payments Applied Toward Accrued Interest Balance | Principal Balance Less Credits (if applicable) | Total Outstanding Balance (Principal + Interest) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Quarterly | 03/01/23 | 05/31/23 | - | (100,000.00) | 97,539,596.88 | 0.00% | 2.00% | 2.00% | 485,775.73 | 9,959,415.48 | - | 88,065,957.13 | 98,025,372.61 |
| 76 | Quarterly | 06/01/23 | 08/31/23 | - | (75,000.00) | 97,950,372.61 | 0.00% | 2.00% | 2.00% | 487,697.98 | 10,372,113.47 | - | 88,065,957.13 | 98,438,070.59 |
| 77 | Quarterly | 09/01/23 | 09/12/23 | - | - | 98,438,070.59 | 0.00% | 2.00% | 2.00% | 63,880.68 | 10,435,994.14 | - | 88,065,957.13 | 98,501,951.27 |
| 78 | Quarterly | 09/13/23 | 12/31/23 | - | (100,000.00) | 98,401,951.27 | 0.00% | 18.00% | 18.00% | 4,429,713.18 | 14,765,707.32 | - | 88,065,957.13 | 102,831,664.45 |
| 79 | Quarterly | 01/01/24 | 03/31/24 | - | (50,000.00) | 102,781,664.45 | 0.00% | 18.00% | 18.00% | 4,428,087.81 | 19,143,795.13 | - | 88,065,957.13 | 107,209,752.26 |
| 80 | Quarterly | 04/01/24 | 06/30/24 | - | - | 107,209,752.26 | 0.00% | 18.00% | 18.00% | 4,625,174.90 | 23,768,970.03 | - | 88,065,957.13 | 111,834,927.16 |
| 81 | Quarterly | 07/01/24 | 09/30/24 | - | - | 111,834,927.16 | 0.00% | 18.00% | 18.00% | 4,824,438.85 | 28,593,408.88 | - | 88,065,957.13 | 116,659,366.01 |
| 82 | Quarterly | 10/01/24 | 12/06/24 | - | - | 116,659,366.01 | 0.00% | 18.00% | 18.00% | 3,665,025.06 | 32,258,433.94 | - | 88,065,957.13 | 120,324,391.07 |
| | | | | $ 99,787,239.23 | $ (18,869,431.90) | | | | | $ 39,406,583.74 | | | | $ 120,324,391.07 |

**Methodology:**

[1] The loan calculation was prepared based on the transfers between BFG and The Center identified in the bank records ("Cash Transfers"). The initial Promissory Note ("PN") was dated June 1, 2009, and since there were no specific transfers identified prior to May 2010, there is no accrued loan balance prior to May 2010.

[2] Identified all loan drawdowns and payments made during each month or quarter. These amounts were then aggregated at the end of each month or quarter to determine month/quarter-end balances for drawdowns and payments.

[3] Conservatively calculated compounded interest for each month or quarter based on the previous month/quarter-end balance.

[4] Where the principal and interest resulted in a negative balance, the present value used for interest calculation was set to $0, and no interest was calculated. This occurred only in August 2010.

[5] Payments were applied first to accrued interest, with any remaining amount allocated to the principal balance in accordance with the PNs.

**Kapila**Mukamal**
CPAs, Forensic and Insolvency Advisors
Page 3 of 3

# Exhibit D

| | |
|---|---|
| **From:** | Joseph Murphy (Center) <Joseph.Murphy@centersmail.com> |
| **Sent:** | Monday, February 8, 2016 5:00 PM |
| **To:** | Tracey Gregory |
| **Subject:** | RE: Funding |
| **Attachments:** | 2016-02-08 - $1 Mil Funding Request.xlsx |

Tracey,

Please see the attached updated spreadsheet.

Thank you,

Joseph Murphy
The Center for Special Needs Trust Administration, Inc.
4912 Creekside Drive
Clearwater, FL. 33760
Phone (727)-894-4489 x241

CONFIDENTIALTY STATEMENT: This message/documents and all attachments are confidential or proprietary to The Center for Special Needs Trust Administration, Inc. ("The Center"), and disclosure, use or distribution to anyone other than the intended recipient without the prior written authorization of The Center is prohibited. This message/document and any attachments may contain confidential health information that is protected by law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution is strictly prohibited. If you think you have received this message/document in error, please notify the sender and take appropriate precautions in handling it without disclosure.

**From:** Tracey Gregory
**Sent:** Monday, February 08, 2016 4:46 PM
**To:** Joseph Murphy (Center) <Joseph.Murphy@centersmail.com>
**Subject:** RE: Funding

Joe,

Dropped off the check.

Thank you.

Tracey

**From:** Joseph Murphy (Center)
**Sent:** Monday, February 08, 2016 4:03 PM
**To:** Tracey Gregory
**Subject:** FW: Funding
**Importance:** High

Tracey,

Please process the attached Bank 1 – 56 transfers today.  Please reference the "Final - Bank 1 & 56 Transfers" tab for the clients participating in these transfers.

Thank you,

Joseph Murphy
The Center for Special Needs Trust Administration, Inc.
4912 Creekside Drive
Clearwater, FL. 33760
Phone (727)-894-4489 x241

CONFIDENTIALTY STATEMENT: This message/documents and all attachments are confidential or proprietary to The Center for Special Needs Trust Administration, Inc. ("The Center"), and disclosure, use or distribution to anyone other than the intended recipient without the prior written authorization of The Center is prohibited. This message/document and any attachments may contain confidential health information that is protected by law. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution is strictly prohibited. If you think you have received this message/document in error, please notify the sender and take appropriate precautions in handling it without disclosure.

---

**From:** Anthony Janicki (BFG)
**Sent:** Monday, February 08, 2016 12:51 PM
**To:** Joseph Murphy (Center) <Joseph.Murphy@centersmail.com>
**Subject:** Funding

Joseph,

Can you fund 1,000,000 per the revolving line of credit agreement.

Thank you,

Anthony Janicki

Boston Finance Group, LLC
4912 Creekside Drive
Clearwater, Florida 33760
Phone: 727-497-1661
Cell: 727-744-7219
E-Mail: Anthony.Janicki@bostonfinancegroup.com

CONFIDENTIALITY NOTE:  The information contained in this transmission is privileged and confidential information intended to be delivered to, and for the use of, only the individual(s) to whom it is addressed.  It may contain information that is confidential, proprietary, attorney work product, attorney-client privileged, or subject to other doctrines and/or privileges recognized under applicable law.  If you are not the intended recipient, do not read this message but instead please immediately notify the sender by electronic mail and by telephone to 727-497-1661 and obtain instructions as to the disposal of the transmitted material.  In no event is this material to be read, used, copied, reproduced, stored, or retained by anyone other than the named addressee(s) except with the express consent of the sender.

# Exhibit E

Message

| | |
|---|---|
| **From**: | Jennifer Ackah [Jennifer.Ackah@centersmail.com] |
| **Sent**: | 2/26/2013 8:49:10 PM |
| **To**: | Florida Staff [FloridaStaff@centersmail.com] |
| **Subject**: | Leo's calendar |
| **Importance**: | High |

Good afternoon everyone,

Per Leo, if you need a meeting with him, it is **_essential_** I know so I can make room on his calendar.  If you have visitors coming that need to meet with Leo, I **must** know 48 hours prior, unless it is urgent.  No one is getting passed my door to see Leo without notifying me. Leo needs to know ahead of time and cannot be disturbed or interrupted.  This applies to <u>EVERYONE</u>.  No one has permission to just walk into Leo's office without an appointment.  We _cannot_ move forward as a company with people treating his office like an open door.
Please call or email me and I will make sure your needs are met and you are scheduled on his calendar.

Thank you,
Jennifer

CONFIDENTIAL

# Exhibit F

**Artspace Properties LLC**

| Address | Date of Sale | Selling Price |
|---|---|---|
| 5822 28th Ave N, Saint Petersburg, FL 33710 | 4/8/2024 | $400,000 |
| 2073 Skimmer Ct W #224, Clearwater, FL. 33762 | 2/23/2024 | $225,000 |
| 2333 Feather Sound Dr #B506, Clearwater, FL 33762 | 9/21/2023 | $165,000 |
| 2014 59th St S, Gulfport, FL 33707 | 10/18/2023 | $415,000 |
| 1918 Pelican Landing Blvd #1122, Clearwater, FL 33762 | 8/18/2023 | $225,000 |
| 5066 3rd St. N St. Peterburg, FL 33703 | 5/8/2024 | $285,000 |
| 5972 92nd Ave, Pinellas Park, FL 33782 | 1/2/2024 | $221,000 |
| 3595 61St ST N, Saint Petersburg, FL 33710 | 1/23/2024 | $370,000 |
| 1458 Springdale St., Clearwater, FL 33755 | 3/15/2024 | $315,000 |
| 2333 Feather Sound Dr #B703, Clearwater, FL 33762 | 6/6/2024 | $230,000 |
| 2049 Skimmer Ct. W., # 323, Clearwater, FL 33762 | 9/12/2023 | $240,000 |
| 111 Pershing St. NE, St. Petersburg, FL 33702 | 8/9/2023 | $355,000 |
| 2024 Blue Hawk Ct., # 1811, Clearwater, FL 33762 | 9/1/2023 | $176,000 |
| | **Total** | **$3,622,000** |

**Fat Lion Real Estate LLC**

| Address | Date of Sale | Selling Price |
|---|---|---|
| 12925 49th St. N., Pinellas Park, FL | 6/14/2024 | $2,300,000 |
| | **Total** | **$2,300,000** |
| | **Total Sales Prices** | **$5,922,000** |

# Exhibit G

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                               Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                          Chapter 11

      Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee              Adv. Pro. No. 8:24-ap-00139-RCT
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

      Plaintiff,

v.

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

      Defendants.

_____

**DECLARATION OF MICHAEL I. GOLDBERG IN SUPPORT OF**
**ENTRY OF INJUNCTIVE RELIEF**

**Michael I. Goldberg Esq. as Chapter 11 Trustee, makes this Declaration pursuant to 28**
**U.S.C. § 1746, and states:**

      1.     My name is Michael I. Goldberg.  I am the Chapter 11 Trustee for the Chapter 11

estate for The Center for Special Needs Trust Administration, Inc. (the "Debtor").

      2.     I am over the age of eighteen years old and am competent to testify.

      3.     All statements in this Declaration are based on my personal knowledge.

      4.     If I were called to testify as a witness in this matter, I could and would

competently testify to each of the facts set forth herein based upon my personal knowledge, and

my review of records and documents as Chapter 11 Trustee of Debtor. This Declaration is filed in support of the *Ex Parte Emergency Motion for Temporary Restraining Order and to Schedule a Hearing to Consider Entry of a Preliminary Injunction* to which is Declaration is an exhibit (the "<u>Motion</u>").[1]

5.      On March 8, 2024, the U.S. Trustee filed an Expedited Motion for Order Directing the United States Trustee to Appoint a Chapter 11 Trustee by Agreement of the Debtor (Doc. 88). The Court granted the U.S. Trustee's Motion by Order dated March 11, 2024 (Main Case Doc. 93).

6.      On March 21, 2024, the Court entered its Order Approving Appointment of Chapter 11 Trustee, appointing Michael Goldberg as Chapter 11 Trustee (Doc. 109).

7.      On April 3, 2024, the Court approved the retention of Kevin McCoy and KapilaMukamal, LLP ("KM") as the Forensic Accountants for the Center for Special Needs Trust, Inc. retroactively to March 21, 2024 (Main Case Doc. 138) to assist me in the administration of this estate and to reconstruct the money trail at issue.

8.      Upon KM's retention, through KM's efforts, a review of public records, and documents obtained through discovery, the Trustee was able to identify the transfers of real property set forth on Exhibit E to the Motion which transfer total $5,922,000. Further, one of the Alter Ego Entities, Artspace Properties LLC conveyed eight (8) parcels of real property located in Versailles, KY (Woodford County) to Maclin Properties LLC, a Kentucky limited liability company, by deed dated September 11, 2024, and recorded on September 25, 2024 at DB 348 PG 663 (Kentucky Real Property Records). The Trustee's Notice of Entry of Order Granting Summary Judgment as to Liability was recorded on September 13, 2024.

---

[1] Defined terms not defined herein shall have the meaning provided in the Motion.

9.     Because of the pre and post-petition history of transfers involving Leo J. Govoni ("Govoni") and affiliates such as Defendant Boston Finance Group, LLC ("BFG") as detailed in the Motion and other attachments, I have determined that there is a  substantial risk that unless Govoni and his affiliates, including BFG and the Alter Ego Defendants are restrained on an ex-parte basis, they will continue to attempt to dissipate or transfer the assets of the Alter Ego Entities, which upon information and belief, primarily originate from Debtor assets.

10.     This risk of dissipation, through Govoni absconding with estate assets and either spending them or putting those assets beyond the reach of this Court, will in turn interfere with my ability to collect in this and related cases, resulting in immediate and irreparable injury, loss, and damage to creditors, in particular the Beneficiaries. This risk is substantial given that Govoni has already stripped the Debtor of substantially all assets of value via the Loan transactions identified in the Motion and has subsequently engaged in additional transfers pre and post-petition.

## 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2025.

*/s/ Michael I. Goldberg*
Michael I. Goldberg
Chapter 11 Trustee

3

79482543;1

# Exhibit H

**From:** "Wirth, Steven (Ptnr-Tpa)" <steven.wirth@akerman.com>
**Date:** January 6, 2025 at 12:41:00 PM EST
**Subject: RE: 12705 Daniel Dr Clearwater | Big Storm**

 **PLEASE NOTE: You were BCC'd**
**To:** Defusto, James <James.Defusto@marcusmillichap.com>
**Cc:** edwardp@jpfirm.com <edwardp@jpfirm.com> Dicks, John (Assoc-Tpa) <john.dicks@akerman.com>
Elliott, Raye (Ptnr-Tpa) <raye.elliott@akerman.com>

---

We oppose any sale where the net sale proceeds are not escrowed with the chapter 11 trustee and will
oppose any sale regarding same.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

---

**From:** Defusto, James <James.Defusto@marcusmillichap.com>
**Sent:** Monday, January 6, 2025 12:39 PM
**To:** Wirth, Steven (Ptnr-Tpa) <steven.wirth@akerman.com>
**Cc:** edwardp@jpfirm.com
**Subject:** RE: 12705 Daniel Dr Clearwater | Big Storm

**[External to Akerman]**

Steven & Edward,

1

Further to my conversation with Mr Govoni,

I have been advised that the sale can still go ahead based on buyer accepting lis pendes & hold harmless.

Can you please advise?

Thank you,
James

**James Defusto**
*Associate*



201 North Franklin St. Suite 1100, Tampa, FL 33602
O: (813) 387-4784 | C: (352) 807-8519
E: James.Defusto@marcusmillichap.com
License: FL: SL3517817 | NYSE: MMI

Follow us on:



Marcus & Millichap Real Estate Investment Services of Florida, Inc.

CONFIDENTIALITY NOTICE and DISCLAIMER: This email message is intended only for the person or entity to which it is addressed and may
original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sen
Marcus & Millichap are not qualified to provide, and have not been contracted to provide, legal, financial, or tax advice, and that any such adv

**From:** steven.wirth@akerman.com <steven.wirth@akerman.com>
**Sent:** Tuesday, December 31, 2024 11:31 AM
**To:** Defusto, James <James.Defusto@marcusmillichap.com>
**Cc:** edwardp@jpfirm.com
**Subject:** Re: 12705 Daniel Dr Clearwater | Big Storm

The bankruptcy court determined the trustee's lis pendens was appropriate. Therefore, the seller can't sell
the property without my client's consent, which would include our escrow of the net sale proceeds. The
seller's counsel is copied on this email.

**Steven R. Wirth**
Partner
Akerman LLP | 401 East Jackson Street, Suite 1700 | Tampa, FL 33602
D: 813 209 5093 | T: 813 223 7333 | C: 917 673 7812 | F: 813 218 5407
Admitted to Practice in Florida, New York and New Jersey
steven.wirth@akerman.com

On Dec 31, 2024, at 11:20 AM, Defusto, James <James.Defusto@marcusmillichap.com>
wrote:

**[External to Akerman]**

Hi Steven,

From my understanding the seller's attorneys went to court 12/13/24,
I do not know the verdict or what was the result in this. Do you?

Secondly, it looks like the sale will not go-ahead Jan 7th.

If it does not, will the seller be forced to sell the property, or will the bankruptcy court take
the property of them?
Where would this leave my buyer on either of the above?

4

Thank you,
James

**James Defusto**
*Associate*
*<image001.jpg>*

201 North Franklin St., Suite 1100, Tampa, FL 33602
O: (813) 387-4784 |C: (352) 807-8519
E: James.Defusto@marcusmillichap.com
License: FL: SL3517817 |NYSE: MMI
Follow us on:
**<image002.png>**

**<image003.png>**

**<image004.png>**

**<image005.png>**
Marcus & Millichap Real Estate Investment Services of Florida, Inc.

CONFIDENTIALITY NOTICE and DISCLAIMER: This email message is intended only for the person or entity to which it is addressed
may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are
intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended re
but do not wish to receive communications through this medium, please so advise the sender immediately. Nothing in this communi
should be interpreted as a digital or electronic signature that can be used to authenticate a contract or other legal document. The re
are advised that the sender and Marcus & Millichap are not qualified to provide, and have not been contracted to provide, legal, fina
tax advice, and that any such advice regarding any investment by the recipients must be obtained from the recipients' attorney, acco
or tax professional.

vCard | Profile | Connect With Me

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of
the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the
sender that you have received this communication in error and then delete it. Thank you.

**\*\*\* This email was sent from an <u>EXTERNAL</u> party.** Please be sure to confirm the identity of the sender before opening
attachments, clicking on links, or providing any sensitive information. \*\*\***

# Exhibit I

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                Chapter 11

       Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee        Adv. Pro. No. 8:24-ap-00139-RCT
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

       Plaintiff,

v.

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

       Defendants.

_____

**DECLARATION OF STEVEN WIRTH ESQ. IN SUPPORT OF**
**ENTRY OF INJUNCTIVE RELIEF**

**Steven R. Wirth, Esq. makes this Declaration pursuant to 28 U.S.C. § 1746, and states:**

1.      I am an attorney and partner of the law firm of Akerman LLP ("Akerman") and

counsel for Michael I. Goldberg, Chapter 11 Trustee for the estate for The Center for Special Needs

Trust Administration, Inc. (the "Debtor").

2.      I am over the age of eighteen years old and am competent to testify.

3.      All statements in this Declaration are based on my personal knowledge.

1

4.      If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, and my review of records and documents as counsel to the Chapter 11 Trustee. This Declaration is filed in support of the *Ex Parte Emergency Motion for Temporary Restraining Order and to Schedule a Hearing to Consider Entry of a Preliminary Injunction* to which is Declaration is an exhibit (the "Motion").

5.      On March 22, 2024, the Chapter 11 Trustee filed his Application for Order Authorizing Employment of myself and the law firm of Akerman LLP as Attorney for the Chapter 11 Trustee (Doc. 113).

6.      On April 9, 2024, the Court entered Order Approving Application to Employ me and the law firm of Akerman LLP as Attorney for the Chapter 11 Trustee Effective as of March 22, 2024 (Doc. 163).

7.      The Chapter 11 Trustee, through counsel, has consistently taken the position that no transfers of assets involving Leo J. Govoni ("Govoni"), Defendant Boston Finance Group, LLC ("BFG"), and/or the Alter Ego Entities should take place pending resolution of this and other related adversary proceedings, or, should such a transaction be necessary to preserve value, that the proceeds from such a transaction have to be put in trust by the Chapter 11 Trustee pending final adjudication as to the proceeds by this Court. Govoni, BFG, and many of the Alter Ego Entities have been made aware of the Chapter 11 Trustee's position in this regard, but to date have failed to agree to such relief. Given the continued attempts to transfer assets in regards to the Alter Ego Entities, the Chapter 11 Trustee's consistent and unwavering position regarding Defendant/Alter Ego Entity transfers, and Govoni's latest January 6, 2025 attempt to complete a transfer of real property from Alter Ego Entity Big Storm Real Estate LLC, no notice prior to the

entry of a temporary restraining order should be required at this time. Once the temporary restraining order is entered, the Chapter 11 Trustee will provide notice to all affected parties.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2025.

*/s/ Steven R. Wirth*
STEVEN R. WIRTH, ESQ.

3

# Exhibit J

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                                          Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                                     Chapter 11

      Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee                         Adv. Pro. No. 8:24-ap-00139-RCT
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

      Plaintiff,

v.

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

      Defendants.

_____

## TEMPORARY RESTRAINING ORDER

This proceeding is before the Court upon the *Ex Parte* Emergency Motion for Temporary Restraining Order and to Schedule a Hearing to Consider Entry of a Preliminary Injunction (Adv. Doc. ___) (the "Motion") filed by Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee"). Based upon the Court's granting of summary judgment on the issue of liability in favor of the Plaintiff and against Defendants Leo J. Govoni ("Govoni") and Boston Finance Group LLC ("BFG," together with Govoni, the "Defendants"), as well as the Motion itself, the Court finds that the Plaintiff is likely to succeed on the merits.

Furthermore, the record before the Court in the Main Case and all related adversary proceedings, in tandem with the materials submitted with the Motion, including the Declarations of the Trustee and Trustee's counsel, demonstrate a substantial likelihood that, absent a temporary restraining, Govoni, BFG, and associates of the Defendants will otherwise transfer or dissipate assets purchased with estate funds, and these transfers will irreparably injure the Debtor's estate and its creditors.

No notice of the Motion was provided to the Defendants and Alter Ego Entities due to the continued risk of dissipation. The duration of this Order is 14 days from the date of its entry and the relief granted herein can either be extended upon a showing of good cause by the Plaintiff or, after notice and a hearing on the preliminary injunctive relief sought in the Motion, by channeling the injunctive relief granted herein into a preliminary injunction order to be entered at a later date.

The prospective harm to the Debtor's estate and its creditors outweighs the prospective harm to the Defendants. The Plaintiff has shown a likelihood of entitlement to either all or a substantial portion of the Defendants' assets. The Defendants are minimally harmed by an inability to control assets to which the Debtor is likely entitled to and to which the Defendants and/or insiders/affiliates likely lack entitlement. Therefore it is:

**ORDERED**:

1.      The Motion is **GRANTED**.

2.      Effective _____ the Defendants — as well as anyone acting on their behalf or in concert or participation with them — are enjoined from directly or indirectly encumbering, liquidating, transferring, spending, diminishing, or otherwise disbursing the assets of any of the Alter Ego Entities identified in **Exhibit A** to this Order.

3.      The injunctive relief in this Order expires 14 days from entry of the Order but can be extended upon a showing of good cause.

4.      Based on the legal and equitable arguments raised by the Plaintiff and the short duration of the injunctive relief in this Order, no grant of security is required by the Plaintiff pursuant to  Rule 65(c) of the Federal Rules of Civil Procedure.

5.      To the extent any of the Alter Ego Entities are: 1) not associated with the Defendants; 2) need to enter a transaction that is enjoined by this Order; and/or 3) for any other valid reason, such Alter Ego entity can seek relief from this Order.

6.      Subsequent to the entry of this Order, notice of it will be provided to the Defendants and the Alter Ego Entities as soon as practicable.

7.      The Motion and this Order comply with all requirements of Rule 65 of the Federal Rules of Civil Procedure.

8.      The Court will schedule a further hearing on notice to all affected parties on _____ to consider entry of a preliminary injunction as requested in the Motion.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

**EXHIBIT A**

**ALTER EGO COMPANIES SUBJECT TO THE TEMPORARY RESTRAINING ORDER**

American Albanian Trade Group LLC

American Czech Trade Group LLC

American Tax Professionals LLC

Artisan Properties LLC

Artspace Properties LLC

Austin Colby Company

Badger Craft Beer Distributors Ltd

Badger Craft Beer Management LLC

BCL Aviation LLC

BCL Medical Fund I LLC

BCL Partners Fund LLC

BFG Columbus Holdings LLC

BFG Columbus Repair LLC

BFG Heartland LLC

BFG Investment Holdings LLC

BFG Loan Holdings LLC

BFG Northeast LLC

BFG West LLC

BHC Asset Group LLC

Big Storm Brewing Co.

Big Storm Brewery LLC

Big Storm Canteen LLC

Big Storm Cape Coral LLC

Big Storm Coffee Company LLC

Big Storm Creamery LLC

Big Storm Distilling Company LLC

Big Storm Pasco LLC

Big Storm Pinellas LLC

Big Storm Real Estate LLC

Blood Brothers LLC

Bloodyuno LLC

Boston Asset Management Inc

Boston Capital Consulting LLC

Boston Capital Leasing LLC

Boston Capital Leasing Management LLC

Boston Finance Group LLC

Boston Holding Company LLC

Boston Holding Real Estate LLC

Boston Settlement Finance Inc.

Boston Settlement Group LLC

Boston Wealth Solutions LLC

Brand Activators LLC

Bravo Zulu Tactical LLC

Broadleaf 9th Street LLC

Broadleaf Forest Management LLC

Broadleaf Kenwood LLC

Broadleaf North LLC

Broadleaf Property Management LLC

Broadleaf Properties LLC

Broadleaf Realty LLC

Broadleaf Warner LLC

Brooke Acquisitions LLC

BSG LLC

Center Services LLC

Combined Force LLC

Condor Rapier LLC

Connectionology Seminars

Conway Life Planning LLC

Cornerstone Life Management Inc

Counselor's Capital Financial Services LLC

Elder Care Alliance Inc

Fat Lion Brewing Company LLC

Fat Lion Real Estate LLC

Fat Point V2 LLC

Fiduciary Tax & Accounting Services

Global Litigation Consultants LLC

Gravitas Equity Partners LLC

Gravitas II LLC

Gravitas Tech LLC

Integritas Management LLC

Integritas Sports Management LLC

John Joseph Solutions LLC

Liber Pater Holdings LLC

LJG Management Group Inc.

Manufacturing Research Group Inc

MIA Brewing Co. V2 LLC

Motivation Options Initiative Seeking Our Nature, Inc.

North American Keg LLC

NPM Management Group LLC

Old Line Keg Manufacturing LLC

Old Line Manufacturing LLC

Olympus Foundation Management LLC

Olympus Marketing Group LLC

Orange Blossom Funding LLC

Orvis Entertainment LLC

Pillars Insurance Advisors LLC

Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg

Propertycraft Enterprises LLC

Prospect Funding Holdings LLC

Prouty Road Farms LLC

Public Guardianship Alliance LLC

Seaboard Craft Beer Holdings LLC

Seaboard Craft Distilling Holdings LLC

Seaboard Global LLC

Seaboard Manufacturing LLC

Seaboard Manufacturing LLC DBA N&D Manufacturing Inc

Seaboard Portage LLC

Seaboard Printing LLC

Seaboard Real Estate Holdings LLC

Seaboard Technology LLC

Security Institute Holdings LLC

Sharkdefense Technologies LLC

SSK Manufacturing Consulting Inc.

Stowe Mountain Properties, LLC

Talis Intelligence Group LLC

The Center for Fiduciary Services Inc.

The Center for Financial Counseling LLC

The Center for Lien Resolution LLC

The Center for Life Care Planning LLC

The Center for Litigation Support LLC

The Center for Settlement Consultants LLC

The Colby Company LLC

The Directed Benefits Foundation Inc

The Medicare and Medicaid Institute Inc.

USSI Holdings LLC

USSI Intelligence Group LLC

USSI Special Operations Group LLC

Veritas Investigative Services LLC