# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Pro. No. 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

## MOTION TO ALTER OR AMEND FINAL JUDGMENT

Plaintiff, Michael Goldberg, as Chapter 11 Trustee ("Chapter 11 Trustee") of the estate of The Center for Special Needs Trust Administration, Inc., pursuant to Rule 60(b)(1), Federal Rules of Civil Procedure, made applicable by Rule 9024, Federal Rules of Bankruptcy Procedure, files this motion to alter or amend the Court's January 14, 2025 *Final Judgment as to Counts I and II of the Adversary Complaint* [Doc. No. 47] (the "Final Judgment") and states:

1.  The Defendants / Judgment Debtors in this action are Leo J. Govoni and Boston Finance Group, LLC.

79584083

2.  On January 13, 2025, the Court entered an *Order Granting Plaintiff's Motion for Summary Judgment Regarding Damages* [Doc. 44] (the "MSJ Order"); and, the next day, the Court rendered the Final Judgment.

3.  In the MSJ Order and the Final Judgment, there are scrivener's errors, referring to one of the Defendants / Judgment Debtors as Boston Financial Group, LLC, rather than Boston Finance Group, LLC.

4.  Under F.R.C.P. 60(b)(1), the Court has the authority to correct this mistake, and to do it retroactively, so the amended final judgment relates back to the original date of rendition. *See Barry v. Bowen*, 825 F. 2d 1324, 1328 (9th Cir. 1987).

WHEREFORE, Plaintiff Michael Goldberg as Chapter 11 Trustee respectfully that the Court render an amended final judgment (correcting the name of Boston Finance Group, LLC in the caption and throughout the final judgment), and grant whatever other relief the Court deems just and proper.

Dated this 16th day of January, 2025.

    AKERMAN LLP

    By: */s/ Steven R. Wirth*
        Steven R. Wirth
        Florida Bar No.: 170380
        Email: steven.wirth@akerman.com
        Raye C. Elliott
        Florida Bar No.:  18732
        Email:  raye.elliott@akerman.com
        401 East Jackson Street, Suite 1700
        Tampa, Florida 33602
        Telephone: (813) 223-7333
        Facsimile: (813) 223-2837
        Phone:  (954) 463-2700
        Fax:  (954) 463-2224

    *Counsel for Chapter 11 Trustee, Michael Goldberg*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 16, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

                                                        */s/Steven R. Wirth*