ORDERED.

**Dated: January 17, 2025**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
The Center for Special Needs Trust Administration,
Debtor.

Case No. 8:24-bk-00676-RCT

Chapter 11

___________________________________

Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration,
Plaintiff,
v.

Adv. Pro. 8:24-ap-00139-RCT

Boston Finance Group, LLC and Leo J. Govoni,
Defendants.
___________________________________/

**ORDER GRANTING MOTION TO ALTER OR AMEND FINAL JUDGMENT**

This matter came before the Court, without a hearing, on Plaintiff's Motion to Alter or Amend Final Judgment. (Doc. 49). In the motion, Plaintiff points out that in the Order Granting Summary Judgment (Doc. 44) and the Final Judgment (Doc. 47), there are scrivener's errors, referring to one of the defendants as Boston Financial Group, LLC, rather than Boston Finance Group, LLC. Plaintiff asks that the Court amend these orders to fix the scrivener's errors. Upon consideration, the Court **GRANTS** the motion (Doc. 49) and will amend the orders (Docs. 44, 47).

It is **SO ORDERED.**

Service of this Order other than by CM/ECF is not required. Local Rule 9013-3(b).