ORDERED.

Dated:  January 27, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Pro. No. 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

This case is before the Court on the *ex parte* Emergency Motion for entry of a temporary restraining order (the "Motion") filed by Michael Goldberg, the Chapter 11 Trustee [Doc. 42]. The

79600139

Court having considered the Motion and been informed of the parties' agreement at the hearing held before the Court on January 21, 2025 at 9:30 a.m. (ET), it is:

**ORDERED**:

1. On January 13, 2025, the Court entered a Temporary Restraining Order ("TRO") with respect to over 100 "Alter Ego Companies" described on Exhibit A to that TRO. *See* Doc. 45.

2. Subsequently, the Court set a hearing to consider the conversion of that TRO into a preliminary injunction for January 21, 2025 [Doc. 50].

3. Pursuant to F.R.C.P. 65(b)(2), made applicable by Fed. R. Bankr. P. 7065, the Judgment Debtors, Boston Finance Group, LLC and Leo J. Govoni (collectively, the "Judgment Debtors") and several "Alter Ego Companies" specifically named herein have requested a temporary extension of the TRO, through a date approximately 14 days after January 21, 2025, and the Chapter 11 Trustee has agreed to that request, on certain conditions described below and incorporated into this Order.

4. The only entities and individuals being granted this extension of the TRO are:

    a. Judgment Debtors, Boston Finance Group, LLC and Leo J. Govoni;

    b. Boston Asset Management Inc. ("BAM");

    c. Global Litigation Consultants LLC ("GLC"); and

    d. Big Storm Brewing Co., Big Storm Brewery LLC, Big Storm Canteen LLC, Big Storm Cape Coral LLC, Big Storm Coffee Company LLC, Big Storm Creamery LLC, Big Storm Distilling Company LLC, Big Storm Pasco LLC, Big Storm Pinellas LLC, Big Storm Real Estate LLC (collectively, the "Big Storm Entities", and together with the Judgment Debtors, BAM and GLC, the "TRO Entities").

5. And the agreed-upon conditions for this extension are:

    a. Except as provided for herein, the TRO and all injunctive relief remains in place with respect to the TRO Entities through and including February 3, 2025;

    b. BAM, GLC, and the Big Storm Entities may fund payroll on January 17, 2025 and January 31, 2025; *provided, however, that* no money shall be paid to insiders of either Judgment Debtor, including any of Mr. Govoni's family members;

    c. Within 5 days of entry of this Order, BAM, GLC, and the Big Storm Entities shall provide the Chapter 11 Trustee with a budget for the month of January, 2025; and

    d. On or before February 7, 2025, BAM, GLC, and the Big Storm Entities shall provide the Chapter 11 Trustee with a Monthly Operating Report, substantially in the form utilized in chapter 11 bankruptcy cases, for the month of January, 2025; and

6. The Chapter 11 Trustee and the TRO Entities reserve all rights and arguments to make at the continued hearing on conversion of the TRO to a preliminary injunction with respect to the TRO Entities.

7. A hearing regarding conversion of this Order extending TRO with respect to the TRO Entities will be held before the Honorable Roberta A. Colton on **Monday, February 3, 2025, at 3:00 p.m.** at Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gove/judges/colton.

8. The Court shall issue a separate order granting a preliminary injunction with respect to the remaining Alter Ego Entities (as defined in the Motion) not subject to this Order.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.