ORDERED.

Dated: January 24, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No.: 8:24-bk-00676-RCT<br>Chapter 11 |
| Debtor._____/ | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee, of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Proc. No. 8:24-ap-00139-RCT |
| Plaintiffs, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants._____/ | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANTS BOSTON FINANCE GROUP, LLC AND LEO J. GOVONI**
(Doc. 37)

THIS ADVERSARY PROCEEDING came before the Court on January 16, 2025, upon the Motion for Leave to Withdraw as Counsel for Defendants Boston Finance Group, LLC and Leo J. Govoni ("**Motion**")[1] filed by Lara Roeske Fernandez, Esq., Eric S. Koenig, Esq. and

---
[1] Capitalized terms not otherwise defined herein have the same meaning and definition as in the Motion.

William A. McBride, Esq. and Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("**Trenam**"). The Court having reviewed the Motion and the record, finds that it is appropriate to grant the Motion. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 37) is granted.
2. Trenam is relieved of any further responsibilities in this matter.
3. All further correspondence and pleadings should be directed to Defendants' new counsel, Edward J. Peterson of the law firm of Johnson Pope Bokor Ruppel & Burns, LLP (Doc. 48).

Attorney Lara Roeske Fernandez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.