ORDERED.

Dated: January 27, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Pro. No. 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

## ORDER GRANTING PRELIMINARY INJUNCTION

This case is before the Court on the *ex parte* Emergency Motion for entry of a temporary restraining order (the "Motion") filed by Michael Goldberg, the Chapter 11 Trustee [Adv. Doc.

42]. The Court having considered the Motion and materials submitted therewith, and based upon the Court granting summary judgment on the issue of damages in favor of Plaintiff against Defendants Leo J. Govoni ("Govoni") and Boston Finance Group LLC ("BFG," together with Govoni, the "Defendants"), the Court finds that the Plaintiff is likely to succeed on the merits.

Furthermore, the record before the Court in the Main Case and all related adversary proceedings, in tandem with the materials submitted with the Motion, including the Declarations of the Chapter 11 Trustee and his counsel, demonstrate a substantial likelihood that, absent a preliminary injunction, the Alter Ego Entities (as defined in the Motion) will otherwise transfer or dissipate assets purchased with estate funds, and these transfers will irreparably injure the Debtor's estate and its creditors.

On January 13, 2025, the Court entered a Temporary Restraining Order ("TRO") with respect to the Defendants and over 100 "Alter Ego Companies" described on Exhibit A to that TRO. *See* Doc. 45.

Subsequently, the Court set a hearing (the "Hearing") to consider the conversion of that TRO into a preliminary injunction for January 21, 2025 [Adv. Doc. 50].

Notice of entry of the TRO and the Hearing [Adv. Docs. 56 and 57] was provided to the Defendants and the Alter Ego Entities on January 13, 2025 and January 17, 2025, respectively.

The prospective harm to the Debtor's estate and its creditors outweighs the prospective harm to the Alter Ego Entities. The Plaintiff has shown a likelihood of entitlement to either all or a substantial portion of the Alter Ego Entities' assets. The Alter Ego Entities are minimally harmed by an inability to control assets to which the Debtor is likely entitled to and to which Alter Ego Entities likely lack entitlement. Therefore it is:

**ORDERED**:

79637907;1

1.       The TRO is hereby converted to a Preliminary Injunction with respect to all Alter Ego Entities identified on **Exhibit A** to this Order.  For avoidance of doubt, the following persons/entities are not subject to this Preliminary Injunction, but shall be governed by a separate Order of this Court extending the TRO:

      a.  Judgment Debtors, Boston Finance Group, LLC and Leo J. Govoni;

      b.  Boston Asset Management Inc. ("BAM");

      c.  Global Litigation Consultants LLC ("GLC"); and

      d.  Big Storm Brewing Co., Big Storm Brewery LLC, Big Storm Canteen LLC, Big Storm Cape Coral LLC, Big Storm Coffee Company LLC, Big Storm Creamery LLC, Big Storm Distilling Company LLC, Big Storm Pasco LLC, Big Storm Pinellas LLC, Big Storm Real Estate LLC (collectively, the "Big Storm Entities").

2.       Effective as of the date of this Order, the Alter Ego Entities identified on **Exhibit A** to this Order — as well as anyone acting on their behalf or in concert or participation with them — are preliminarily enjoined from directly or indirectly encumbering, liquidating, transferring, spending, diminishing, or otherwise disbursing the assets of any of the Alter Ego Entities identified on **Exhibit A** to this Order.

3.       The injunctive relief in this Order expires on the earlier of (a) 6 months from entry of the Order or (b) confirmation of a chapter 11 plan of liquidating by the Chapter 11 Trustee, but can be further extended upon a showing of good cause.

4.       Based on the legal and equitable arguments raised by the Plaintiff and the relatively short duration of the injunctive relief in this Order, no grant of security is required by the Plaintiff pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

5.       To the extent any of the Alter Ego Entities are: 1) not associated with the Defendants; 2) need to enter a transaction that is enjoined by this Order; and/or 3) for any other valid reason, such Alter Ego entity can seek relief from this Order on an expedited basis.

79637907;1

6. Subsequent to the entry of this Order, notice of it will be provided to the Defendants and the Alter Ego Entities as soon as practicable.

7. The Motion and this Order comply with all requirements of Rule 65 of the Federal Rules of Civil Procedure.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

# EXHIBIT A

**ALTER EGO COMPANIES SUBJECT TO THE TEMPORARY RESTRAINING ORDER**

American Albanian Trade Group LLC

American Czech Trade Group LLC

American Tax Professionals LLC

Artisan Properties LLC

Artspace Properties LLC

Austin Colby Company

Badger Craft Beer Distributors Ltd

Badger Craft Beer Management LLC

BCL Aviation LLC

BCL Medical Fund I LLC

BCL Partners Fund LLC

BFG Columbus Holdings LLC

BFG Columbus Repair LLC

BFG Heartland LLC

BFG Investment Holdings LLC

BFG Loan Holdings LLC

BFG Northeast LLC

BFG West LLC

BHC Asset Group LLC

Blood Brothers LLC

Bloodyuno LLC

Boston Capital Consulting LLC

Boston Capital Leasing LLC

Boston Capital Leasing Management LLC

Boston Holding Company LLC

Boston Holding Real Estate LLC

Boston Settlement Finance Inc.

Boston Settlement Group LLC

Boston Wealth Solutions LLC

Brand Activators LLC

Bravo Zulu Tactical LLC

Broadleaf 9th Street LLC

Broadleaf Forest Management LLC

Broadleaf Kenwood LLC

Broadleaf North LLC

Broadleaf Property Management LLC

Broadleaf Properties LLC

Broadleaf Warner LLC

Brooke Acquisitions LLC

BSG LLC

Center Services LLC

Combined Force LLC

Condor Rapier LLC

Connectionology Seminars

Conway Life Planning LLC

Cornerstone Life Management Inc

Counselor's Capital Financial Services LLC

Elder Care Alliance Inc

Fat Lion Brewing Company LLC

Fat Lion Real Estate LLC

Fat Point V2 LLC

Fiduciary Tax & Accounting Services

Gravitas Equity Partners LLC

Gravitas II LLC

Gravitas Tech LLC

Integritas Management LLC

Integritas Sports Management LLC

John Joseph Solutions LLC

Liber Pater Holdings LLC

LJG Management Group Inc.

Manufacturing Research Group Inc

MIA Brewing Co. V2 LLC

Motivation Options Initiative Seeking Our Nature, Inc.

North American Keg LLC

NPM Management Group LLC

Old Line Keg Manufacturing LLC

Old Line Manufacturing LLC

Olympus Foundation Management LLC

Olympus Marketing Group LLC

Orange Blossom Funding LLC

Orvis Entertainment LLC

Pillars Insurance Advisors LLC

Prometheus Foundation Mgmt LLC DBA Prometheus Sports Mktg

Propertycraft Enterprises LLC

Prospect Funding Holdings LLC

Prouty Road Farms LLC

Public Guardianship Alliance LLC

Seaboard Craft Beer Holdings LLC

Seaboard Craft Distilling Holdings LLC

Seaboard Global LLC

Seaboard Manufacturing LLC

Seaboard Manufacturing LLC DBA N&D Manufacturing Inc

Seaboard Portage LLC

Seaboard Printing LLC

Seaboard Real Estate Holdings LLC

Seaboard Technology LLC

Security Institute Holdings LLC

Sharkdefense Technologies LLC

SSK Manufacturing Consulting Inc.

Stowe Mountain Properties, LLC

Talis Intelligence Group LLC

The Center for Fiduciary Services Inc.

The Center for Financial Counseling LLC

The Center for Lien Resolution LLC

The Center for Life Care Planning LLC

The Center for Litigation Support LLC

The Center for Settlement Consultants LLC

The Colby Company LLC

The Directed Benefits Foundation Inc

The Medicare and Medicaid Institute Inc.

USSI Holdings LLC

USSI Intelligence Group LLC

USSI Special Operations Group LLC

Veritas Investigative Services LLC

79637907;1