

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/25/2025 03:00 PM

COURTROOM   8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
| --- | --- | --- |
| **8:24-bk-00676-RCT** | **Chapter 11** | **04/25/2024** |

**ADVERSARY:   8:24-ap-00139-RCT**      **Pltf Atty:**  Steven R Wirth

**Dft Atty:** William A McBride

**DEBTOR:**          The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg v.   Boston Finance Group, LLC
and Leo J. Govoni
Preliminary Hearing on Emergency Motion
For Sanctions, to Compel Leo J. Govoni to Appear
for Sworn Testimony, and for Authorization for Chief
Restructuring Officers to Forcibly Enter
Premises Filed by John L Dicks II on behalf of Plaintiff
Michael Goldberg, as Chapter 11 Trustee of the estate
of Debtor, The Center for Special Needs Trust
Administration, Inc. (related document(s)[45], [76],
[71], [75]) (Doc #77)
Note:
Hearing 4/4/25 @ 9:30 am re: Con't Prelim Hrg on Emergency
Mtn for TRO (Doc 42)

**APPEARANCES:**: John Dicks; Edward Peterson
LISTEN ONLY AAPPEARANCES:: Steven Wirth; William Long, Jr.; Joshua Rizack

**WITNESSES:**

**EVIDENCE:**

**RULING:** Preliminary Hearing on Emergency Motion For Sanctions, to Compel Leo J. Govoni to Appear for Sworn Testimony, and for Authorization for Chief Restructuring Officers to Forcibly Enter Premises Filed by John L Dicks II on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. (related document(s)[45], [76], [71], [75]) (Doc #77) -   GRANTED AS DISCUSSED IN OPEN COURT; ORDER BY DICKS

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.