FILED TPA INTAKE USBC
1 APR 2025 PM 12:14

March 31, 2025

The Honorable Roberta A Colton
United States Bankruptcy Judge

c/o Tim_Fox@flmb.uscourts.gov

RE:   Case No. 8:24-BK-00676-RCT    *Motion to Response*

Dear Judge Colton:

I, Leo J. Govoni, wish to advise the Court of the following in my efforts to comply with this Court's Order of March 26, 2025 (Doc. # 81).

1. I have vacated the premises of the various buildings at 12707 49th Street North, Clearwater, Florida 33762 owned by Big Storm Real Estate, LLC.

2. I have given the Chief Restructuring Officers ("CROs") unfettered access as of Thursday, March 27, 2025.

3. In order to provide the production of documents, to the best of my ability, as requested, I require access to the premises to access my computer and hard file records.

4. I have either fully complied with or attempted, in good faith, to fully comply with the requirements of this Court's Order.

5. Should I be provided supervised access to the premises, I could complete my review and production of the requested records.

6. To the best of my ability the status of the production requests are as follows:

    (i) **Any and all federal, state, or local income tax returns prepared by you (or on your behalf) for the years 2018, 2019, 2020, 2021, 2022, 2023, and 2024.**

    I do not currently have in my possession. Mr. John Witeck is the person most likely to have them. I could confirm this with sufficient time to review on the premises.

    (ii) **All documents related to any insurance claim made during the Requested Period involving any property owned by you, the Debtor, or any insider of the Debtor.**

    I do not currently have in my possession. To the extent any such documents exist, they would be at Brian Capital out of Texas.

(iii) **All documents regarding the ownership of any property (personal or real) described on the "Personal Financial Statement that you previously provided to Chapter 11 Trustee's counsel.**

I do not currently have in my possession. To the extent they exist, they have been documented in prior litigation by my counsel at the time, Trenam Kempker.

(iv) **All bank, savings and loan, brokerage, crypto holdings, 401K, IRA, any other retirement accounts, and other account books and statements for accounts in institutions in which you, the Debtor, or any of the Debtor's insiders had any legal or equitable interest during the Request Period.**

I do not currently have in my possession. I could confirm this with sufficient time to review on the premises.

(v) **All canceled checks issued or received during the Request period, for all accounts in which you, the Debtor, or any of the Debtor's insiders held any legal or equitable interest.**

I do not currently have in my possession. I believe my bookkeeper, Ms. Lori Butt, may have access to these at the premises.

(vi) **All deeds, leases, mortgages, or other written instruments evidencing any of your interest in or ownership of any real property at any time during the Request Period.**

I do not currently have in my possession. I could confirm this with sufficient time to review on the premises.

(vii) **Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from you during the Request Period.**

I do not currently have in my possession. I could confirm this with sufficient time to review on the premises.

(viii) **Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by you during the Request Period.**

I do not currently have in my possession. I had an older model Mercedes (2010-2012 approximately) that was destroyed in the hurricane. I could confirm any further such records with sufficient time to review on the premises.

(ix) **All Financial statements as to your assets, liabilities, and owner's equity prepared during the Request Period.**

I do not currently have in my possession. Such records would either be with Trenam Kempker or John Witeck.

(x) **All final account statements from any "force-closed" account (including, without limitation, any bank, savings and loan, brokerage, crypto holdings, 401K, IRA, or any other retirement account) showing a zero balance including an accounting for**

      the transfer of funds and identification of bank or brokerage accounts the remaining funds were transferred.

      I do not currently have in my possession. I had two such accounts: One at Ozark Bank and one at Fifth Third. Neither are open accounts.

(xi) **All life insurance policies, whole life, or cash surrender policies, during the Request Period.**

      Term life insurance policy with First Colony Life Insurance in the amount $250,000.

(xii) **All Financial statements for assets, liabilities, and owner's equity prepared during the Request Period.**

      I do not currently have in my possession. I could confirm if any such documents exist with sufficient time to review at the premises.

(xiii) **A list of all assets liquidated or pledged since February 9, 2024.**

      I do not currently have in my possession. I could confirm this with sufficient time to review at the premises.

7. I have attempted to comply with this Court's Orders to the best of my abilities. I will continue to do so as directed by this Honorable Court.

8. I am filing this letter in my *pro se* capacity.

                                                              Sincerely,

                                                             *Leo J. Govoni*
                                                             LEO J. GOVONI

cc:       Opposing Counsel