ORDERED.

Dated:  April 03, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Case No.: 8:24-bk-00676-RCT<br>Chapter 11 |
| Debtor. | |
| _____/ | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee, of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. No.: 8:24-ap-00139-RCT |
| Plaintiffs, | |
| v. | |
| BOSTON FINANCE GROUP, LLC a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANTS BOSTON FINANCE GROUP, LLC and LEO J. GOVONI**
(Doc. 67)

THIS PROCEEDING comes before the Court, without a hearing, upon the Motion for Leave to Withdraw as Counsel for Defendants Boston Finance Group, LLC and Leo J. Govoni (Doc. 67) (the "Motion")[1] filed by Edward J. Peterson III, Esq. and Johnson Pope Bokor Ruppel

& Burns ("Johnson Pope"). The Motion was served upon all interested parties and included the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to respond within fourteen (14) days of service, plus an additional three (3) days for service if any party was served by U.S. Mail. No party filed a response within the time permitted and the Court deems the matter to be unopposed. The Court having reviewed the Motion and the record, finds that it is appropriate to grant the Motion. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. 67) is **GRANTED**.

2. Johnson Pope is relieved of any further responsibilities in this matter.

3. Unless and until Boston Finance Group, LLC and Leo J. Govoni retain new counsel and said counsel formally appears in the case, all further correspondence and pleadings shall be addressed to Boston Finance Group, LLC or Leo J. Govoni, as the case may be, as follows:

> Boston Finance Group, LLC
> 4912 Creekside Drive
> Clearwater, FL 33760
>
> Leo J. Govoni
> 4912 Creekside Drive
> Clearwater, FL 33760.

4. Pursuant to Fed. R. Bankr. P. 9010(a) and case law found in *Palazzo v. Gulf Oil Corp.*, 764 F2d 1381 (11th Cir. 1985), a corporation cannot appear in these proceedings except through an attorney duly authorized to practice before this Court. Accordingly, Boston Finance Group, LLC ("BFG"), shall have twenty-one (21) days from entry of this Order to obtain new qualified counsel, who shall promptly file an appropriate appearance. Absent the appearance of new counsel, BFG will no longer be permitted to participate in this case.

5. Mr. Govoni, as an individual, may continue to represent himself, *pro se*, if he so chooses.

Attorney Edward J. Peterson III is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Capitalized terns not otherwise defined herein shall have the same meaning and definition ascribed to them in the Motion.