

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/04/2025 09:30 AM

COURTROOM 8A

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | **Chapter 11** | 04/25/2024 |
| **ADVERSARY:** 8:24-ap-00139-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:**  The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg   vs   Boston Finance Group, LLC
and Leo J. Govoni
(1) Con't Preliminary Hearing Emergency Motion
for Temporary Restraining Order and to Schedule
a Hearing to Consider Entry of a Preliminary Injunction
Filed by Steven R Wirth on behalf of Plaintiff Michael
Goldberg, as Chapter 11 Trustee of the estate of
Debtor, The Center for Special Needs Trust
Administration, Inc (Doc #42)
(2) Preliminary Hearing on Motion for Fees and
Costs Filed by Steven R Wirth on behalf of Plaintiff
Michael Goldberg, as Chapter 11 Trustee of the
estate of Debtor, The Center for Special Needs
Trust Administration, Inc Re: Doc 51
(Doc #64)
(3) Motion for Order to Show Cause Filed by John
L Dicks II on behalf of Plaintiff Michael Goldberg,
as Chapter 11 Trustee of the estate of Debtor, T
he Center for Special Needs Trust Administration,
Inc (Doc #82)
Correspondence to the Court   (treated like a
response to Motion for Order to Show Cause
re: Doc 82) (Doc #83)
(4) Emergency Motion to Extend Duration
of Preliminary Injunction Filed by Steven R Wirth
on behalf of Plaintiff Michael Goldberg, as Chpr 11
Trustee of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc. (related
document(s)65) (Doc #84)
(5) Expedited Motion (Amended) to Expand
William A. Long Jr. and Nperspective Advisory
Services, LLC's Role as Restructuring Advisor and
Chief Restructuring Officer and Supplemental

Application to Expand Scope of Employment Filed
by Steven R Wirth on behalf of Plaintiff Michael
Goldberg, as Chapter 11 Trustee of the estate of
Debtor, The Center for Special Needs Trust
Administration, Inc. (related document(s)86)
(Doc #87)
Note: Prior Hearing: 1/21/25; 2/3/25
Order Extending Temporary Restraining Order
(with respect to over 100 "Alter Ego Companies")
(Doc #60) entered 1/28/25
Order Granting Preliminary Injunction (Doc #61)
entered 1/28/25


**APPEARANCES:**: Steven Wirth; Megan Murray; Paul Sisco; Leo J. Govoni

**WITNESSES:** Leo Govoni

**EVIDENCE:**

**RULING:** (1) Con't Preliminary Hearing Emergency Motion
for Temporary Restraining Order and to Schedule
a Hearing to Consider Entry of a Preliminary Injunction
Filed by Steven R Wirth on behalf of Plaintiff Michael
Goldberg, as Chapter 11 Trustee of the estate of
Debtor, The Center for Special Needs Trust
Administration, Inc (Doc #42) -   GRANTED ON INTERIM BASIS TO 8/4/25 @ 1:30 PM; ORDER BY WIRTH

(2) Preliminary Hearing on Motion for Fees and
Costs Filed by Steven R Wirth on behalf of Plaintiff
Michael Goldberg, as Chapter 11 Trustee of the
estate of Debtor, The Center for Special Needs
Trust Administration, Inc Re: Doc 51
(Doc #64) -   GRANTED; ORDER BY WIRTH

(3) Motion for Order to Show Cause Filed by John
L Dicks II on behalf of Plaintiff Michael Goldberg,
as Chapter 11 Trustee of the estate of Debtor, T
he Center for Special Needs Trust Administration,
Inc (Doc #82) -   CON'T TO 4/18/25 @ 10:00 AM (AOCNFNG)

Correspondence to the Court   (treated like a
response to Motion for Order to Show Cause
re: Doc 82) (Doc #83)

(4) Emergency Motion to Extend Duration
of Preliminary Injunction Filed by Steven R Wirth
on behalf of Plaintiff Michael Goldberg, as Chpr 11
Trustee of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc. (related
document(s)65) (Doc #84) -   GRANTED; ORDER BY WIRTH

(5) Expedited Motion (Amended) to Expand
William A. Long Jr. and Nperspective Advisory
Services, LLC's Role as Restructuring Advisor and
Chief Restructuring Officer and Supplemental
Application to Expand Scope of Employment Filed
by Steven R Wirth on behalf of Plaintiff Michael
Goldberg, as Chapter 11 Trustee of the estate of
Debtor, The Center for Special Needs Trust
Administration, Inc. (related document(s)86)
(Doc #87) -   GRANTED WITH EXCEPTION TO COLBY CO AND MIAMI BREWING AS DISCUSSED IN OPEN COURT; ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.