

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/18/2025 10:00 AM

COURTROOM 8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | **Chapter 11** | 04/25/2024 |
| **ADVERSARY:** 8:24-ap-00139-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:** The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg    vs    Boston Finance Group, LLC
and Leo J. Govoni
(1) Con't Motion for Order to Show Cause
Filed by John L Dicks II on behalf of Plaintiff
Michael Goldberg, as Chapter 11 Trustee of the
estate of Debtor, The Center for Special Needs
Trust Administration, Inc (Doc #82)
(2) Con't Expedited Motion (Amended) to Expand
William A Long Jr. and Nperspective Advisory Srvcs,
LLC's Role as Restructuring Advisor and Chief
Restructuring Officer and Supplemental Application
to Expand Scope of Employment Filed by Steven
R Wirth on behalf of Plaintiff Michael Goldberg, as
Chapter 11 Trustee of the estate of Debtor, The Center
for Special Needs Trust Administration, Inc (Doc #87)
Note: Prior Hearing: 4/4/25
Hearing 8/4/25 @ 1:30 pm re: Con't Preliminary
Hearing Emergency Motion for Temporary
Restraining Order and to Schedule a Hearing to
Consider Entry of a Preliminary Injunction Filed
by Steven R Wirth on behalf of Plaintiff Michael
Goldberg, as Chp 11 Trustee of the estate
of Debtor, The Center for Special
Needs Trust Administration, Inc (Doc #42)

**APPEARANCES::** Steven Wirth; Megan Murray; Bill Long; Leo J Govoni; Paul Sisco

**WITNESSES:**

**EVIDENCE:**

**RULING:** (1) Con't Motion for Order to Show Cause

Filed by John L Dicks II on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #82) -   GRANTED ON INTERIM BASIS TO 4/25/25 @ 10:00 AM; ORDER BY WIRTH

(2) Con't Expedited Motion (Amended) to Expand William A Long Jr. and Nperspective Advisory Srvcs, LLC's Role as Restructuring Advisor and Chief Restructuring Officer and Supplemental Application to Expand Scope of Employment Filed by Steven R Wirth on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #87) -   CRO SCOPE OF EMPLOYMENT EXPANDED TO FOUR ENTITIES (1) THE DIRECTED BENEFITS FOUNDATION, INC    (2) COLBY COMPANY   (3) THE CENTER FOR MEDICARE SET ASIDE COMMUNICATION, LLC   (4) THE CENTERS FOR LITIGATION SUPPORT, AS DISCUSSED IN OPEN COURT; FINAL ORDER BY WIRTH

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.