UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>THE CENTER FOR SPECIAL NEEDS<br>TRUST ADMINISTRATION, INC.,<br><br>Debtor.<br>_____<br><br>MICHAEL GOLDBERG, as Chapter 11 Trustee<br>of the estate of Debtor, The Center for<br>Special Needs Trust Administration, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON FINANCE GROUP, LLC, a Florida limited<br>liability company and LEO J. GOVONI, an individual,<br><br>Defendants.<br>_____ | Case No. 8:24-bk-00676-RCT<br><br>Chapter 11<br><br><br><br><br><br><br><br><br><br>Adv. Pro. No. 8:24-ap-00139-RCT |

<u>**LEO GOVONI'S VERIFIED RESPONSE**</u>
<u>**TO MOTION FOR ORDER TO SHOW CAUSE**</u>
<u>**(Doc. No. 82)**</u>

    **COMES NOW** LEO GOVONI by and through his undersigned attorney, and submits this, his Response to Motion for Order to Show Cause (Doc. No. 82). In support thereof, states as follows:

1. Leo Govoni served his personal sworn financial statement and Personal Fact Information Sheet on Steven R. Wirth as counsel for the Chapter 11 Trustee Monday April 28, 2025 at 10:45 a.m.

2. Leo Govoni does not have access to his offices but will seek authorization to enter the premises to obtain documentation for Boston Finance Group to prepare the corporate financial statements and the FACT Information Sheet for the company.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2025

By *eolGooni*

**RESPECTFULLY submitted** on this 28th day of April 2025.

BUDDY D. FORD, P.A.,

*/s/* Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone#: (813) 877-4669
Facsimile#: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2025, the foregoing has been furnished electronically by the Cami's *CMIECF* system to all parties who receive electronic notices via CM.ECF in this case, and by U.S. Mail to:

Leo J. Govoni, 14109 Spoonbill Lane, Clearwater, Florida 33762-4648

                                              */s/* Buddy D. Ford
                                              Buddy D. Ford, Esquire (FBN: 0654711)
                                              Email: Buddy@tampaesq.com