ORDERED.

Dated:  April 28, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | |
| Plaintiff, | |
| v. | Adv. Pro. No. 8:24-ap-00139-RCT |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

**ORDER GRANTING IN PART MOTION FOR ORDER TO SHOW CAUSE**

The Court held a continued hearing on April 25, 2025 (the "Hearing") on the Chapter 11 Trustee's Motion for Order to Show Cause (Adv. No. 82) (the "Motion"). The Court having considered the Motion and materials submitted therewith and having heard the argument of counsel, it is:

81133810;1

1. The Motion is GRANTED in part as set forth herein.

2. **No later than 11:00 a.m. (E.T.) on April 28, 2025**, Leo J. Govoni and Boson Finance Group, LLC (collectively, the "Judgment Debtors") shall produce to the Chapter 11 Trustee (i) fact information sheets of the Judgment Debtors and (ii) sworn financial affidavits of the Judgment Debtors.

3. The Court shall conduct a further hearing on the Motion on **Monday, April 28, 2025, at 2:00 p.m.** at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8A, Tampa, FL 33602.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register click the link below or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration.

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*