**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                    Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                               Chapter 11

        Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

        Plaintiff,

v.                                                        Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an individual,

        Defendants.
_____

## CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR SANCTIONS,

Michael Goldberg, the Chapter 11 Trustee ("Chapter 11 Trustee"), by and through undersigned counsel, files this Motion (the "Motion") requesting entry of an order of sanctions against Leo J. Govoni, and states the following:

1.      On January 13, 2025, the Court entered a Temporary Restraining Order, barring "the Defendants — as well as anyone acting on their behalf or in concert or participation with them … from directly or indirectly encumbering, liquidating, transferring, spending, diminishing, or otherwise disbursing the assets of any of the Alter Ego Entities identified in Exhibit A to this Order." *See* Doc. No. 45. Later, on January 28 and February 6, 2025, the Court entered preliminary injunctions with the same language. *See* Doc. Nos. 61 & 65.

81173461;1

2. The goal, of course, was to maintain the Alter Ego Entities' status quo, because, as the Trustee said in his initial motion, "[t]here is a substantial risk that, unless restrained, Govoni will dissipate or transfer the assets of the Alter Ego Entities and thereby interfere with the Chapter 11 Trustee's ability to collect as Govoni has already stripped the Debtor of substantially all assets of value via the Loan transactions." *See* Doc. No. 42.

3. All the while, Mr. Govoni continued to interfere with this case, which necessitated the filing of an Emergency Motion for Sanctions on March 26, 2025; the appointment of two Chief Restructuring Officers, and the entry of several orders keeping Mr. Govoni away from the Alter Ego Entities. *See, e.g.,* Doc. Nos. 73, 74, 75, 76, 77, 80, 81, 86, and 95.

4. In spite of it all, however, Mr. Govoni continues to interfere with the administration of this case and the work of the CROs.

5. Specifically, on April 25, 2025, the Chapter 11 Trustee learned that Mr. Govoni filed 16 notices of voluntary dissolution with the Florida Secretary of State, resulting in the dissolution of 16 Alter Ego Entities, including: several operating entities that are being run by the CROs; some entities whose membership interests are to be sold at a foreclosure sale next month; an entity whose property Mr. Govoni took from the Premises and has not returned in spite of a Court order; and an entity that owns real estate which the Chapter 11 Trustee is currently marketing for sale. True and correct copies of the notices of dissolution and confirmation letters are attached as *Exhibit 1*.

81173461;1

WHEREFORE, the Chapter 11 Trustee requests this Court enter an order imposing sanctions against Leo J. Govoni and the Alter Ego Entities, for willfully violating Court Orders; and granting whatever other relief the Court deems just and proper.

Respectfully submitted,

AKERMAN LLP

By: */s/ John L. Dicks II*
    John L. Dicks II, Florida Bar No.: 89012
    Primary Email: john.dicks@akerman.com
    Secondary Email: judy.barton@akerman.com
    Steven R. Wirth, Florida Bar No.: 170380
    Email: steven.wirth@akerman.com
    Raye C. Elliott, Florida Bar No.: 18732
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333
    Facsimile: (813) 223-2837

*Counsel for Chapter 11 Trustee, Michael Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ John L. Dicks II*

81173461;1

# Exhibit 1

| Legal Entity | Document Number | |
|---|---|---|
| American Tax Professionals | L17000087629 | $25.00 |
| BCL Aviation LLC | L13000024946 | $25 00 |
| Big Storm Coffee Company LLC | L17000221108 | $25.00 |
| Big Storm Creamery LLC | L17000246930 | $25.00 |
| Brand Activators | L13000063494 | $25.00 |
| BHC Asset Group LLC | L19000099832 | $25.00 |
| Fat Lion Real Estate LLC | L14000147863 | $25.00 |
| Fat Point V2 LLC | L17000057819 | $25.00 |
| PropertyCraft Enterprises LLC | L16000049476 | $25.00 |
| Big Storm Pasco LLC | L11000096290 | $25.00 |
| The Center For Financial Counseling | L10000048528 | $25.00 |
| North American Keg LLC | L14000015954 | $25.00 |
| The Colby Company LLC | L08000115518 | $25.00 |
| Seaboard Portage LLC | L15000188454 | $25.00 |
| Seaboard Manufacturing LLC | L12000152433 | $25.00 |
| Big Storm Canteen | L17000007427 | $25.00 |
| | | $400.00 |



FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L17000087629

The Articles of Dissolution, dissolving AMERICAN TAX PROFESSIONALS LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 425A00008292

L17000087629

---

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

```
Special Instructions to Filing Officer




```

Office Use Only



900445987139

03/10/25--01023--002    *400.00

2025 MAR 10 AM 8: 24

# COVER LETTER

TO:    Registration Section
        Division of Corporations

SUBJECT: _American Tax Professionals LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Boston Holding Company LLC_
(Firm/Company)

_12707 49th St N   Suite 200_
(Address)

_Clearwater FL   33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ova Frace_   at ( _727_ ) _798-1770_
(Name of Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution          ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                              Certified Copy (additional copy is enclosed)

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

*American Tax Professionals LLC*

2. The Articles of Organization were filed on **04/19/2017** and assigned

document number **L17000087629**

3. The delayed effective date the dissolution if not effective on the date of filing. **3-6-25**

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   *Business not operating*

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

_____        _____
Signature                                       Printed Name

**FILING FEE: $25.00**



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL 33762

Re: Document Number L13000024946

The Articles of Dissolution, dissolving BCL AVIATION LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 625A00008293

# L130000024946

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer

Office Use Only



800445987148

03/10/25--01023--002   *400.00

2025 MAR 10 AM 8: 23

FILED

# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:**  _BCL Aviation LLC_

(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Boston Holding Company LLC_
(Firm/Company)

_12707 49th St N Suite 200_
(Address)

_Clearwater FL 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora Fraze_   at ( _727_ )  _798-1770_
(Name of Person)      (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee and Certificate of Dissolution

☐ $55.00 Filing Fee, Certificate of Dissolution & Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _BCL Aviation LLC_

2. The Articles of Organization were filed on _02/18/2013_ and assigned

   document number _L13000024946_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605 0707 on back cover letter).

   _Business not operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____          Les J Govan
   Signature                        Printed Name

### FILING FEE: $25.00



### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 500
CLEARWATER, FL  33762

Re:  Document Number L17000221108

The Articles of Dissolution, dissolving BIG STORM COFFEE COMPANY LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 325A00008294

L1700022II08

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700445987157

03/10/25--01023--002  *400.00

2025 MAR 10 AM 8: 23

FM 2/25

# COVER LETTER

**TO:**  Registration Section
Division of Corporations

**SUBJECT:** *Big  Storm  Coffee  Company  LLC*
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

*Leo  Govoni*
(Name of Person)

*Big  Storm  Brewery*
(Firm/Company)

*12707  49th St N  Suite 500*
(Address)

*Clearwater  FL  33762*
(City/State and Zip Code)

For further information concerning this matter, please call:

*Ora  Fraze*          at ( *727* )  *798-1770*
(Name of Person)         (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25 00 Filing Fee and Certificate of Dissolution       ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                                Certified Copy (additional copy is enclosed)

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

## ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is
   _Big Storm Coffe Company_

2. The Articles of Organization were filed on _10-25-2017_ and assigned

   document number _LJ7000321108_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).
   _Business not operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs·

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____          _Leo J Garoni_
          Signature                      Printed Name

### FILING FEE: $25.00



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL 33762

Re:  Document Number L17000246930

The Articles of Dissolution, dissolving BIG STORM CREAMERY LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 025A00008295

LI7000246930



600445987166

03/10/25--01023--002 **400.00

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer

Office Use Only

2025 MAR 10 AM 8: 23

FILED

# COVER LETTER

**TO:**  Registration Section
Division of Corporations

**SUBJECT:**  Big Storm Creamery LLC
_(Name of Limited Liability Company)_

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Leo Govoni
_(Name of Person)_

Govoni, Leo J    title MGR
_(Firm/Company)_

12707 49th Street North Suite 200
_(Address)_

Clearwater FL 33762
_(City/State and Zip Code)_

For further information concerning this matter, please call:

Ova Fraze    at ( 727 ) 798-1770
_(Name of Person)_    _(Area Code & Daytime Telephone Number)_

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution    ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _Big Storm Creamery LLC_

2. The Articles of Organization were filed on _12-01-2017_ and assigned

   document number _L17000246930_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be
   listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section
   605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not Operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's
   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed
   above to wind up the company's activities and affairs:

   _____ Signature          _Leej Govon_ Printed Name

### FILING FEE: $25.00



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 500
CLEARWATER, FL  33762

Re:  Document Number L13000063494

The Articles of Dissolution, dissolving BRAND ACTIVATORS LLC, a Florida limited
liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-
6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 225A00008295

L130000063494

---

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

┌─────────────────────────────────┐
│ Special Instructions to Filing Officer │
│                                 │
│                                 │
│                                 │
│                                 │
│                                 │
└─────────────────────────────────┘

Office Use Only



500445987175

03/10/25--01023--002 **400.00

2025 MAR 10 AM 8:23

11/7/25

# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:**   _Brand   Activations   LLC_

(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo   Govoni_

(Name of Person)

_Big Storm Brewery_

(Firm/Company)

_12707  49th  St N  Suite 500_

(Address)

_Clearwater  FL  33762_

(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora  Frace_                 at ( _727_ ) _798 -1770_

(Name of Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution          ☐ $55.00 Filing Fee, Certificate of Dissolution & Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
# FOR
# A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _Drand Activations LLC_

2. The Articles of Organization were filed on _05-01-2013_ and assigned

   document number _L13000063494_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not Operating_

   _____

   _____

   _____

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:   _____

   _____

   _____

   _____

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____                  _Leos Gavin_
            Signature                                    Printed Name

   **FILING FEE: $25.00**



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L19000099832

The Articles of Dissolution, dissolving BHC ASSET GROUP LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 825A00008295

L1900009832

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

┌──────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                  │
│                                  │
│                                  │
│                                  │
│                                  │
└──────────────────────────────────┘

Office Use Only



400445987184

03/10/25--01023--002  *400.00

2025 MAR 10 AM 8: 23

# COVER LETTER

TO:    Registration Section
       Division of Corporations

SUBJECT:    BHC ASSET GROUP LLC
            (Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Leo Govoni
(Name of Person)

Boston Holding Company LLC
(Firm/Company)

12707 49th St N Suite 200
(Address)

Clearwater FL 33762
(City/State and Zip Code)

For further information concerning this matter, please call:

Ora Fraze                    at ( 727 )  798 -1770
(Name of Person)             (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution        ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                              Certified Copy (additional copy is enclosed)

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

## ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   *BHC ASSET GROUP LLC*

2. The Articles of Organization were filed on *04 - 10 - 2019* and assigned

   document number *L19000099832*

3. The delayed effective date the dissolution if not effective on the date of filing: *3-6-25*

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   <u>Note:</u> If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   *Business not operating*

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____          *Leo J Govoni*
          Signature                      Printed Name

**FILING FEE: $25.00**



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 300
CLEARWATER, FL 33762

Re: Document Number L14000147863

The Articles of Dissolution, dissolving FAT LION REAL ESTATE LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations

Letter Number: 025A00008302

# L14000147863

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer

Office Use Only



700445985177

03/10/25--01023--002 *400.00

2025 MAR 10 AM 8: 21



# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:**  Fat  Lion  Real  Estate  LLC
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Leo  Covoni
(Name of Person)

Seaboard  Real  Estate  Holdings  LLC
(Firm/Company)

12707  49th St N  Suite 300
(Address)

Clearwater  Fl  33762
(City/State and Zip Code)

For further information concerning this matter, please call:

Ova  Fraze          at ( 727 ,  798 -1770
(Name of Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution      ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _Fat Lion Real Estate LLC_

2. The Articles of Organization were filed on ___09 - 22 - 2014___ and assigned

   document number _L 14000147863_

3. The delayed effective date the dissolution if not effective on the date of filing: _3 - 6 - 25_
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not Operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____
   Signature

   _Leo j Govori_
   Printed Name

**FILING FEE: $25.00**



### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 500
CLEARWATER, FL  33762

Re:  Document Number L17000057819

The Articles of Dissolution, dissolving FAT POINT V2 LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 225A00008292

# H700005781 9

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer

Office Use Only



500445985195

03/10/25--01023--002  **400.00

2025 MAR 10 AM 8: 24

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** Fat Point V2 LLC
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Leo Govoni
(Name of Person)

Seaboard Craft Holdings LLC
(Firm/Company)

12707 49th St N Suite 500
(Address)

Clearwater FL 33762
(City/State and Zip Code)

For further information concerning this matter, please call:

Ora Fraze at ( 727 ) 798-1770
(Name of Person)         (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution        ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                           Certified Copy (additional copy is enclosed)

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
# FOR
# A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

_Fat Pointe V2 LLC_.

2. The Articles of Organization were filed on _03-13-2017_ and assigned

document number _L17000057819_

3. The delayed effective date the dissolution if not effective on the date of filing: _3/6/25_

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605 0707 on back cover letter).

   _Business not Operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

_____          _Leo J Govoni_____
Signature                          Printed Name

**FILING FEE: $25.00**



## FLORIDA DEPARTMENT OF STATE
### Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L16000049476

The Articles of Dissolution, dissolving PROPERTYCRAFT ENTERPRISES LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 625A00008301

# LI6000049476

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer │
│                                       │
│                                       │
│                                       │
│                                       │
│                                       │
└─────────────────────────────────────┘

Office Use Only



800445985168

03/10/25--01023--002   **400 00

2025 MAR 10   AM 8: 22

# COVER LETTER

**TO:**  Registration Section
Division of Corporations

**SUBJECT:**  _Property Craft Enterprises  LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following.

_Leo Govoni_
(Name of Person)

_Boston Holding Real Estate LLC_
(Firm/Company)

_12707 49th St N Suite 200_
(Address)

_Clearwater FL  33762_
(City/State and Zip Code)

For further information concerning this matter, please call

_Ora Fraze_ at ( _727_ ) _798 - 1770_
(Name of Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount.

☑ $25.00 Filing Fee and Certificate of Dissolution    ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**               **Street Address:**
Registration Section               Registration Section
Division of Corporations           Division of Corporations
P.O. Box 6327                      The Centre of Tallahassee
Tallahassee, FL 32314              2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

## ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

_Property Craft Enterprises LLC_

2. The Articles of Organization were filed on _03-09-2016_ and assigned

document number _L16000049476_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not Operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

_____          _Leo Govea_
Signature                         Printed Name

**FILING FEE: $25.00**



FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 500
CLEARWATER, FL  33762

Re:  Document Number L11000096290

The Articles of Dissolution, dissolving BIG STORM PASCO LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 625A00008302

www.sunbiz.org

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

L1100009629

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600445985186

03/10/25--01023--002 **400.00

2025 MAR 10 AM 8: 21

FILED

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FM 3/10/25

# COVER LETTER

TO:   Registration Section
      Division of Corporations

SUBJECT: ___*Big Storm Pasco LLC*___
              (Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following.

___*Leo Govoni*___
(Name of Person)

___*Big Storm Brewery LLC*___
(Firm/Company)

___*12707 99th St N suite 500*___
(Address)

___*Clearwater FL 33762*___
(City/State and Zip Code)

For further information concerning this matter, please call:

___*Ora Faze*___ at (_727_) _798-1770_
(Name of Person)              (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount.

☒ $25.00 Filing Fee and Certificate of Dissolution          ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                                Certified Copy (additional copy is enclosed)

**Mailing Address:**                        **Street Address:**
Registration Section                        Registration Section
Division of Corporations                    Division of Corporations
P.O. Box 6327                               The Centre of Tallahassee
Tallahassee, FL 32314                       2415 N. Monroe Street, Suite 810
                                            Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _Big Storm Pasco LLC_

2. The Articles of Organization were filed on _08-22-2011_ and assigned

   document number _L11000096290_

3. The delayed effective date the dissolution if not effective on the date of filing: _3/6/25_

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   ___Signature___          ___Leo J Govoni___  Printed Name

**FILING FEE: $25.00**



### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L10000048528

The Articles of Dissolution, dissolving THE CENTER FOR FINANCIAL COUNSELING
LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-
6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 125A00008296

# L100000048528

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer.

Office Use Only



300445987193

03/10/25--01023--002 **400 00

2025 MAR 10 AM 8: 23
SEC.
TALL...
FILED

# COVER LETTER

**TO:**   Registration Section
      Division of Corporations

**SUBJECT:** _The Center for Financial Counseling LLC_
      (Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Global Litigation Consultants, Inc_
(Firm/Company)

_12707 49th St N Suite 200_
(Address)

_Clearwater Fl 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora Frate_   at ( _727_ )   _798-1770_
(Name of Person)      (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee and Certificate of Dissolution

☐ $55.00 Filing Fee, Certificate of Dissolution & Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   The Center for Financial Counseling, Inc.

2. The Articles of Organization were filed on  05-05-2010  and assigned

   document number L10000046528

3. The delayed effective date the dissolution if not effective on the date of filing: 3-6-25
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   Note:  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be
   listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section
   605.0707, Florida Statutes, (copy 605.0707 on back cover letter)

   Business not Operating

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed
   above to wind up the company's activities and affairs:

   _____                    Leo J Gagne
           Signature                                  Printed Name

### FILING FEE: $25.00



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L14000015959

The Articles of Dissolution, dissolving NORTH AMERICAN KEG LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 525A00008296

L14000015959

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────┘

Office Use Only



000445987200

03/10/25--01023--002 **400.00

2025 MAR 10 AM 8:23

# COVER LETTER

**TO:**    Registration Section
Division of Corporations

**SUBJECT:**    _North American Key LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Big Storm Brewery_
(Firm/Company)

_12707 49th St N Suite 500_
(Address)

_Clearwater FL 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora Fraze_ at (_727_) _798-1770_
(Name of Person)        (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25 00 Filing Fee and Certificate of Dissolution        ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

## ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   *North American Key LLC*

2. The Articles of Organization were filed on ___01 - 29 - 2014___ and assigned

   document number ___L14000015959___

3. The delayed effective date the dissolution if not effective on the date of filing: ___3 - 6 - 25___
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   *Business not Operating*

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs: _____

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

_____                    _____
          Signature                                        Printed Name

### FILING FEE: $25.00



### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L08000115518

The Articles of Dissolution, dissolving THE COLBY COMPANY, LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 225A00008299

# LO8000115518

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌─────────────────────────────┐
│ Special Instructions to Filing Officer │
│                             │
│                             │
│                             │
│                             │
│                             │
│                             │
└─────────────────────────────┘

Office Use Only



900445985159

03/10/25--01023--002  *400.00

2025 MAR 10 AM 8:22

# COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:**   _The Colby Company LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Govoni, Leo J_        _title MGR_
(Firm/Company)

_12707 49th St N Suite 200_
(Address)

_Clearwater FL 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_____ at (_____) _____
(Name of Person)                     (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee and Certificate of Dissolution          ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**                              **Street Address:**
Registration Section                        Registration Section
Division of Corporations                    Division of Corporations
P.O. Box 6327                               The Centre of Tallahassee
Tallahassee, Fl. 32314                      2415 N. Monroe Street, Suite 810
                                            Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _The Colby Company LLC_

2. The Articles of Organization were filed on _12 – 19 – 2008_ and assigned

   document number _L08 000115518_

3. The delayed effective date the dissolution if not effective on the date of filing: _3 – 6 – 25_

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   _Business not Operating_

   _____

   _____

   _____

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:    _____

   _____

   _____

   _____

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____           _Levy Garan_____
   Signature                            Printed Name

### FILING FEE: $25.00



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL 33762

Re: Document Number L15000188454

The Articles of Dissolution, dissolving SEABOARD PORTAGE LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 325A00008297

L15000188454

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100445985131

03/10/25--01023--002   *400.00




# COVER LETTER

**TO:**    Registration Section
Division of Corporations

**SUBJECT:** _Seaboard    Portage   LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo   Govoni_
(Name of Person)

_BHC   Asset  Group LLC_
(Firm/Company)

_12207  49th St  N  Suite 200_
(Address)

_Clearwater  FL   33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora  Fraze_    at ( _727_ )  _798 - 1770_
(Name of Person)          (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☐ $25.00 Filing Fee and Certificate of Dissolution        ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**              **Street Address:**
Registration Section              Registration Section
Division of Corporations          Division of Corporations
P.O. Box 6327                     The Centre of Tallahassee
Tallahassee, FL 32314             2415 N. Monroe Street, Suite 810
                                  Tallahassee, FL 32303

## ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

_Seaboard Portage LLC_

2. The Articles of Organization were filed on _11-06-2015_ and assigned

document number _L15000188454_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
(effective date cannot be prior to or more than 90 days later than date document is received for filing)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

_Business not operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's

activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

_____ Signature         _Leo J Govoni_ Printed Name

**FILING FEE: $25.00**



### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 400
CLEARWATER, FL  33762

Re:  Document Number L12000152433

The Articles of Dissolution, dissolving SEABOARD MANUFACTURING LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 025A00008301

## H2000052433



000445985140

03/10/25--01023--002  *400.00

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer

Office Use Only

2025 MAR 10 AM 8: 22

FILED

# COVER LETTER

**TO:**    Registration Section
Division of Corporations

**SUBJECT:**    _Seaboard Manufacturing LLC_
(Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Leo Govoni_
(Name of Person)

_Seaboard Manufacturing_
(Firm/Company)

_12707 49th St N Suite 400_
(Address)

_Clearwater FL 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora Fraze_    at ( _727_ ) _798 - 1770_
(Name of Person)    (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee and Certificate of Dissolution    ☐ $55.00 Filing Fee, Certificate of Dissolution &
Certified Copy (additional copy is enclosed)

**Mailing Address:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Registration Section
Division of Corporations
The Centre of Tallahassee
2415 N. Monroe Street, Suite 810
Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
## FOR
## A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   _Seaboard Manufacturing LLC_

2. The Articles of Organization were filed on _12-06-2012_ and assigned

   document number _L12000153433_

3. The delayed effective date the dissolution if not effective on the date of filing: _3-6-25_
   
   (effective date cannot be prior to or more than 90 days later than date document is received for filing)
   
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes. (copy 605.0707 on back cover letter).

   _Business not Operating_

5. If there are no members, enter the name and address of the person appointed to wind up the company's

   activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____          _Leo J Govoni_
   Signature                      Printed Name

   **FILING FEE: $25.00**



FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 17, 2025

LEO GOVONI
12707 49TH ST N
SUITE 200
CLEARWATER, FL  33762

Re:  Document Number L17000007427

The Articles of Dissolution, dissolving BIG STORM CANTEEN LLC, a Florida limited liability company were filed on March 10, 2025.

Should you have any questions regarding this matter, please telephone (850) 245-6051, the Registration Section.

Frederica S McCloud
Document Specialist
Division of Corporations                    Letter Number: 925A00008296

L700000074ट7

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌────────────────────────────────────────┐
│ Special Instructions to Filing Officer.  │
│                                          │
│                                          │
│                                          │
│                                          │
│                                          │
│                                          │
└────────────────────────────────────────┘

Office Use Only



900445987219

03/10/25--01023--002  *400.00

FILED
2025 MAR 10 AM 8: 22

FM 3/10/25

# COVER LETTER

**TO:**     Registration Section
            Division of Corporations

**SUBJECT:**     _Big Storm Canteen LLC_
                    (Name of Limited Liability Company)

The enclosed Articles of Dissolution and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following

_Leo Govoni_
(Name of Person)

_Big Storm Brewery_
(Firm/Company)

_12707 49th St N Suite 500_
(Address)

_Clearwater FL 33762_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Ora Fraze_                    at ( _727_ )  _798 - 1770_
(Name of Person)                    (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee and Certificate of Dissolution          ☐ $55.00 Filing Fee, Certificate of Dissolution &
                                                                    Certified Copy (additional copy is enclosed)

**Mailing Address:**                         **Street Address:**
Registration Section                         Registration Section
Division of Corporations                     Division of Corporations
P.O. Box 6327                                The Centre of Tallahassee
Tallahassee, FL 32314                        2415 N. Monroe Street, Suite 810
                                             Tallahassee, FL 32303

# ARTICLES OF DISSOLUTION
# FOR
# A LIMITED LIABILITY COMPANY

1. The name of a limited liability company is

   *Big Storm Canteen LLC*

2. The Articles of Organization were filed on _01 - 09 - 2017_ and assigned

   document number _L17000007427_

3. The delayed effective date the dissolution if not effective on the date of filing: _3 -6 - 25_

   (effective date cannot be prior to or more than 90 days later than date document is received for filing)

   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

4. A description of occurrence that resulted in the limited liability company's dissolution pursuant to section 605.0707, Florida Statutes, (copy 605.0707 on back cover letter).

   *Business not Operating*

5. If there are no members, enter the name and address of the person appointed to wind up the company's activities and affairs:

6. Signature of an authorized person or if there are no members, the signature of the person appointed and listed above to wind up the company's activities and affairs:

   _____          _Leo J Govan_
           Signature                        Printed Name

   **FILING FEE: $25.00**