UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, | Case No.: 8:24-bk-00676-RCT |
| _____Debtor._____/ | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, | Adv. Proc. No.: 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC and LEO J. GOVONI, | |
| Defendants. | |
| _____/ | |

**VERIFIED RESPONSE TO CHAPTER 11 TRUSTEE'S
EMERGENCY MOTION FOR SANCTIONS (DOC. NO. 113)**

**COMES NOW,** LEO J. GOVONI, by and through undersigned counsel, and responds to the *Chapter 11 Trustee's Emergency Motion for Sanctions* as follows:

1. Without advice of counsel, on or about March 10, 2025, Leo J. Govoni filed Articles of Dissolution for sixteen (16) companies that he had an interest in because the companies were not operating and had ceased any business activities.

2. On April 29, 2025, counsel advised Leo J. Govoni that the acts of filing the Articles of Dissolution were in violation of the Temporary Restraining Order (Doc. No. 45) and the Preliminary Injunctions entered in this case as Docs. No. 61 and 65.

3. Upon learning that Mr. Govoni filed the Articles of Dissolution, Mr. Govoni's

counsel immediately contacted counsel for the Chapter 11 Trustee seeking guidance how to correct the violation of the injunctions, e.g., reactivating the alter ego entities.

4. After discussions with counsel for the Chapter 11 Trustee, it was decided that Mr. Govoni would agree to fully cooperate with the Chapter 11 Trustee in the administration of these assets at the request of the Chapter 11 Trustee, but not reactivate the companies at this time.

**WHEREFORE**, LEO J. GOVONI, respectfully requests this Honorable Court deny the Motion for Sanctions; and for such other and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this __30th__ day of April, 2024.

FORD & SEMACH, P.A.,

 /s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Leo J. Govoni

### VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this __30__ day of April, 2025.

_/s/ Leo J. Govoni_

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the __30th__ day of April, 2025, the foregoing has been furnished electronically by the Court's CM/ECF system to all parties who receive electronic notices via CM.ECF in this case, and by U.S. Mail to:

Leo J. Govoni, 14109 Spoonbill Lane, Clearwater, Florida 33762-4648

                                 /s/ Buddy D. Ford
                                 Buddy D. Ford, Esquire (FBN: 0654711)
                                 Email: *Buddy@tampaesq.com*