**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Chapter 11

Debtor.

---

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.,

Plaintiff,

v. Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an individual,

Defendants.

---

**Michael Goldberg, Chapter 11 Trustee's Exhibit List**

**Show Cause Hearing (Adv. Doc. 112)**
**Date: May 2, 2025, at 9:30 a.m.**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | March 10, 2025 Order [Doc. No. 71] | | | |
| 2. | Fact Information Sheet | | | |
| 3. | July 2024 Draft PFS from Trenam | | | |
| 4. | Govoni’s “Motion to Response” (Doc 83) dated March 31, 2025 (filed April 1, 2025) | | | |
| 5. | List of Alter Ego Companies [Doc. 101, pp. 12-14) | | | |

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 6. | SGTJ Condominium Deed dated August 30, 2016 | | | |
| 7. | The Govoni Trust – 2018 | | | |
| 8. | 2011 Mortgage Interest Statement | | | |
| 9. | Information Document Request dated March 9, 2018 | | | |
| 10. | Email from Wirth to Sisco Re: Status of the Review of Personal Files of Leo Govoni or communications with counsel dated March 28, 2025 | | | |
| 11. | 2014 Tax Organizer – Partnership, S Corporation, Estate, Trust and REMIC Income (pgs. 42-43) | | | |
| 12. | Notices of Dissolution and Confirmation Letters (Ex. 1 to Trustee's Emergency Motion for Sanctions) | | | |
| 13. | Declaration of Ora Fraze and Exhibits | | | |
| 14. | ALTA Settlement Statements for sales of Artspace and Broadleaf properties | | | |
| 15. | Summary of Real Property owned and sold since Nov. 2021 | | | |
| 16. | Boston Asset Management Brochure | | | |
| 17. | Any exhibits on Defendants' Exhibit List rights | | | |

The Chapter 11 Trustee reserves the right to supplement and amend this Exhibit List.