# <u>Exhibit Cover Sheet</u>

**Party submitting: Michael Goldberg, as Chapter 11 Trustee Ex. #2**

**Admitted: Yes or No (circle one)**

**Debtor: THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**

**Case No. 8:24-bk-00676-RCT**

**MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. v. BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual**

**Adv. Pro. No. 8:24-ap-00139-RCT**

**Nature of Hearing/Docket No.: Show Cause Hearing (Adv. Doc. 112)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: May 2, 2025**

**By:______________________, Deputy Clerk**

# FORM 1.977 FACT INFORMATION SHEET

Full Legal Name: Leo Joseph Govoni

Nicknames or Aliases:

Residence Address: 14109 Spoonbill Lane Clearwater, FL 33762

Mailing Address (if different):

Telephone Numbers: (Cell) 727-300-9050 (Business)

Name of Employer: Currently Unemployed

Address of Employer:

Position or Job Description:

Rate of Pay: $40,000.00 per 2024. Average Paycheck: per

Average Commissions or Bonuses: $0 per

Commissions or bonuses are based on

Other Personal Income: $ 0 from Feb 2024-Apr 2025

Social Security Number: [redacted]1960 Birthdate: [redacted]1958

Driver's License Number: G[redacted]

Marital Status: Married Spouse's Name: Jane Govoni

---

*Spouse Related Portion*

Spouse's Address (if different):

Spouse's Social Security Number: [redacted]8008 Birthdate: [redacted]1958

Spouse's Employer: USF

Spouse's Average Paycheck or Income:$ 1504.00 per biweekly

Other Family Income:$ 0 per

Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

Leo Retirement Account 401K (approx. $6000.00 remaining)

*(Explain details on an additional sheet if necessary.)*

Name and Ages of All Your Children (and addresses if not living with you):

Leo John Govoni 14053 Feather Sound Dr. Clearwater, FL 33762

Caitlin Janicki 2612 Heron Lane N. Clearwater, FL 33762

Child Support or Alimony Paid: $ 0 per ______

Names of Others You Live With: NA

Who is Head of Your Household? You X Spouse ______ Other Person ______

Checking Account at: Chase Bank Account #: 9066 (Leo and Jane Govoni, joint)

Savings Account at: NA Account #: ______

---

For Real Estate You Own or Are Buying:

Address: 14109 Spoonbill Lane Clearwater, FL 33762

All Names on Title: Leo and Jane Govoni

Mortgage Owed to: N/A

Balance Owed: ______

Monthly Payment: $______

*(Attach a copy of the deed or mortgage, or list the legal description of the property on an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)*

See attached Warranty Deed.

For All Motor Vehicles You Own or Are Buying: *(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on an additional sheet if necessary.)*

Year/Make/Model: 2017 Toyota Avalon Color: White
Vehicle ID#: 4T1BK1EB1HU253069540 Tag #: 41DGGV Mileage: 58,000
Names on Title: Leo Govoni Present Value: $ 15,702.00
Loan Owed to: Bank of Ozark
Balance of Loan: $[1]
Monthly Payment: $ [1]

[1] Documents responsive to this request are not within my control due to the restricted access to my office(s), the office of the company accountant (the probable location of requested documents) and electronic devices. Upon receipt of authorization for entry to said premises, accompanied by my Attorney(s) and/or their representative, all documents available to me shall be provided in accordance with applicable legal requirements.

Year/Make/Model: 2018 Mercedes GLC 300 Color: Black
Vehicle ID#: WDC0G4JB6JV061788 Tag #: KGI N11 Mileage: 66,000
Names on Title: Leo/Jane Govoni Present Value: $ 13, 836.00
Loan Owed to: N/A
Balance of Loan: $
Monthly Payment: $

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

No

Does anyone owe you money? Amount Owed: N/A
Name and Address of Person Owing Money:
Reason money is owed:

I paid business expenses with my personal credit cards.

**CERTIFICATION**: (to be completed by each person submitting the information requested on this form)

By signing this form, I certify under penalty of criminal prosecution that all information on this form and any additional supporting information submitted with this form is true and complete to the best of my knowledge.

Signature: ______________________
Leo J. Govoni