# Exhibit Cover Sheet

**Party submitting: Michael Goldberg, as Chapter 11 Trustee Ex. #11**

**Admitted: Yes or No (circle one)**

**Debtor: THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.**

**Case No. 8:24-bk-00676-RCT**

**MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. v. BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual**

**Adv. Pro. No. 8:24-ap-00139-RCT**

**Nature of Hearing/Docket No.: Show Cause Hearing (Adv. Doc. 112)**

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: May 2, 2025**

**By:______________________, Deputy Clerk**

FROM

CHERRY BEKAERT LLP
401 E. JACKSON STREET
SUITE 3400
TAMPA, FL 33602

# 2014 TAX ORGANIZER

TO

Leo J & Jane M Govoni
4912 Creekside Dr
Clearwater, FL 33760

**This tax organizer has been prepared for your use in gathering the information needed for your 2014 tax return.**

**To save you time, selected information from your 2013 tax return has been entered in this organizer. Please line through any information that does not apply to your 2014 tax return.**

**In some cases, 2013 amounts have been included in a separate column. These amounts are for comparison purposes only. You do not need to change these prior year amounts.**

**If we may be of further assistance, please contact us at your convenience.**
(813) 251-1010

**REMOVE THIS SHEET PRIOR TO RETURNING THE COMPLETED ORGANIZER**

Leo J Govoni
Jane M Govoni

2014 **Partnership, S Corporation, Estate, Trust and REMIC Income** 11

**Partnership Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number | Health Insurance Paid by Entity |
|---|---|---|---|
| T | Boston Settlement Group, LLC | 77-0643082 | |
| T | Gravitas Equity Partners, LLC | 26-3937207 | |
| T | Broadleaf Property Management, LLC | 26-3557373 | |
| T | Boston Finance Group, LLC | 26-4511901 | |
| T | The Colby Company, LLC | 26-4512556 | |
| S | Boston Finance Group, LLC | 26-4511901 | |
| T | Check-in For Good LLC | 45-3753317 | |
| T | Restruck SPB Investor I, LLC | 45-5590656 | |
| T | Macomb Black or Red Entertainment, LLC | 45-3735474 | |
| T | Boston Capital Leasing LLC | 80-0896208 | |
| T | 3 Daughters Brewing LLC | 46-1512167 | |
| T | Precision Flight Systems LLC | 46-2822738 | |
| T | Webonise US LLC | 46-1546099 | |

**S Corporation Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number | Health Insurance Paid by Entity |
|---|---|---|---|
| T | Boston Asset Management, Inc | 59-3132513 | |
| T | Elder Care Alliance, Inc | 59-3527489 | |
| T | Austin Colby Co | 59-3323939 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Estate and Trust Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Real Estate Mortgage Investment Conduit (REMIC) Income:** Include all Schedules Q

| TSJ | Entity Name | Employer ID Number |
|---|---|---|
| | | |
| | | |

Leo J Govoni
Jane M Govoni

2014

# Partnership, S Corporation, Estate, Trust and REMIC Income

11

**Partnership Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number | Health Insurance Paid by Entity |
|---|---|---|---|
| T | Big Storm Brewery LLC | 45-3050668 | |
| T | Goshen Forest LLC | 45-5528782 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**S Corporation Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number | Health Insurance Paid by Entity |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Estate and Trust Income:** Include all Schedules K-1

| TSJ | Entity Name | Employer ID Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Real Estate Mortgage Investment Conduit (REMIC) Income:** Include all Schedules Q

| TSJ | Entity Name | Employer ID Number |
|---|---|---|
| | | |
| | | |