ORDERED.

Dated: May 05, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc. | Adv. Pro. No. 8:24-ap-00139-RCT |
| Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual, | |
| Defendants. | |

## ORDER EXTENDING DURATION OF PRELIMINARY INJUNCTION

THIS PROCEEDING is before the Court on April 4, 2025, on the *ex parte* Emergency Motion for Temporary Restraining Order and to Schedule a Hearing to Consider Entry of a

81214876;2

Preliminary Injunction (Doc. 42) and the *ex parte* Emergency Motion to Extend the Duration of Preliminary Injunction (Doc. 84) (collectively, the "Motions") filed by Michael Goldberg, the Chapter 11 Trustee. The Court having considered the Motions and materials submitted therewith, and finding good cause to extend the duration of the Court's Preliminary Injunction (Doc. 65), it is

**ORDERED**:

1. The duration of the Court's Preliminary Injunction (Doc. 65), and all relief granted therein, is extended for an additional sixty (60) days or **until August 4, 2025 at 5:00 p.m. (ET)**, but can be further extended upon a showing of good cause.

2. Based on the legal and equitable arguments raised by the Plaintiff and the relatively short duration of the injunctive relief in this Order, no grant of security is required by the Plaintiff pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

3. Subsequent to the entry of this Order, notice of it will be provided to the TRO Entities[1] as soon as practicable.

4. The Motions and this Order comply with all requirements of Rule 65 of the Federal Rules of Civil Procedure.

5. The Court shall conduct a further hearing on the Preliminary Injunction on **August 4, 2025 at 1:30 p.m. (ET)** at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8A, Tampa, FL 33602.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing

---

[1] Defined terms herein have the meaning given to them in the Preliminary Injunction.

81214876;2

remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register click the link below or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.