**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
***Tampa Division***
www.flmb.uscourts.gov

IN RE:                                                      Chapter 11

THE CENTER FOR SPECIAL NEEDS TRUST              Case No.: 8:24-bk-00676-RCT
ADMINISTRATION,

_____Debtor._____/

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for Special         Adv. Proc. No.: 8:24-ap-00139-RCT
Needs Trust Administration,

     Plaintiff,

v.

BOSTON FINANCE GROUP, LLC and LEO
J. GOVONI,

     Defendants.
_____/

## VERIFIED RESPONSE TO PRODUCTION OF DOCUMENTS TO THE TRUSTEE

**COMES NOW**, LEO J. GOVONI, by and through undersigned counsel, and hereby files this *Verified Response to Production of Documents to the Trustee* and states that he has provided the following documents via Dropbox:

I.     Tax Documents:

     1.     2022 Form 1065 U.S. Partnership Tax Return for Boston Finance Group, LLC.

     2.     2021 Form 1065 U.S. Partnership Tax Return for Boston Finance Group, LLC.

     3.     2020 Form 1065 U.S. Partnership Tax Return for Boston Finance Group, LLC.

     4.     2019 Form 1065 U.S. Partnership Tax Return for Boston Finance Group, LLC.

5.      2018 Form 1065 U.S. Partnership Tax Return for Boston Finance Group, LLC.

6.      2021 Form 2010 Tax Return for Leo J. Govoni and Jane M. Govoni.

7.      2020 Form 2010 Tax Return for Leo J. Govoni and Jane M. Govoni.

8.      2019 Form 2010 Tax Return for Leo J. Govoni and Jane M. Govoni.

9.      2018 Form 2010 Tax Return for Leo J. Govoni and Jane M. Govoni.

10.     2024 W-2 for Leo Govoni from Boston Asset Management, Inc.

11.     2024 W-2 for Leo Govoni from Global Litigation Consultants, LLC.

12.     2023 W-2 for Leo Govoni from Boston Asset Management, Inc.

13.     2023 1099 for Leo Govoni from National Financial Services, LLC.

14.     Composite 2011 IRS Forms 1099 and 1098.

15.      Documents and Information request provided to IRS dated March 9, 2018.

II.     Bank Statements:

1.      Bank OZK bank statements Acct -00256 for 01/2023 to 12/15/2023 for Leo J. Govoni.

2.      Bank OZK Auto Billing Statement from May, 2024 to April, 2025, Act -0049.

III.    Loan Documents:

1.      Boston Finance Group, LLC:

        A.      Am West Entertainment, LLC

                i.      Stipulation Resolving the Claims of the parties.

        B.      The Chestnut Firm, LLC

                i.      Amended and Restated Promissory Note (7-1-14) Promissory Note (6-2 7-12);

      ii.      Amended and Restated Credit Agreement (7-1-14)
Credit Agreement (6-22-12);

      iii.     Loan Forbearance Agreement (4-29-15);

      iv.     Continuing and Unconditional Guaranty (6-28-12);

      v.      Security Agreement (6-27-12);

      vi.     Consulting Agreement (6-27-12).

C.     L2 Integrated Solutions

      i.      Default Final Judgment Against Defendants L2 Integrated
Solutions, LLC and Lawrence J. Butera, Jr.;

      ii.      Amended and Restated Promissory Note (6-1-14)
Promissory Note (1-7-14);

      iii.     Amended and Restated Loan Agreement (6-1-14);

      iv.     Revolving Line of Credit Agreement (1-7-15);

      v.      Personal Guaranty of Butera and DeBenedetto (6-1-14);

      vi.     Pledge Agreement ( 6-1-14);

      vii.    UCC-1 Financing Statements (MD and FL).

D.     Lawson, Kenneth

      i.      Second Amended and Restated Promissory Note (12-15-16)
Amended and Restated Promissory Note (4-3-13).

E.     Lawson - The Kenneth Lawson Group

      i.      Second Amended and Restated Secured Balloon Adjustable
Rate Commercial Promissory Note (12-15-16)
Amended and Restated Secured Balloon Adjustable Rate
Commercial Promissory Note (5-1-16)
Balloon Adjustable Rate Commercial Promissory Note
(4-26-11);

        ii.      Notice of Future Advance and Mortgage Modification Agreement;

        iii.     Guaranty Agreement (4-26-11);

        iv.     Balloon Commercial Mortgage Deed (4-26-11).

    F.    ManCan Universe, Inc.

        i.       Consolidation and Renewal Promissory Note (7-1-16) Promissory Note (10-9-15);

        ii.      Amendment to Revolving Line of Credit Agreement (7-1-16) Revolving Line of Credit Agreement (10-9-15) ;

        iii.     Personal Guaranty (7-1-16);

        iv.     Stock Pledge Agreement of Kevin Lehman (7-1-16) Stock Pledge Agreement of Chris Mueller (7-1-16).

2.    Beacon MTD

    A.    Amended and Restated Promissory Note (9-1-11) Amended and Restated Promissory Note (2-15-10) Promissory Note (12-9-09);

    B.    Amended and Restated Revolving Line of Credit Agreement (9-1-11);

    C.    Loan Modification Agreement ( 12-31-13);

    D.    Personal Guaranty (9-1-11);

    E.    Assignment (1-1-15).

IV.    The Govoni Trust - 2018.

V.    Spreadsheet and information concerning the Govoni Entities.

VI.    Subpoenas

1.    Subpoena served on Jonathan Golden, Esquire.

2.      Subpoena served on J L Witeck, Inc.

**RESPECTFULLY SUBMITTED** this __9th__ day of May, 2024.

FORD & SEMACH, P.A.,

_/s/ Buddy D. Ford_____
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Leo J. Govoni

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this __9th__ day of May, 2025.

_s/ Leo J. Govoni_____
Leo J. Govoni

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the __9th__ day of May, 2025, the foregoing has been furnished electronically by the Court's CM/ECF system to all parties who receive electronic notices via CM.ECF in this case, and by U.S. Mail to:

Leo J. Govoni, 14109 Spoonbill Lane, Clearwater, Florida 33762-4648

_/s/ Buddy D. Ford_____
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*