**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
***Tampa Division***
www.flmb.uscourts.gov

IN RE:                                                                 Chapter 11

THE CENTER FOR SPECIAL NEEDS TRUST                Case No.: 8:24-bk-00676-RCT
ADMINISTRATION,

_____Debtor._____/

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for Special          Adv. Proc. No.: 8:24-ap-00139-RCT
Needs Trust Administration,

     Plaintiff,

v.

BOSTON FINANCE GROUP, LLC and LEO
J. GOVONI,

     Defendants.

_____/

**SECOND VERIFIED RESPONSE TO**
**PRODUCTION OF DOCUMENTS TO THE TRUSTEE**

    **COMES NOW**, LEO J. GOVONI, by and through undersigned counsel, and hereby files this *Second Verified Response to Production of Documents to the Trustee* and states that he has provided the following documents via Dropbox:

    I.    Additional Documents:

| Entity | Folder Name | Bates Stamps |
|---|---|---|
| Boston Asset Management | BAM003 | BAM00000491 - BAM00000589 |
| Boston Finance Group | BFG004 | BFG00001400 - BFG00001472 |
| Boston Holding Company | BHC002 | BHC00000142 - BHC00061905 |

| Various Entities | Docs From Client | Not Bates Stamped<br>See Exh. A - File List |
|---|---|---|
| Various Entities | Employee List for All Entities V.2 | Not Bates Stamped<br>Only 1 Spreadsheet |
| Fiduciary Tax & Accounting Services, LLC | FTAS003 | FTAS00000193 -<br>FTAS00048788 |
| Various Entities | New Docs 7.3.24 | Not Bates Stamped<br>See Exh. B - File List |
| Various Entities | Quick Books | Not Bates Stamped<br>See Exh C - File List |
| Various Entities | Subpoena Response Working Folder | Note Bates Stamped<br>See Exh D - File List |

II.     Subpoenas

1.     Subpoena served on Joanne Golden, PLLC.

2.     Subpoena served on Joanne Golden.

**RESPECTFULLY SUBMITTED** this  20th  day of May, 2024.

FORD & SEMACH, P.A.,

 /s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: All@tampaesq.com
Attorneys for Leo J. Govoni

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this  20th  day of May, 2025.

         s/ Leo J. Govoni
         Leo J. Govoni


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the  20th  day of May, 2025, the foregoing has been furnished electronically by the Court's CM/ECF system to all parties who receive electronic notices via CM.ECF in this case, and by U.S. Mail to:

Leo J. Govoni, 14109 Spoonbill Lane, Clearwater, Florida 33762-4648

         /s/ Buddy D. Ford
         Buddy D. Ford, Esquire (FBN: 0654711)
         Email: *Buddy@tampaesq.com*

3

**T: \ General - Clients \ Govoni, Leo (Spec**

| Name | Size | Type | Last Modified | |
|---|---|---|---|---|
| Amended and Restated Promissory Note (1-1-2012).pdf | 2,410KB | | Adobe Acrobat Document | 5/16/2025 6:01 PM |
| Amended and Restated Revolving Line of Credit Agreement (1-1-2012).pdf | 1,229KB | | Adobe Acrobat Document | |
| | | | 5/16/2025 6:01 PM | |
| BFG - CSNT - Amended and Restated Promissory Note (12-1-09).pdf | 1,824KB | | Adobe Acrobat Document | |
| | | | 5/16/2025 6:01 PM | |
| BFG - CSNT - Amended Loan Agreement (12-1-09).pdf | 5,340KB | | Adobe Acrobat Document | 5/16/2025 6:01 PM |
| BFG - CSNT - Loan Agreement (6-1-09).pdf | 5,089KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| BFG - CSNT - Negative Pledge (6-1-09).pdf | 982KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| BFG - CSNT - Promissory Note (6-1-09).pdf | 1,483KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| BFG - CSNT - Security Agreement (6-1-09).pdf | 1,663KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Final letter from BFG to CSNT (8-31-2011) (Interest Rate Change).pdf | 714KB | | Adobe Acrobat Document | |
| | | | 5/16/2025 6:01 PM | |
| Loan Agreement (Center - BFG) 03-15-11.pdf | 4,504KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Loan Agreement (Center-BFG) 03-15-10.pdf | 1,208KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Personal Guaranty of Leo J. Govoni (1-1-2012).pdf | 751KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Promissory Note (Center - BFG) 03-15-11.pdf | 1,569KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Promissory Note (Center - BFG) 09-01-11.pdf | 1,592KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Promissory Note (Center -BFG) 03-15-10.pdf | 418KB | Adobe Acrobat Document | 5/16/2025 6:01 PM | |
| Resolutions of CSNTA, March 15 2010, BFG Loan.pdf | 836KB | | Adobe Acrobat Document | 5/16/2025 6:01 PM |
| Written Consent of The Board of Directors (March 15, 2011)(BFG Loan).pdf | 837KB | | Adobe Acrobat Document | |
| | | | 5/16/2025 6:01 PM | |
| Written Consent of The Board of Directors (September 1, 2011)(BFG Loan).pdf | 869KB | | Adobe Acrobat Document | |
| | | | 5/16/2025 6:01 PM | |

*EXHIBIT "A"*

**T: \ General - Clients \ Govoni, Leo (Spec**

| Name | Size | Type | Last Modified |
|---|---|---|---|
| 2020, 1065 CLIENT COPY, BOSTON HOLDING COMPANY LLC.pdf | | | 824KB          Adobe Acrobat Document |
| | | | 5/16/2025 6:00 PM |
| 2021, 1065 & MO 1065 CLIENT COPY, BOSTON HOLDING COMPANY LLC (1).pdf | | | 1,098KB          Adobe Acrobat Document |
| | | | 5/16/2025 6:00 PM |
| 2022 Client Copy Return for ATP. John Witeck.pdf | 3,397KB | Adobe Acrobat Document | 5/16/2025 6:00 PM |
| 2022, 1065 & MO 1065 CLIENT COPY, BOSTON HOLDING COMPANY LLC.pdf | | | 985KB          Adobe Acrobat Document |
| | | | 5/16/2025 6:00 PM |
| BOSTON HOLDING COMPANY LLC 2019 1065 CLIENT COPY.pdf | | | 806KB          Adobe Acrobat Document |
| | | | 5/16/2025 6:00 PM |

*EXHIBIT "B"*

**T: \ General - Clients \ Govoni, Leo (Spec**

| Name | Size | Type | Last Modified |
|---|---|---|---|
| 24-0134_ACC002.zip | 39KB | Compressed (zipped) Folder | 5/16/2025 5:58 PM |
| 24-0134_FTAS002.zip | 19KB | Compressed (zipped) Folder | 5/16/2025 5:58 PM |
| BFG Payments to CSNT (prepared by JW (06-24-2024).xlsx | 11KB | Microsoft Excel Worksheet | 5/16/2025 5:58 PM |
| E01775496.xls | 125KB | Microsoft Excel 97-2003 Worksheet | 5/16/2025 5:58 PM |
| E01775497.XLS | 25KB | Microsoft Excel 97-2003 Worksheet | 5/16/2025 5:58 PM |
| E01775498.xls | 54KB | Microsoft Excel 97-2003 Worksheet | 5/19/2025 1:49 PM |

*EXHIBIT "C"*

1

**T: \ General - Clients \ Govoni, Leo (Spec**

| Name | Size | Type | Last Modified |
|---|---|---|---|
| 24-0134_BFG Collection_5.6.24 highlighted (with positions).xlsx | 44KB | | Microsoft Excel Worksheet 5/16/2025 6:17 PM |
| 24-0134_BFG Collection_5.6.24 highlighted.xlsx | 43KB | Microsoft Excel Worksheet | 5/16/2025 6:17 PM |
| BFG et al Email Address Master List.xlsx | 57KB | Microsoft Excel Worksheet | 5/16/2025 6:17 PM |
| BFG et al Key Email Accounts.xlsx | 32KB | Microsoft Excel Worksheet | 5/16/2025 6:17 PM |
| One Drive list from Virgil - highlighted.xlsx | 20KB | Microsoft Excel Worksheet | 5/16/2025 6:17 PM |

*EXHIBIT "D"*