# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, | Case No.: 8:24-bk-00676-RCT |
|     Debtor._____/ | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, | Adv. Proc. No.: 8:24-ap-00139-RCT |
|     Plaintiff, | |
| v. | |
| BOSTON FINANCE GROUP, LLC and LEO J. GOVONI, | |
|     Defendants._____/ | |

## SUPPLEMENTAL THIRD VERIFIED RESPONSE TO PRODUCTION OF DOCUMENTS TO THE TRUSTEE
**(Supplemental Documents in Bold Type)**

**COMES NOW**, LEO J. GOVONI, by and through undersigned counsel, and hereby files this *Third Verified Response to Production of Documents to the Trustee* and states that he has provided the following documents via Dropbox:

    A.    Additional Documents:

        1.    Updated Fact Information Sheet - Boston Finance Group, LLC;

        2.    Updated Personal Financial Statement - Leo J. Govoni;

        3.    Updated Fact Information Sheet - Leo J. Govoni;

        4.    Spreadsheet and information concerning the Govoni Entities;

        5.    Index of Govoni Entity Bank Accounts (statements being provided) **(Index covers A.6 below including updated/supplemental documents)**;

      6.     Index of Joint Accounts: Leo J. Govoni Bank Accounts, and Fidelity 401k for Leo J. Govoni (**BOA -1421 statements from 06/2024 - 03/2025, and BOA -6027 statements from 06/2024 - 12/2024 of Jane M. Govoni**);

      7.     Insurance claims (Helene, Milton, home and vehicle);

      8.     Purchase and Sale Agreement (Land ONLY) dated May 21, 2025 for Stowe Mountain Properties, LLC (Leo Govoni).

B.    Subpoenas

      1.     Subpoena served on American Momentum Bank;

      2.     Subpoena served on Tropical Realty & Investments Inc., dba Berkshire Hathaway HomeServices Florida Properties Group.

**RESPECTFULLY SUBMITTED** this __11th__ day of June, 2025.

                FORD & SEMACH, P.A.,

                /s/ Buddy D. Ford
                Buddy D. Ford, Esquire (FBN: 0654711)
                Email: *Buddy@tampaesq.com*
                Jonathan A. Semach, Esquire (FBN: 0060071)
                Email: *Jonathan@tampaesq.com*
                Heather M. Reel, Esquire (FBN: 0100357)
                Email: *Heather@tampaesq.com*
                9301 West Hillsborough Avenue
                Tampa, Florida 33615-3008
                Telephone: (813) 877-4669
                Facsimile: (813) 877-5543
                Office Email: All@tampaesq.com
                Attorneys for Leo J. Govoni

## **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

**DATED** this __11th__ day of June, 2025.

                __S/ Leo J. Govoni__
                Leo J. Govoni

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the  11th  day of June, 2025, the foregoing has been furnished electronically by the Court's CM/ECF system to all parties who receive electronic notices via CM.ECF in this case, and by U.S. Mail to:

Leo J. Govoni, 14109 Spoonbill Lane, Clearwater, Florida 33762-4648

 /s/ Buddy D. Ford  
Buddy D. Ford, Esquire (FBN: 0654711)  
Email: *Buddy@tampaesq.com*