

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/12/2025 10:00 AM

COURTROOM 8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | **Chapter 11** | 04/25/2024 |
| **ADVERSARY:** 8:24-ap-00139-RCT | | **Pltf Atty:** Steven R Wirth |
| | | **Dft Atty:** William A McBride |

**DEBTOR:** The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, as Chapter 11 Trustee of the estate of D v. Boston Finance Group, LLC et al

Michael Goldberg  vs.  Boston Finance Group, LLC and Leo J. Govoni
(1) Con't ORDER TO SHOW CAUSE WHY LEO J GOVONI AND BOSTON FINANCE GROUP, LLC SHOULD NOT BE HELD IN COMTEMPT AND SANCTIONED FOR VIOLATING THIS COURT ORDERS DIRECTING THEM AND CERTAIN ALTER EGO ENTITIES TO PRODUCE DOCUMENTS TO THE CHAPTER 11 TRUSTEE (Doc #112)
Verified Response to Production of Documents to the Trustee Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni re: Doc #112 (Doc #126)
Verified Response to Production of Documents to the Trustee (Second) Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni re: Doc 112 (Doc #129)
Verified Response to Production of Documents to the Trustee (Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni   (related document(s)113, 112) (Doc #144)
Verified Response to Production of Documents to the Trustee (Supplemental Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni (related document(s)113, 112, 144 (Doc #145)
(2) Con't Emergency Motion For Sanctions Filed by John L Dicks II on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #113)
Verified Response to Chapter 11 Trustee's

Emergency Motion for Sanctions Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni (related document(s)113) (Doc #116)

Verified Response to Production of Documents to the Trustee (Third) Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni   (related document(s)113, 112)   (Doc #144)

Verified Response to Production of Documents to the Trustee (Supplemental Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni (related document(s)113, 112, 144 (Doc #145)

(3) Preliminary Hearing on Expedited Motion to Clarify William A. Long Jr. and Nperspective Advisory Services, LLC's Role as Restructuring Advisor and Chief Restructuring Officer Filed by Steven R Wirth on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #136)
Note: Prior Hearings: 4/4/25; 4/11/25; 4/18/25; 4/25/25; 4/28/25; 5/2/25; 5/12/25; 5/21/25

Notice of Filing Declaration of Bill Long Filed by John L Dicks II on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.. (Attachments: # 1 Affidavit Declaration of Bill Long) (Doc #141) filed 6/9/25

Amended Notice of Filing Declaration of Megan W. Murray Filed by Megan Wilson Murray on behalf of Creditor Committee The Official Committee of Unsecured Creditors. (Murray, Megan). Related document(s) 142 (Doc #143) filed 6/9/25

Exhibits 18 - 22 by Plaintiff (Doc #146) filed 6/11/25

Hearing 8/4/25 @ 1:30 pm re: Con't Preliminary Hearing Emergency Motion for Temp Restraining Order and to Schedule a Hearing to Consider Entry of a Preliminary Injunction by Plaintiff (Doc #42)


**APPEARANCES:**: John Dicks; Buddy Ford; Heather Reel; Megan Murray
LISTEN ONLY AAPPEARANCES:: Michael Goldberg; Steven Wirth; Erik Johnanson

**WITNESSES:**

EVIDENCE INTO **EVIDENCE:** Defendants Exhibits 18 -22

**RULING:** (1) Con't ORDER TO SHOW CAUSE WHY LEO J GOVONI AND BOSTON FINANCE GROUP, LLC SHOULD NOT BE HELD IN COMTEMPT AND SANCTIONED FOR VIOLATING THIS COURT ORDERS DIRECTING THEM AND CERTAIN ALTER EGO ENTITIES TO PRODUCE DOCUMENTS TO THE CHAPTER 11 TRUSTEE (Doc #112) -   MATTER TAKEN UNDER ADVISEMENT

Verified Response to Production of Documents to the Trustee Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni re: Doc #112 (Doc #126)

Verified Response to Production of Documents to the Trustee (Second) Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni re: Doc 112 (Doc #129)

Verified Response to Production of Documents

to the Trustee (Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni (related document(s)113, 112) (Doc #144)

Verified Response to Production of Documents to the Trustee (Supplemental Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni (related document(s)113, 112, 144 (Doc #145)

(2) Con't Emergency Motion For Sanctions Filed by John L Dicks II on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #113) -    MATTER TAKEN UNDER ADVISEMENT

Verified Response to Chapter 11 Trustee's Emergency Motion for Sanctions Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni (related document(s)113) (Doc #116)

Verified Response to Production of Documents to the Trustee (Third) Filed by Buddy D Ford on behalf of Defendant Leo J. Govoni   (related document(s)113, 112)    (Doc #144)

Verified Response to Production of Documents to the Trustee (Supplemental Third) Filed by Buddy D Ford on behalf of Defendant Leo J Govoni (related document(s)113, 112, 144 (Doc #145)

(3) Preliminary Hearing on Expedited Motion to Clarify William A. Long Jr. and Nperspective Advisory Services, LLC's Role as Restructuring Advisor and Chief Restructuring Officer Filed by Steven R Wirth on behalf of Plaintiff Michael Goldberg, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc (Doc #136) -    GRANTED; ORDER BY DICKS

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.