ORDERED.

**Dated:  June 16, 2025**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### www.flmb.uscourts.gov

In re:                                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                      Chapter 11

          Debtor.
_____

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

          Plaintiff,

v.                                                              Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an
individual,

          Defendants.
_____

## ORDER GRANTING CHAPTER 11 TRUSTEE'S EXPEDITED MOTION TO CLARIFY WILLIAM A. LONG JR. AND NPERSPECTIVE ADVISORY SERVICES, LLC'S ROLE AS RESTRUCTURING ADVISOR AND CHIEF RESTRUCTURING OFFICER

          This matter came before the Court on the Chapter 11 Trustee's Expedited Motion to Clarify

William A. Long, Jr. and Nperspective Advisory Services, LLC's Role as Restructuring Advisor

and Chief Restructuring Officer (Doc. 136) (the "Motion"). The Court having considered the

Motion, it is:

ORDERED:

1.      The Motion is GRANTED.

2.      Nperspective Advisory Services, LLC and William A. Long, Jr. (collectively, the "CRO"), having already been granted the authority to "assume financial control of the Additional Entities, including access to and signature authority over the Additional Entities' bank accounts," may establish a CRO deposit / checking account at a bank of its choosing, and deposit (by way of endorsement) any and all checks written to any of the Additional Entities listed on Exhibit A to the Motion.

3.      The CRO will account for each deposit on his monthly reports.

4.      The Court reserves jurisdiction to enter further relief regarding the CRO's authority, the Motion, or this Order.

*Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.*