ORDERED.

**Dated: June 30, 2025**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Case No. 8:24-bk-00676-RCT
Chapter 11

Debtor.

---

MICHAEL GOLDBERG, as Chapter 11 Trustee of the estate of Debtor, The Center for Special Needs Trust Administration, Inc.

Adv. No. 8:24-ap-00139-RCT

Plaintiff,

v.

BOSTON FINANCE GROUP, LLC, a Florida limited liability company and LEO J. GOVONI, an individual,

Defendants.

---

**CONSENT FINAL JUDGMENT AS TO COUNT IV**

THIS PROCEEDING is before the Court upon the Complaint of Michael Goldberg, the Chapter 11 Trustee of the Debtor ("Chapter 11 Trustee"), for turnover of estate property that was transferred to

Defendant, Boston Finance Group LLC ("Defendant"), as both an initial and subsequent transferee. Upon the stipulation of the Chapter 11 Trustee and the Defendant, it is

**ORDERED, ADJUDGED, AND DECREED:**

1. As the Court already ruled (Doc. 52), Plaintiff, Michael Goldberg, as the Chapter 11 Trustee of the estate of The Center for Special Needs Trust Administration, Inc., shall recover from the Defendant, Boston Finance Group, LLC, $120,324,391.07, with interest accruing at the statutory rate, for which let execution issue.

2. The last known addresses of the Judgment Debtor is:

Boston Finance Group, LLC
12707 49th St. N. Suite 900,
Clearwater, FL 33762.

3. Further, Defendant agrees to, and the Court hereby imposes, a constructive trust on all of the Defendant's real and personal property, anywhere located, dating back to June 1, 2009, in favor of the estate of Debtor, The Center for Special Needs Trust Administration, Inc., which is the first date that the Defendant began to acquire the property absconded from the Debtor.

4. Plaintiff's address is:

Michael Goldberg, as Chapter 11 Trustee of the estate of
Debtor, The Center for Special Needs Trust Administration, Inc.
c/o Akerman LLP
201 East Las Olas Boulevard, Suite 1800,
Fort Lauderdale, FL 33301

5. The Court retains jurisdiction to enter further orders that are proper and to enforce this Judgment.

**CONSENT**

Plaintiff Michael Goldberg, the Chapter 11 Trustee of the Debtor, and Defendant Big Storm Real Estate LLC, hereby consent to entry of the foregoing Consent Final Judgment.

Michael Goldberg, as the Chapter 11 Trustee of the estate of The Center for Special Needs Trust Administration, Inc.

By: */s/ Michael I. Goldberg*

*Michael I. Goldberg,*
*Plaintiff and Chapter 11 Trustee*

Boston Finance Group, LLC

By: */s/ William A. Long, Jr.*

*CRO for Defendant*

Copies to:

Steven R. Wirth, Esq.
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602

Boston Finance Group, LLC
12707 49th St. N. Suite 900
Clearwater, FL 33762

Clerk's Office to serve.