# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-bk-00676-RCT

IN RE:

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,

Debtor.
_____

ADV. PRO.:8:24-ap-00139-RCT

MICHAEL GOLDBERG, as Chapter 11
Trustee of the estate of Debtor,
The Center for Special Needs
Trust Administration, Inc.,

Plaintiff,
vs.

BOSTON FINANCE GROUP, LLC,
LEO J. GOVONI,

Defendants.
_____

JUNE 12, 2025

TRANSCRIPT OF PROCEEDINGS

BEFORE HONORABLE ROBERTA A. COLTON
UNITED STATES BANKRUPTCY JUDGE

SAM M. GIBBONS UNITED STATES COURTHOUSE
801 NORTH FLORIDA AVENUE
TAMPA, FLORIDA

Proceedings recorded by electronic sound recording
Transcript provided by ACCREDITED COURT REPORTERS
acreporters@embarqmail.com
(407) 443-9289

2

A P P E A R A N C E S:

JOHN L. DICKS, II, ESQUIRE - via Zoom
STEVEN R. WIRTH, ESQUIRE - via Zoom
Akerman LLP
401 East Jackson Street
Suite 1700
Tampa, Florida
     Appearing on behalf of Chapter 11 Trustee
     Michael Goldberg, Plaintiff

BUDDY D. FORD, ESQUIRE
HEATHER REEL, ESQUIRE
Ford & Semach, P.A.
9301 West Hillsborough Avenue
Tampa, Florida
     Appearing on behalf of Leo J. Govoni,
     Defendant

MEGAN WILSON MURRAY, ESQUIRE
Underwood Murray P.A.
100 North Tampa Street
Suite 2325
Tampa, Florida
     Appearing on behalf of Official Committee of
     Unsecured Creditors

ERIK JOHANSON, ESQUIRE - via Zoom
Erik Johanson PLLC
3414 West Bay to Bay Boulevard
Suite 300
Tampa, Florida
     Appearing on behalf of John Witeck


ALSO PRESENT:

LEO J. GOVONI, DEFENDANT
MICHAEL GOLDBERG, TRUSTEE - via Zoom Listen Only

3

I N D E X

PROCEEDINGS BEFORE JUDGE COLTON:                    4

1) Continued Motion for Order to Show Cause

2) Continued Emergency Motion for Sanctions

3) Preliminary Hearing on Expedited Motion to
   Clarify William A. Long Jr. and Nperspective
   Advisory Services, LLC's Role as Restructuring
   Advisor and Chief Restructuring Officer



CERTIFICATE OF REPORTER:                           34

WORD INDEX:                                         35

4

1          TAMPA, FLORIDA, JUNE 12, 2025, 10:00 A.M.

2                    P R O C E E D I N G S

3          COURTROOM DEPUTY: All rise.

4          The United States Bankruptcy Court for the

5     Middle District of Florida is back in session.  The

6     Honorable Roberta A. Colton presiding.

7          THE COURT: Good morning everyone.  Please be

8     seated.

9          COURTROOM DEPUTY: Calling cases from the

10    Court's 10:00 o'clock calendar.  The Center for Special

11    Needs Trust, Adversary 24-139.

12          The Court will take appearances.  All

13    interested parties, please come forward and enter your

14    appearance.

15          MR. FORD: Good morning, Judge.  Buddy Ford and

16    Heather Reel on behalf of Leo Govoni, and who is also

17    present in the courtroom.

18          THE COURT: Good morning.

19          MS. MURRAY: Good morning, Your Honor.  Megan

20    Murray on behalf of the Official Committee of Unsecured

21    Creditors.

22          THE COURT: Good morning.

23          COURTROOM DEPUTY: And counsel on Zoom.  Mr.

24    Dicks?

25          MR. DICKS: Good morning, Your Honor.  Good

5

1    morning, Your Honor, John Dicks.  And my video has been

2    disabled by the host.  So here's my voice.

3                I want to say I'm sorry, Your Honor, that I

4    can't be there, but as I stated at the last hearing when

5    this was set, I had a prior commitment in another state.

6    I understand the courtroom's full, and I'm sorry I

7    couldn't be there for that.

8                My colleague, Steve Wirth, is also on, I

9    believe listening only, and my client, Michael Goldberg,

10   the Chapter 11 Trustee, is also on.  I believe he's

11   listening as well.

12               THE COURT: Very good.

13               COURTROOM DEPUTY: Mr. Johanson?

14               MR. JOHANSON: Good morning.  Erik Johanson on

15   behalf of John Witek.  Just observing today.

16               THE COURT: Very good.  Thank you.

17               COURTROOM DEPUTY: Do we have any other

18   appearances by counsel to make an appearance on Zoom?

19   Those are the appearances, Judge.

20               THE COURT: All right.  This is a continuation

21   of the order to show cause that the Court entered in

22   order to obtain documents and to seek the enforcement of

23   two prior orders that I had entered back in March.

24   During the course of these proceedings, we have had

25   several hearings, made some progress.  So let me hear

6

1  from Mr. Dicks from the Trustee's perspective where do

2  things stand today.

3         MR. DICKS: Yes, Your Honor.  Thank you.  A

4  couple of housekeeping items at the outset.

5         We have filed our fee application related to

6  the contempt proceedings.  Ms. Murray has done the same.

7  Mr. Long and Mr. Rizack have all filed those things.

8         THE COURT: Yes, I have all of those documents.

9         MR. DICKS: Very well, Your Honor.

10         I also filed I believe two days ago five

11  exhibits that -- Exhibits 18 through 22, just picking up

12  with the numbering from the proceedings that we've

13  already had with respect to this order to show cause.  I

14  would like to admit those into evidence.  I may refer to

15  one of them, but I thought that they were -- they're the

16  fact information sheets that have been submitted, the

17  forms that Mr. Govoni has been submitted, I thought that

18  they ought to be in the record.  And if there's no

19  objection from Mr. Ford, I'd like to admit those.

20         THE COURT: Mr. Ford.

21         MR. FORD: No objection, Your Honor.

22         THE COURT: Very good.  Then the Court will

23  admit those exhibits.  They're on file and they've been

24  uploaded on the Court's record.

25         MR. DICKS: Thank you, Your Honor.

1      Now, I'd like to sort of briefly highlight

2  where we -- where I think we are, and then explain why I

3  think it matters.  I can't -- I'll be as brief as I can.

4      At the last hearing, Your Honor, you

5  specifically instructed Mr. Govoni to produce a few

6  documents, kinds of documents.  They were fact

7  information sheets for both of the entities, tax returns

8  for both of the entities, insurance-related documents,

9  bank account statements from a Chase Bank account, emails

10  from Mr. Govoni, because we spent some time during that

11  last hearing talking about, wire instructions that we

12  believe had been submitted by Mr. Govoni to the closing

13  agents with respect to proceeds from sales, and then the

14  last piece of information that Your Honor asked Mr.

15  Govoni to provide was, and I'll hold up a copy of it, but

16  it's this colorful spreadsheet.  Maybe -- it's this

17  colorful spreadsheet that the Court had instructed Mr.

18  Govoni to fill in, where did the proceeds go from these

19  sales.

20      As we sit here today, Your Honor, the low

21  hanging -- we'll start with the low handing fruit.  The

22  spreadsheet has not been filled out.  We have no

23  information, no more information today than we did at the

24  last hearing about where the proceeds from these sales --

25  and again, we're talking specifically about sales that

1   have occurred within the four years prior to The Center

2   bankruptcy being filed, and including several sales that

3   have occurred after The Center bankruptcy was filed -- we

4   have no more information today than we did at that prior

5   hearing, and this spreadsheet hasn't been filled out.

6           With respect to the fact information sheets,

7   Your Honor, I've filed those.  They're now exhibits to

8   this proceeding, so the Court can review them, but I will

9   characterize them as not moving the needle very much.

10          We did get a fact information sheet from Boston

11  Finance Group, which hadn't been done up until two days

12  ago.  We got a revised fact information sheet from Mr.

13  Govoni.  But there are significant issues, even with the

14  ones that have been submitted to us today.  Significant

15  known issues, right, and part of the problem with this

16  entire proceeding is we can only bring to the Court the

17  issues that we know about because we can find them from

18  other sources.  We can't bring to the Court the issues we

19  don't know about, and that's what the lack of

20  transparency has.  That's the situation of the lack of

21  transparency has put us in.

22          With respect to tax returns, Mr. Govoni did

23  produce his personal tax returns from '23 and '24, but we

24  still don't have Boston Finance Group from '23 and '24.

25          Mr. Govoni did produce insurance documents

1  related to certain claims for him personally at his

2  house, but he didn't produce any insurance documents

3  related to a claim that he had mentioned when he

4  testified under oath several weeks ago with the Big Storm

5  real estate entity.  He said that that information was in

6  the hands of the senior lien holder, but he hasn't

7  produced any of that information.

8       He did produce some Chase Bank statements, but

9  we're still missing the bulk of 2024.  He produced

10 December '24 to present, but we're still missing the bulk

11 of 2024 and those would be significant because, again,

12 we're still trying to find out where the proceeds from

13 these sales have gone.

14      THE COURT: Are these bank statements --

15      MR. DICKS: Now we received --

16      THE COURT: -- for the entities or for him

17 individually, Mr. Dicks?

18      MR. DICKS: I believe they're for him

19 individually, Your Honor.  These are the -- he, on his

20 fact information sheet, he described the only bank

21 account he described was a Chase Bank account, and so

22 this would be for his personal account.

23      We've received no emails, not a single email.

24 No text messages.  Those weren't specifically ordered by

25 the Court at the last hearing, but we've received no test

1    messages either.  And again, the spreadsheet we haven't

2    seen.

3            In addition, the things that we have been

4    seeking from the very beginning, one of the things is

5    that Mr. Govoni agreed to give us a long time ago were

6    accountings for the operating entities, Big Storm

7    entities, Boston Asset Management, Global Litigation

8    Consultants, promised us the accountings.  In fact, that

9    was an offer, that was an offer from his counsel that we

10   didn't even request, promised us the accountings.  We've

11   never seen the accountings.

12           We've also been asking for Boston Asset

13   Management client lists.  Never received that

14   information.  It should be easily obtainable from his own

15   brother who was running Boston Asset Management, Mark

16   Govoni.  But there's no indication that he served a

17   subpoena, that he's even asked Mark Govoni to give us the

18   client lists.

19           Again, no emails.  And that's important because

20   there is a trial exhibit, Your Honor, that we've already

21   discussed at length here, and that is Trial Exhibit

22   Number 14.  And within Trial Exhibit Number 14, there are

23   notes from a closing agent saying that he or she received

24   wire instructions from Mr. Govoni, and so we believe that

25   there ought to be a record of the wire instructions that

11

1    were sent to the title -- to the closing agent.  We

2    haven't received any of that.

3            And, I also filed, Your Honor, as part of the

4    new exhibits, Exhibit 20.  Exhibit 20, Your Honor, is a

5    chart of Mr. Govoni's ownership in certain limited

6    liability companies and corporations that Mr. Govoni's

7    filled out, and we've talked ad nauseam about this chart.

8    At first, there was resistance to doing it, and then Mr.

9    Govoni made an attempt.  It's already been filed with the

10   Court once, a prior version of it.  We've talked about

11   inconsistencies with that document.  I've worked with

12   counsel, with Mr. Govoni's counsel to try to clear up

13   some of those inconsistencies, but Mr. Govoni's doubled

14   down on some of the most important representations in

15   that document.

16           There are significant, significant to this

17   case, significant inconsistencies with respect to three

18   entities that I want to point out, four entities that I

19   want to point out to the Court.  One is an entity called

20   Artspace Properties LLC.  And if the Court were to refer

21   back to the colorful chart, Artspace Properties has sold

22   approximately twelve properties since The Center

23   bankruptcy case was filed.

24           So since February 24, Artspace Properties has

25   sold approximately twelve, still owns approximately six,

12

1  and owns a house in which Mr. Govoni's close personal

2  friend, a woman named Beth Sauer, lives without paying

3  any rent.  Artspace Properties owns the house and Ms.

4  Sauer lives there.

5          Your Honor, if you look at Trial Exhibit 18,

6  which was just uploaded, it is a resolution of Artspace

7  Properties LLC that was executed by Mr. Govoni in

8  September of '24.  September 9th, '24 to be exact.  That

9  resolution, Your Honor, was executed by Mr. Govoni so

10  that he could sell eight properties in Kentucky and take

11  the proceeds and never tell us where the proceeds went.

12  That resolution executed by Mr. Govoni specifically says

13  that Leo J. Govoni is the sole member of Artspace

14  Properties LLC.  In other words, in Mr. Govoni's own

15  words, signed document by him to facilitate a transaction

16  that is a fraudulent transfer, Mr. Govoni represented

17  that he owned one hundred percent of Artspace Properties

18  LLC, but in the chart that he's filled out, he says that

19  Beth Sauer owns forty percent of that entity.

20          Now there's three ways to look at this, Your

21  Honor.  One is that he's not telling the truth in the

22  chart, or he's not telling the truth in the resolution.

23  One of the ways you can interpret this is that between

24  September 9th, 2024 and today, Mr. Govoni gave Ms. Sauer

25  forty percent of the company.  That would be a fraudulent

13

1  transfer, and we would need records of that to pursue Ms.

2  Sauer for that equity interest.

3         THE COURT: So let me -- let me just stop you

4  there, Mr. Dicks because --

5         MR. DICKS: Yes, Your Honor.

6         THE COURT: -- I'm thinking about the effect of

7  the order that I entered on June 3rd.

8         MR. DICKS: Okay.

9         THE COURT: And at this point, the Trustee owns

10  a hundred percent of Artspace, isn't --

11         MR. DICKS: Well, what we did, Your Honor, was

12  we were careful to word that as --

13         THE COURT: Or whatever interest Mr. Govoni has.

14         MR. DICKS: Exactly.

15         THE COURT: Okay.

16         MR. DICKS: That's the key.  We were careful to

17  word that in that way so that we didn't -- you know, we

18  need to clear up this issue, certainly.

19         THE COURT: Um-hum.

20         MR. DICKS: Mr. Govoni did transfer all that he

21  owns, but the question is now whether it's a hundred

22  percent or sixty percent.

23         If Mr. Govoni between September and today has

24  given Ms. Sauer forty percent of Artspace, that forty

25  percent would have come from Mr. Govoni and gone to Ms.

14

1    Sauer, and he would have had to put on his fact

2    information sheet where it asks, have you given anything

3    to anyone within the past year, he would have had to

4    indicate that there.  He didn't.

5            So this is a small example of the frustration

6    that Mr. Govoni has created.  Perhaps it's intentional,

7    perhaps it's not, but at the end of the day, it doesn't

8    really matter.  It's frustrating the purposes of the

9    Chapter 11 Trustee discovery, the Court's job in finding

10   these facts and enforcing its own orders, including the

11   order of June 3rd.  And it's all shrouded in incomplete

12   or deliberately misinforming everyone.

13           But, with respect to Artspace, again, it's a

14   significant issue because it's not only the million-ish

15   dollars that we don't know where they are from sales that

16   have happened that we can't trace the proceeds, but it's

17   also the control of the existing real estate, including

18   the house that Beth Sauer lives in, that there's a motion

19   pending before Your Honor.  We would like to sell the

20   house.  She's refusing to cooperate.  She refuses to give

21   the broker access to the premises.  She refuses to

22   cooperate with the sale.

23           THE COURT: But that's -- that's a different

24   issue --

25           MR. DICKS: We need to get to the --

1          THE COURT: -- than what I have before me today,

2     Mr. Dicks.

3          MR. DICKS: Understood.

4          THE COURT: And I fully anticipate that in the

5     enforcement of this hundred and twenty million dollar

6     judgment that there are going to be many, many issues and

7     probably many, many supplementary proceedings that

8     involve --

9          MR. DICKS: Understood.

10         THE COURT: -- third parties.  But here, I'm

11    just -- we're at the preliminary stage and I appreciate

12    the difficulty that the Trustee has had in just getting

13    the basic information necessary to find those causes of

14    action.  And it sounds to me like you're starting to find

15    those causes of action, at least some of them at this

16    point.  Is that a fair --

17         MR. DICKS: Correct, Your Honor.  It's a -- it's

18    a fair statement.  I guess the point that I was trying to

19    make was this proceeding matters because of the

20    obfuscation of those --

21         THE COURT: I agree.

22         MR. DICKS: -- those --

23         THE COURT: And this, we've taken this

24    proceeding very seriously, and I want to do what we can

25    to help the Trustee get the documents that he needs in

1  order to find these causes of action, and then those will

2  obviously spin off into other proceedings that I'm sure

3  that will be all here to deal with.

4       MR. DICKS: Understood, Your Honor.  So I will

5  -- I will heed that and briefly finish, conclude here.

6       There are three other entities, Your Honor,

7  that we believe have been purposefully obfuscated.

8  That's Broadleaf Warner.  It owns a farm that Mr. Govoni

9  has.  He owns a hundred percent of the entity.  It's --

10  it's not -- there's no question about it, but on his

11  chart he says his brother owns that entity.

12       Broadleaf North, there's no question that Mr.

13  Govoni owns thirty-three percent and is a controlling

14  member of that, the managing member of that entity.  It

15  owns a commercial office building in New Hampshire.  He

16  says that his brother owns that entity.

17       BFG Columbus Holdings owns the majority of a

18  strip mall in Columbus.  Mr. Govoni says, I don't own

19  that.  These are all things that are obfuscated and that

20  matter on this chart.  They're not defunct entities.

21  They are actually entities with assets.  Your Honor --

22       THE COURT: With respect to all three of those

23  entities, my order of June 3rd directed that the Trustee

24  now owns whatever Mr. Govoni owns in those entities.

25       MR. DICKS: Correct, Your Honor.  And so the

1   interesting thing about that is June 3rd you enter an

2   order that says the Chapter 11 Trustee owns that entity.

3   June 11th or 10th, or whenever this chart came out, Mr.

4   Govoni says, no, no, no, no, no, that entity, those

5   interests, they belong to my brother.  They belong to

6   this other person.  And that's why it matters.  So --

7           THE COURT: No, and I agree, but I'm not here

8   enforcing my June 3rd order at this point.

9           MR. DICKS: Correct, Your Honor.  But you are

10  enforcing a series of orders and a series of, they go

11  back to September where we've been asking for this

12  information and --

13          THE COURT: I agree.  I agree.  But two orders

14  in specific were the subject of my order to show cause.

15          MR. DICKS: Yes, correct.  Yes.

16          The last point I would like to make, Your

17  Honor, is about bank accounts.  On the fact information

18  sheet, there is an interest in a Chase Bank account

19  that's disclosed.  There's no mention of a Bank of

20  America bank account.

21          In the production for Mr. Govoni, he produced

22  Bank of America bank statements that indicate a joint

23  account with he and his wife.  It's not on the fact

24  information sheet, but we'll look past that for a moment.

25  In those joint bank accounts with he and his wife, they

18

1  stop in June of 2024, the statements, and there are two

2  bank accounts, 6027 and 1421.  They stop in June of 2024.

3  And the moment that those statements stop, there's

4  $260,000 in those accounts between the two of them; 170

5  in one and 90 in the other.  So we asked counsel, we

6  asked Mr. Govoni's counsel, why did the statements stop?

7  And their answer is because Mr. Govoni and his wife

8  changed the ownership of those accounts to the wife only

9  and did it in June of 2024.

10      If that's -- if that's what actually happened,

11  then that should have been disclosed on the fact

12  information sheet, certainly, because he would have given

13  her $260,000 in the -- within the last 12 months.  But

14  then what happens, Your Honor, is they said, Mr. Govoni's

15  counsel said, okay, and this all happened within the last

16  48 hours, we said we would like to have those statements.

17  So they gave them to us, and they gave them to us two

18  days after the accounts were changed, the ownership of

19  the accounts was changed from Mr. and Mrs. Govoni jointly

20  to Mrs. Govoni personally.

21      There were a hundred and fifteen thousand

22  dollars taken out of one of the accounts and sent to two

23  other Bank of America accounts.  Why is this significant,

24  Your Honor?  Because when Mr. Govoni was on the stand a

25  month ago and I asked him if he had any accounts at Bank

19

1  of America, he said no.  Clearly, that was not correct.

2  Clearly, he did have an account at Bank of America.  He

3  had a joint account with his wife.  He retitled it into

4  his wife's name only so that he could hide those assets

5  from everybody, and then she did God knows what with it,

6  transferring them to other accounts that we still don't

7  have records for.  This is -- this is incredibly

8  significant.

9       We asked -- we asked Mr. Govoni, do you have

10  accounts at the Bank of America? He said no.  Do you have

11  accounts at Fidelity?  He said no.  He's just produced

12  now some bank statements from Fidelity.  He says it's a

13  401(k).  It's not.  It's not titled that way.

14       We asked about accounts at Bank of the Ozarks

15  or Bank OZK.  He said no.  Now we have some statements.

16       We are still no better off today than we were

17  last week, last month.  We still don't have a complete

18  picture.  We still don't have the information that we're

19  entitled to.  We still don't have the information that

20  the Court has required him to produce.

21       In some cases, like the chart with the sale

22  proceeds, there's nothing.  In other cases, there's

23  incomplete information that only raises additional

24  concerns, and I think, Your Honor, we're at the point now

25  where Mr. Govoni has been given enough chances.  We've

1   been -- this is the fourth proceeding before the Court.

2   He's been given enough chances.  I think it's time to

3   withdraw the reference and send it to the district court.

4            THE COURT: Okay.  Thank you.  Mr. Ford.

5            MR. FORD: Yes, Judge.  Thank you.

6            Judge, we have provided hundreds of documents,

7   bank accounts, to the Trustee.  We've provided the

8   supplemental information.

9            I can -- I can say that this American Momentum

10  Bank account, we've still got subpoenas out for that.  I

11  know -- I know that counsel has subpoenas out as well,

12  and we've discussed whether he has received American

13  Momentum Bank accounts, and we haven't received them yet.

14  And I was told yesterday that they had not received them

15  yet.  The American Momentum Bank accounts is where the

16  sale proceeds of these -- the entities went into, and

17  once we get those, we explained to counsel that we would

18  be able to track where those monies went.

19           As a -- just as a general proposition of where

20  the monies went, they went to pay bills of the other

21  entities.  For example, the properties that were sold in

22  Kentucky, I think there was eight properties, Mr. Govoni

23  says upon his best, his recollection, there was the

24  attorney that handled the closing.  There's a hundred and

25  twenty to a hundred and twenty-nine thousand dollars that

21

1    came from those closings, but that also went into

2    American Momentum.  As soon as we get the bank account

3    statements from American Momentum, we will be able to

4    track exactly where those proceeds went to.

5             THE COURT: Weren't there closing statements?

6             MR. FORD: Your Honor --

7             THE COURT: Or wiring instructions?

8             MR. FORD: -- I have not been able to get the

9    closing statements.  I know that they're -- there were,

10   but I have not been able to get those.  I've issued

11   subpoenas to the attorney and just haven't received them.

12   Those -- those subpoenas are still -- are still out.

13            With regards to what's happened, we've given

14   every inch, all the interests, pursuant to your order, of

15   Mr. Govoni's interest in all of the entities that now

16   belong to the Trustee.  Mr. Govoni signed the contract to

17   sell his interest in the main property, which is known as

18   Stowe Mountain LLC.  He signed that, I think, a couple of

19   days ago.  So Mr. Govoni is trying to cooperate to the

20   extent that he has the information, and I can say he's

21   worked very diligently with my office to try to get all

22   the information to the Trustee.  We just haven't gotten

23   the American Momentum Bank statements yet or the closing

24   statements.  We do have subpoenas out for those.

25            THE COURT: When are those subpoenas due or

22

1  response?  I thought I had scheduled this after the

2  return date.

3          MR. FORD: You did, and we still -- we're going

4  to have to file a motion to compel on those, on those

5  production on those subpoenas.

6          THE COURT: So there's been no response from --

7          MR. FORD: There's been no response, Judge.

8          THE COURT: Okay.

9          MR. FORD: But Mr. Govoni has provided numerous

10 documents, hundred and hundreds of pages of documents to

11 the Trustee, and we will continue to do so.

12         THE COURT: Okay.  Anything else?

13         MR. FORD: No, Judge.

14         THE COURT: All right.  Ms. Murray, did you have

15 any comments to make?

16         MS. MURRAY: Thank you, Your Honor.

17         I should have noted when I did make an

18 appearance that we do have committee members in the

19 courtroom and also on Zoom.  Forgive me for that.

20         I's also like to note just a couple of things

21 going back to why we are here in the first place.  These

22 victims, the creditors that are waiting for recovery, are

23 concerned about the delay, and we've heard today that the

24 spreadsheets that have not been filled out would show at

25 some point over six million dollars which would help the

23

1 victims.  And given the delays in obtaining the

2 information and the immense cost that it has cost the

3 estate in trying to get this information, the committee

4 would request that the Court withdraw the reference as

5 well and do anything it can to help expedite recovery of

6 the information that would help expedite recovery to the

7 victims.

8 THE COURT: Let me ask you and Mr. Dicks a

9 question.  As I indicated, we're not here today enforcing

10 my order of June 3rd and now technically the Trustee

11 controls the information of all of those entities, not

12 Mr. Govoni.  Is that a fair assumption that I'm making

13 here?  I mean --

14 MR. DICKS: It is fair, Your Honor, and I would

15 say that with respect to some of the bank statements, not

16 the ones that we're asking about, but with respect to

17 some of them, actually the CRO, Bill Long, has been able

18 to obtain some information that we've needed.  Not the

19 information we're talking about today, but some of the

20 information we've needed.

21 THE COURT: So any bank statements or any

22 documents belonging to any of the numerous corporate

23 entities that the Trustee now controls, the Trustee

24 should be able to just ask the documents, ask for those,

25 and if you need --

24

1              MR. DICKS: Yes.

2              THE COURT: -- assistance from the Court in

3    getting that, you certainly know how to apply to that.

4              MR. DICKS: Yes, Your Honor, that's exactly

5    right.  And in fact, there's also another motion set for

6    hearing today --

7              THE COURT: Right.

8              MR. DICKS: -- which sort of dovetails with

9    that.  But you're absolutely right.  But what we're

10   talking about with respect to the bank statements I

11   mentioned today is Mr. Govoni personally.

12             THE COURT: Right.  So the bank statements, as I

13   understand it, for Chase, have they all been provided?

14             MR. DICKS: I don't believe so, Your Honor.

15   We've received December '24 to present, but not the 2024

16   time frame, which is when the bulk of the sales occurred.

17             THE COURT: And the bank statements that you've

18   referenced that you have received from Bank of -- the

19   Bank of America accounts, those are for Mr. Govoni

20   personally?

21             MR. DICKS: Yes.  Well, what I would say is we

22   have received statements from two accounts that were

23   Govoni and his wife jointly.  But the statements that we

24   received last night raised questions about the existence

25   of two new accounts at Bank of America that we didn't

25

1  know about before, and so we haven't received those

2  because we didn't know about them.

3           THE COURT: And am I correct that as of today,

4  at least, you have not done a deposition in aid of

5  execution of Mr. Govoni?

6           MR. DICKS: That is correct.

7           THE COURT: Is there any reason?

8           MR. DICKS: We wanted the documents first and

9  then we got into this extended, protracted proceeding

10 where we were getting a trickle of information and there

11 was testimony in court, all of that.  It just hasn't made

12 sense yet.

13          THE COURT: Okay.  I'm just a little puzzled

14 because at this point you basically have the assets that

15 you needed the documents to recover.  That's why I'm

16 struggling here.

17          MR. DICKS: We do, Your Honor.  Although, I

18 would -- we have some of the assets.

19          THE COURT: You have control of every known

20 entity -- every entity that's known to the Trustee that

21 Mr. Govoni had an interest in, is that --

22          MR. DICKS: That's the -- that's part of the

23 problem.  We have interest in every -- we have -- we have

24 control of every interest that's known about.  But

25 there's two additional problems.  One is the entities we

26

1  don't know about, interests we don't know about, bank

2  accounts we don't know about, et cetera, et cetera, et

3  cetera, and then the other is the extent to which --

4          THE COURT: What can I really do about them?

5          MR. DICKS: Well --

6          THE COURT: I mean, what can the district court

7  do about that?  I mean, if it's not known.

8          MR. DICKS: It's not known to us, but it's known

9  to Mr. Govoni, and he just produced last night a bank

10 statement that indicates that there are bank accounts,

11 specifically 6399 and 6409 at Bank of America, where he

12 and his wife are transferring money, and we've never

13 seen, we didn't know about those accounts until last

14 night.

15         THE COURT: Okay.

16         MR. DICKS: But Mr. Govoni did.  And then the

17 other issue I suppose is related to the June 3rd order,

18 but it does relate to this one as well, and it's the idea

19 that he's given us the interest but at the same time he's

20 attempting to give interest to other people it looks like

21 based on this chart.

22         THE COURT: And I appreciate that, that that's a

23 problem.

24         MR. DICKS: Right.

25         THE COURT: And that's something that the

27

1  Trustee is going to have to pursue, but now you have the

2  information --

3          MR. DICKS: Right.

4          THE COURT: -- to do that I guess is what --

5          MR. DICKS: Correct.  Sure.

6          THE COURT: And what we're trying to accomplish

7  here is to give you the tools necessary to pursue those

8  causes of action.

9          MR. DICKS: Correct.  That's fair.

10          THE COURT: Okay.  Mr. Ford, I had a couple of

11  questions --

12          MR. FORD: Yes, Judge.

13          THE COURT: -- before we got a little

14  sidetracked.  What happened with the chart?  I do have

15  the chart, too.

16          MR. FORD: Yes, Judge.  That, the key to filling

17  out the information for that chart is for the American

18  Momentum Bank accounts.  And we were -- as soon as we get

19  those, Mr. Govoni will sit down with my office and try to

20  track each and every one of the -- of the transactions

21  that the Trustee is concerned about.  Believe me, we

22  understand that that is a vital interest and we are going

23  to be pursuing that.  We are still going to continue to

24  provide the information once we get it.

25          THE COURT: Okay.

1          MR. FORD: Your Honor, with regards to these

2     bank accounts with Chase, as far as I know, they have all

3     of the Chase Bank statements that we have.

4          With regards to the Bank of America, they did

5     have -- Mr. Govoni did have a joint account with his

6     wife.  She removed him from the account I think in June

7     or July of 2024.  And, and they -- Mr. Wirth asked me, he

8     wants -- he wanted her bank accounts, her statements

9     after 2024, after he was removed, and we provided those

10    yesterday.

11          It's my understanding that the transactions

12    that were the hundred and fifteen thousand dollars that

13    was -- went out of that bank account went to the wife had

14    after -- in 2025, she gave fifty thousand dollars to her

15    son and fifty thousand dollars to her daughter, and I

16    don't now if that was an educational account or how it

17    was set up, but that did go -- go out.  And we'll provide

18    the information to them, but that did go out to -- that's

19    where those monies went.  But this was -- but this was

20    from the wife of Mr. Govoni.

21          THE COURT: So, in looking at the statement that

22    Mr. Govoni provided, I guess technically the Bank of

23    America account was not in his name at the time --

24          MR. FORD: That's is correct.

25          THE COURT: -- that he filled it out.

1          MR. FORD: That is correct.

2          THE COURT: But as Mr. Dicks pointed out, any

3    gifts or transfers were not -- also not disclosed.  Is

4    that also accurate?

5          MR. FORD: If he was, I guess, technically, the

6    fact that that the wife removed him from the account,

7    that should have been noted either as a footnote or

8    disclosed on the fact information sheet.  Yes, it should

9    have.

10         THE COURT: All right.  Anything else, Mr. Ford?

11         MR. FORD: No, Judge.

12         THE COURT: Okay.  I have a few things that I

13   need to review, including some of the documents that Mr.

14   Dicks referenced at the beginning of his presentation.

15   I'm going to take this matter under advisement, and I'll

16   issue an order in due course.

17         We have one other matter on the docket this

18   morning, and that was Mr. Wirth's motion for

19   clarification.  Mr. Wirth, are you still there, or Mr.

20   Dicks, are you going to present that?

21         MR. DICKS: I can handle it, Your Honor.

22         THE COURT: Okay.

23         MR. DICKS: I can handle it.  On the -- may I

24   say one more thing, one minor point --

25         THE COURT: Sure.

1          MR. DICKS: -- about the prior?   American

2     Momentum Bank, we served a subpoena on them and Mr.

3     Ford's office was part of that process.  That was May 8th

4     and we have received all of the documents that there are

5     to have from American Momentum Bank, and so certainly he

6     could have copies of those, but I don't know that any

7     copies have been requested.  So we'll make sure that that

8     happens.  But American Momentum Bank shouldn't be an

9     issue going forward.

10          THE COURT: Okay.  And I assume that in the

11     documents that you received from American Momentum Bank

12     those were not sufficient to tell you where the monies

13     were dispersed from the sales?

14          MR. DICKS: Correct.  We can't trace the

15     distribution, the sale proceeds through American Momentum

16     Bank.  We can't do it.

17          THE COURT: So you would need to question Mr.

18     Govoni with those documents.

19          MR. DICKS: Yes, or the threshold issue.  You

20     referenced, Your Honor, the closing statements.

21          THE COURT: Um-hum.

22          MR. DICKS: Great question.  It should be on the

23     closing statements.  The closing statements reflect wires

24     out, but they don't show where.  The records from the --

25          THE COURT: So you have the closing statements?

1            MR. DICKS: We do have the closing statements.

2            THE COURT: Okay.

3            MR. DICKS: Yes.  So we have -- we subpoenaed

4     the closing statements from the closing agents.  We've

5     got those.  We've got all of the paperwork, but what's

6     not in there is the wire instructions.  So we can't

7     figure out where that money -- we know it went out.  We

8     just don't know where it went.  But there are references

9     in that material that instructions were provided by Mr.

10    Govoni to the closing agent, and so that's what we're

11    after.  It's a discrete universe of information.

12           THE COURT: All right.  Mr. Ford.

13           MR. FORD: Yes, Your Honor.  It's a little

14    frustrating to me, because I've been trying to get the

15    closing statements and the American Momentum Bank

16    statements.  And it's my understanding Mr. Semach has

17    asked counsel for the -- for that information, and until

18    just now I didn't know that they had them.

19           If we had the closing statements and the

20    American Momentum Bank accounts, we can sit down and do

21    the tracking of the -- of the transactions.  At least

22    that's what Mr. Govoni tells me that that he needs to

23    see.  If the wire transfer came into the American

24    Momentum, then it went out to pay bills of the -- of the

25    other entities.  So it would be very helpful if we -- if

1    we get that information, Judge.

2            THE COURT: Okay.  As I said, I'm going to take

3    this matter under advisement, and I would encourage the

4    parties to continue working together until I enter my

5    final order.

6            MR. DICKS: Very well.

7            THE COURT: On to your second motion, the motion

8    for clarification that you need.

9            MR. DICKS: Yes, Your Honor.  There is -- there

10   is, Mr. Long has been appointed the chief restructuring

11   officer of all of these entities.  He's taken control of

12   the bank accounts.  The order from the Court specifically

13   says that he can do that.  Some banks have interpreted

14   that as allowing Mr. Long to take control of the bank

15   account, and some banks say that they would like

16   additional comfort and so that's it's a comfort order.

17           THE COURT: Okay.  And I reviewed the order.  Is

18   there any objection?  Any party object?  Very good then.

19   I'll go ahead and grant that motion.  I think you had

20   submitted a form of order with it or Mr. Wirth had.

21           MR. DICKS: There's one attached to the motion,

22   but we can upload it.

23           THE COURT: Why don't you just upload it and

24   we'll get that entered.

25           MR. DICKS: Thank you.

1        THE COURT: All right.  Is there anything else

2   on the docket for this morning?  No?

3        MR. DICKS: Not from us.

4        THE COURT: Very good then.  All right.  We'll

5   be in recess.  As I said, I'll take those matters under

6   advisement.  Thank you all.

7        MR. DICKS: Thank you, Your Honor.

8        MR. FORD: Thank you.

9        COURTROOM DEPUTY: All rise.

10       (Thereupon, the taking of the proceedings was

11   concluded)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

34

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.


*Cynthia D. Vachon*                    July 1, 2025

Cynthia D. Vachon

Notary Public-State of Florida

Commission Expires: 07/24/2026

Commission Number: HH291609

## A

**A.M** 4:1
**able** 20:18 21:3,8,10
  23:17,24
**above-styled** 34:4
**absolutely** 24:9
**access** 14:21
**accomplish** 27:6
**account** 7:9,9 9:21,21
  9:22 17:18,20,23
  19:2,3 20:10 21:2
  28:5,6,13,16,23
  29:6 32:15
**accountings** 10:6,8
  10:10,11
**accounts** 17:17,25
  18:2,4,8,18,19,22
  18:23,25 19:6,10,11
  19:14 20:7,13,15
  24:19,22,25 26:2,10
  26:13 27:18 28:2,8
  31:20 32:12
**ACCREDITED** 1:48
**accurate** 29:4
**acreporters@emba...**
  1:49
**action** 15:14,15 16:1
  27:8
**ad** 11:7
**addition** 10:3
**additional** 19:23
  25:25 32:16
**Administration** 1:10
  1:20
**admit** 6:14,19,23
**ADV** 1:15
**Adversary** 4:11
**advisement** 29:15
  32:3 33:6
**Advisor** 3:12
**Advisory** 3:11
**agent** 10:23 11:1
  31:10
**agents** 7:13 31:4
**ago** 6:10 8:12 9:4
  10:5 18:25 21:19
**agree** 15:21 17:7,13

17:13
**agreed** 10:5
**ahead** 32:19
**aid** 25:4
**Akerman** 2:5
**allowing** 32:14
**America** 17:20,22
  18:23 19:1,2,10
  24:19,25 26:11 28:4
  28:23
**American** 20:9,12,15
  21:2,3,23 27:17
  30:1,5,8,11,15
  31:15,20,23
**answer** 18:7
**anticipate** 15:4
**appearance** 4:14 5:18
  22:18
**appearances** 4:12
  5:18,19
**Appearing** 2:9,17,25
  2:33
**application** 6:5
**apply** 24:3
**appointed** 32:10
**appreciate** 15:11
  26:22
**approximately** 11:22
  11:25,25
**Artspace** 11:20,21,24
  12:3,6,13,17 13:10
  13:24 14:13
**asked** 7:14 10:17
  18:5,6,25 19:9,9,14
  28:7 31:17
**asking** 10:12 17:11
  23:16
**asks** 14:2
**Asset** 10:7,12,15
**assets** 16:21 19:4
  25:14,18
**assistance** 24:2
**assume** 30:10
**assumption** 23:12
**attached** 32:21
**attempt** 11:9
**attempting** 26:20

**attorney** 20:24 21:11
**Avenue** 1:41 2:15

## B

**back** 4:5 5:23 11:21
  17:11 22:21
**bank** 7:9,9 9:8,14,20
  9:21 17:17,18,19,20
  17:22,22,25 18:2,23
  18:25 19:2,10,12,14
  19:15 20:7,10,13,15
  21:2,23 23:15,21
  24:10,12,17,18,19
  24:25 26:1,9,10,11
  27:18 28:2,3,4,8,13
  28:22 30:2,5,8,11
  30:16 31:15,20
  32:12,14
**bankruptcy** 1:1,38
  4:4 8:2,3 11:23
**banks** 32:13,15
**based** 26:21
**basic** 15:13
**basically** 25:14
**Bay** 2:30,30
**beginning** 10:4 29:14
**behalf** 2:9,17,25,33
  4:16,20 5:15
**believe** 5:9,10 6:10
  7:12 9:18 10:24
  16:7 24:14 27:21
**belong** 17:5,5 21:16
**belonging** 23:22
**best** 20:23
**Beth** 12:2,19 14:18
**better** 19:16
**BFG** 16:17
**Big** 9:4 10:6
**Bill** 23:17
**bills** 20:20 31:24
**Boston** 1:25 8:10,24
  10:7,12,15
**Boulevard** 2:30
**brief** 7:3
**briefly** 7:1 16:5
**bring** 8:16,18
**Broadleaf** 16:8,12

**broker** 14:21
**brother** 10:15 16:11
  16:16 17:5
**Buddy** 2:12 4:15
**building** 16:15
**bulk** 9:9,10 24:16

## C

**C** 2:1 4:2 34:1,1
**calendar** 4:10
**called** 11:19
**Calling** 4:9
**can't** 5:4 7:3 8:18
  14:16 30:14,16 31:6
**careful** 13:12,16
**case** 1:5 11:17,23
**cases** 4:9 19:21,22
**cause** 3:5 5:21 6:13
  17:14
**causes** 15:13,15 16:1
  27:8
**Center** 1:9,19 4:10
  8:1,3 11:22
**certain** 9:1 11:5
**certainly** 13:18 18:12
  24:3 30:5
**CERTIFICATE** 3:16
**certify** 34:2
**cetera** 26:2,2,3
**chances** 19:25 20:2
**changed** 18:8,18,19
**Chapter** 1:17 2:9
  5:10 14:9 17:2
**characterize** 8:9
**chart** 11:5,7,21 12:18
  12:22 16:11,20 17:3
  19:21 26:21 27:14
  27:15,17
**Chase** 7:9 9:8,21
  17:18 24:13 28:2,3
**chief** 3:12 32:10
**claim** 9:3
**claims** 9:1
**clarification** 29:19
  32:8
**Clarify** 3:10
**clear** 11:12 13:18

**Clearly** 19:1,2
**client** 5:9 10:13,18
**close** 12:1
**closing** 7:12 10:23
  11:1 20:24 21:5,9
  21:23 30:20,23,23
  30:25 31:1,4,4,10
  31:15,19
**closings** 21:1
**colleague** 5:8
**colorful** 7:16,17
  11:21
**Colton** 1:37 3:3 4:6
**Columbus** 16:17,18
**come** 4:13 13:25
**comfort** 32:16,16
**comments** 22:15
**commercial** 16:15
**Commission** 34:9,10
**commitment** 5:5
**committee** 2:25 4:20
  22:18 23:3
**companies** 11:6
**company** 12:25
**compel** 22:4
**complete** 19:17
**concerned** 22:23
  27:21
**concerns** 19:24
**conclude** 16:5
**concluded** 33:11
**Consultants** 10:8
**contempt** 6:6
**continuation** 5:20
**continue** 22:11 27:23
  32:4
**Continued** 3:5,7
**contract** 21:16
**control** 14:17 25:19
  25:24 32:11,14
**controlling** 16:13
**controls** 23:11,23
**cooperate** 14:20,22
  21:19
**copies** 30:6,7
**copy** 7:15
**corporate** 23:22

**corporations** 11:6
**correct** 15:17 16:25
  17:9,15 19:1 25:3,6
  27:5,9 28:24 29:1
  30:14 34:2
**cost** 23:2,2
**couldn't** 5:7
**counsel** 4:23 5:18
  10:9 11:12,12 18:5
  18:6,15 20:11,17
  31:17
**couple** 6:4 21:18
  22:20 27:10
**course** 5:24 29:16
**court** 1:1,48 4:4,7,12
  4:18,22 5:12,16,20
  5:21 6:8,20,22,22
  7:17 8:8,16,18 9:14
  9:16,25 11:10,19,20
  13:3,6,9,13,15,19
  14:23 15:1,4,10,21
  15:23 16:22 17:7,13
  19:20 20:1,3,4 21:5
  21:7,25 22:6,8,12
  22:14 23:4,8,21
  24:2,2,7,12,17 25:3
  25:7,11,13,19 26:4
  26:6,6,15,22,25
  27:4,6,10,13,25
  28:21,25 29:2,10,12
  29:22,25 30:10,17
  30:21,25 31:2,12
  32:2,7,12,17,23
  33:1,4
**Court's** 4:10 6:24
  14:9
**COURTHOUSE**
  1:40
**courtroom** 4:3,9,17
  4:23 5:13,17 22:19
  33:9
**courtroom's** 5:6
**created** 14:6
**creditors** 2:26 4:21
  22:22
**CRO** 23:17
**Cynthia** 34:7

**D**

**D** 2:12 3:1 4:2 34:7
**date** 22:2
**daughter** 28:15
**day** 14:7
**days** 6:10 8:11 18:18
  21:19
**deal** 16:3
**Debtor** 1:12,18
**December** 9:10 24:15
**Defendant** 2:18,38
**Defendants** 1:28
**defunct** 16:20
**delay** 22:23
**delays** 23:1
**deliberately** 14:12
**deposition** 25:4
**DEPUTY** 4:3,9,23
  5:13,17 33:9
**described** 9:20,21
**Dicks** 2:3 4:24,25 5:1
  6:1,3,9,25 9:15,17
  9:18 13:4,5,8,11,14
  13:16,20 14:25 15:2
  15:3,9,17,22 16:4
  16:25 17:9,15 23:8
  23:14 24:1,4,8,14
  24:21 25:6,8,17,22
  26:5,8,16,24 27:3,5
  27:9 29:2,14,20,21
  29:23 30:1,14,19,22
  31:1,3 32:6,9,21,25
  33:3,7
**didn't** 9:2 10:10
  13:17 14:4 24:25
  25:2 26:13 31:18
**different** 14:23
**difficulty** 15:12
**diligently** 21:21
**directed** 16:23
**disabled** 5:2
**disclosed** 17:19 18:11
  29:3,8
**discovery** 14:9
**discrete** 31:11
**discussed** 10:21
  20:12

**dispersed** 30:13
**distribution** 30:15
**district** 1:2 4:5 20:3
  26:6
**DIVISION** 1:3
**docket** 29:17 33:2
**document** 11:11,15
  12:15
**documents** 5:22 6:8
  7:6,6,8 8:25 9:2
  15:25 20:6 22:10,10
  23:22,24 25:8,15
  29:13 30:4,11,18
**doesn't** 14:7
**doing** 11:8
**dollar** 15:5
**dollars** 14:15 18:22
  20:25 22:25 28:12
  28:14,15
**don't** 8:19,24 14:15
  16:18 19:6,17,18,19
  24:14 26:1,1,2
  28:16 30:6,24 31:8
  32:23
**doubled** 11:13
**dovetails** 24:8
**due** 21:25 29:16

**E**

**E** 2:1,1 3:1 4:2,2 34:1
  34:1
**easily** 10:14
**East** 2:6
**educational** 28:16
**effect** 13:6
**eight** 12:10 20:22
**either** 10:1 29:7
**electronic** 1:47 34:3
**email** 9:23
**emails** 7:9 9:23 10:19
**Emergency** 3:7
**encourage** 32:3
**enforcement** 5:22
  15:5
**enforcing** 14:10 17:8
  17:10 23:9
**enter** 4:13 17:1 32:4

entered 5:21,23 13:7
32:24
entire 8:16
entities 7:7,8 9:16
10:6,7 11:18,18
16:6,20,21,23,24
20:16,21 21:15
23:11,23 25:25
31:25 32:11
entitled 19:19
entity 9:5 11:19
12:19 16:9,11,14,16
17:2,4 25:20,20
equity 13:2
Erik 2:28,29 5:14
ESQUIRE 2:3,4,12
2:13,20,28
estate 1:18 9:5 14:17
23:3
et 26:2,2,2
everybody 19:5
evidence 6:14
exact 12:8
exactly 13:14 21:4
24:4
example 14:5 20:21
executed 12:7,9,12
execution 25:5
exhibit 10:20,21,22
11:4,4 12:5
exhibits 6:11,11,23
8:7 11:4
existence 24:24
existing 14:17
expedite 23:5,6
Expedited 3:9
Expires 34:9
explain 7:2
explained 20:17
extended 25:9
extent 21:20 26:3

**F**

F 34:1
facilitate 12:15
fact 6:16 7:6 8:6,10
8:12 9:20 10:8 14:1

17:17,23 18:11 24:5
29:6,8
facts 14:10
fair 15:16,18 23:12
23:14 27:9
far 28:2
farm 16:8
February 11:24
fee 6:5
Fidelity 19:11,12
fifteen 18:21 28:12
fifty 28:14,15
figure 31:7
file 6:23 22:4
filed 6:5,7,10 8:2,3,7
11:3,9,23
fill 7:18
filled 7:22 8:5 11:7
12:18 22:24 28:25
filling 27:16
final 32:5
Finance 1:25 8:11,24
find 8:17 9:12 15:13
15:14 16:1
finding 14:9
finish 16:5
first 11:8 22:21 25:8
five 6:10
Florida 1:2,41,42 2:8
2:16,24,32 4:1,5
34:8
footnote 29:7
Ford 2:12,14 4:15,15
6:19,20,21 20:4,5
21:6,8 22:3,7,9,13
27:10,12,16 28:1,24
29:1,5,10,11 31:12
31:13 33:8
Ford's 30:3
foregoing 34:2
Forgive 22:19
form 32:20
forms 6:17
forty 12:19,25 13:24
13:24
forward 4:13 30:9
four 8:1 11:18

fourth 20:1
frame 24:16
fraudulent 12:16,25
friend 12:2
fruit 7:21
frustrating 14:8
31:14
frustration 14:5
full 5:6
fully 15:4

**G**

G 4:2
general 20:19
getting 15:12 24:3
25:10
GIBBONS 1:40
gifts 29:3
give 10:5,17 14:20
26:20 27:7
given 13:24 14:2
18:12 19:25 20:2
21:13 23:1 26:19
Global 10:7
go 7:18 17:10 28:17
28:17,18 32:19
God 19:5
going 15:6 22:3,21
27:1,22,23 29:15,20
30:9 32:2
Goldberg 1:17 2:10
2:39 5:9
good 4:7,15,18,19,22
4:25,25 5:12,14,16
6:22 32:18 33:4
gotten 21:22
Govoni 1:26 2:17,38
4:16 6:17 7:5,10,12
7:15,18 8:13,22,25
10:5,16,17,24 11:9
12:7,9,12,13,16,24
13:13,20,23,25 14:6
16:8,13,18,24 17:4
17:21 18:7,19,20,24
19:9,25 20:22 21:16
21:19 22:9 23:12
24:11,19,23 25:5,21

26:9,16 27:19 28:5
28:20,22 30:18
31:10,22
Govoni's 11:5,6,12
11:13 12:1,14 18:6
18:14 21:15
grant 32:19
Great 30:22
Group 1:25 8:11,24
guess 15:18 27:4
28:22 29:5

**H**

hadn't 8:11
Hampshire 16:15
handing 7:21
handle 29:21,23
handled 20:24
hands 9:6
hanging 7:21
happened 14:16
18:10,15 21:13
27:14
happens 18:14 30:8
hasn't 8:5 9:6 25:11
haven't 10:1 11:2
20:13 21:11,22 25:1
he's 5:10 10:17 12:18
12:21,22 19:11 20:2
21:20 26:19,19
32:11
hear 5:25
heard 22:23
hearing 3:9 5:4 7:4
7:11,24 8:5 9:25
24:6
hearings 5:25
Heather 2:13 4:16
heed 16:5
help 15:25 22:25 23:5
23:6
helpful 31:25
here's 5:2
HH291609 34:10
hide 19:4
highlight 7:1
Hillsborough 2:15

**hold** 7:15
**holder** 9:6
**Holdings** 16:17
**Honor** 4:19,25 5:1,3
    6:3,9,21,25 7:4,14
    7:20 8:7 9:19 10:20
    11:3,4 12:5,9,21
    13:5,11 14:19 15:17
    16:4,6,21,25 17:9
    17:17 18:14,24
    19:24 21:6 22:16
    23:14 24:4,14 25:17
    28:1 29:21 30:20
    31:13 32:9 33:7
**Honorable** 1:37 4:6
**host** 5:2
**hours** 18:16
**house** 9:2 12:1,3
    14:18,20
**housekeeping** 6:4
**hundred** 12:17 13:10
    13:21 15:5 16:9
    18:21 20:24,25
    22:10 28:12
**hundreds** 20:6 22:10

**I**

**I'd** 6:19 7:1
**I'll** 7:3,15 29:15
    32:19 33:5
**I'm** 5:3,6 13:6 15:10
    16:2 17:7 23:12
    25:13,15 29:15 32:2
**I's** 22:20
**I've** 8:7 11:11 21:10
    31:14
**idea** 26:18
**II** 2:3
**immense** 23:2
**important** 10:19
    11:14
**inch** 21:14
**including** 8:2 14:10
    14:17 29:13
**incomplete** 14:11
    19:23
**inconsistencies** 11:11

11:13,17
**incredibly** 19:7
**INDEX** 3:18
**indicate** 14:4 17:22
**indicated** 23:9
**indicates** 26:10
**indication** 10:16
**individually** 9:11,19
**information** 6:16 7:7
    7:14,23,23 8:4,6,10
    8:12 9:5,7,20 10:14
    14:2 15:13 17:12,17
    17:24 18:12 19:18
    19:19,23 20:8 21:20
    21:22 23:2,3,6,11
    23:18,19,20 25:10
    27:2,17,24 28:18
    29:8 31:11,17 32:1
**instructed** 7:5,17
**instructions** 7:11
    10:24,25 21:7 31:6
    31:9
**insurance** 8:25 9:2
**insurance-related** 7:8
**intentional** 14:6
**interest** 13:2,13
    17:18 21:15,17
    25:21,23,24 26:19
    26:20 27:22
**interested** 4:13
**interesting** 17:1
**interests** 17:5 21:14
    26:1
**interpret** 12:23
**interpreted** 32:13
**involve** 15:8
**isn't** 13:10
**issue** 13:18 14:14,24
    26:17 29:16 30:9,19
**issued** 21:10
**issues** 8:13,15,17,18
    15:6
**it's** 7:16,16 11:9
    13:21 14:6,7,8,11
    14:13,14,16 15:17
    15:17 16:9,10 17:23
    19:12,13,13 20:2

26:7,8,8,18 28:11
    31:11,13,16 32:16
**items** 6:4

**J**

**J** 1:26 2:17,38 12:13
**Jackson** 2:6
**job** 14:9
**Johanson** 2:28,29
    5:13,14,14
**John** 2:3,33 5:1,15
**joint** 17:22,25 19:3
    28:5
**jointly** 18:19 24:23
**Jr** 3:10
**Judge** 1:38 3:3 4:15
    5:19 20:5,6 22:7,13
    27:12,16 29:11 32:1
**judgment** 15:6
**July** 28:7 34:6
**June** 1:33 4:1 13:7
    14:11 16:23 17:1,3
    17:8 18:1,2,9 23:10
    26:17 28:6

**K**

**Kentucky** 12:10
    20:22
**key** 13:16 27:16
**kinds** 7:6
**know** 8:17,19 13:17
    14:15 20:11,11 21:9
    24:3 25:1,2 26:1,1,2
    26:13 28:2 30:6
    31:7,8,18
**known** 8:15 21:17
    25:19,20,24 26:7,8
    26:8
**knows** 19:5

**L**

**L** 2:3
**lack** 8:19,20
**length** 10:21
**Leo** 1:26 2:17,38 4:16
    12:13
**liability** 11:6

**lien** 9:6
**limited** 11:5
**Listen** 2:39
**listening** 5:9,11
**lists** 10:13,18
**Litigation** 10:7
**little** 25:13 27:13
    31:13
**lives** 12:2,4 14:18
**LLC** 1:25 11:20 12:7
    12:14,18 21:18
**LLC's** 3:11
**LLP** 2:5
**long** 3:10 6:7 10:5
    23:17 32:10,14
**look** 12:5,20 17:24
**looking** 28:21
**looks** 26:20
**low** 7:20,21

**M**

**M** 1:40
**main** 21:17
**majority** 16:17
**making** 23:12
**mall** 16:18
**Management** 10:7,13
    10:15
**managing** 16:14
**March** 5:23
**Mark** 10:15,17
**material** 31:9
**matter** 14:8 16:20
    29:15,17 32:3 34:4
**matters** 7:3 15:19
    17:6 33:5
**mean** 23:13 26:6,7
**Megan** 2:20 4:19
**member** 12:13 16:14
    16:14
**members** 22:18
**mention** 17:19
**mentioned** 9:3 24:11
**messages** 9:24 10:1
**Michael** 1:17 2:10,39
    5:9
**Middle** 1:2 4:5

**million** 15:5 22:25
**million-ish** 14:14
**minor** 29:24
**misinforming** 14:12
**missing** 9:9,10
**moment** 17:24 18:3
**Momentum** 20:9,13
  20:15 21:2,3,23
  27:18 30:2,5,8,11
  30:15 31:15,20,24
**money** 26:12 31:7
**monies** 20:18,20
  28:19 30:12
**month** 18:25 19:17
**months** 18:13
**morning** 4:7,15,18,19
  4:22,25 5:1,14
  29:18 33:2
**motion** 3:5,7,9 14:18
  22:4 24:5 29:18
  32:7,7,19,21
**Mountain** 21:18
**moving** 8:9
**Murray** 2:20,21 4:19
  4:20 6:6 22:14,16

**N**

**N** 2:1 3:1 4:2
**name** 19:4 28:23
**named** 12:2
**nauseam** 11:7
**necessary** 15:13 27:7
**need** 13:1,18 14:25
  23:25 29:13 30:17
  32:8
**needed** 23:18,20
  25:15
**needle** 8:9
**needs** 1:9,19 4:11
  15:25 31:22
**never** 10:11,13 12:11
  26:12
**new** 11:4 16:15 24:25
**night** 24:24 26:9,14
**North** 1:41 2:22
  16:12
**Notary** 34:8

**note** 22:20
**noted** 22:17 29:7
**notes** 10:23
**Nperspective** 3:10
**Number** 10:22,22
  34:10
**numbering** 6:12
**numerous** 22:9 23:22

**O**

**O** 4:2
**o'clock** 4:10
**oath** 9:4
**obfuscated** 16:7,19
**obfuscation** 15:20
**object** 32:18
**objection** 6:19,21
  32:18
**observing** 5:15
**obtain** 5:22 23:18
**obtainable** 10:14
**obtaining** 23:1
**obviously** 16:2
**occurred** 8:1,3 24:16
**offer** 10:9,9
**office** 16:15 21:21
  27:19 30:3
**officer** 3:12 32:11
**Official** 2:25 4:20
**okay** 13:8,15 18:15
  20:4 22:8,12 25:13
  26:15 27:10,25
  29:12,22 30:10 31:2
  32:2,17
**once** 11:10 20:17
  27:24
**ones** 8:14 23:16
**operating** 10:6
**order** 3:5 5:21,22
  6:13 13:7 14:11
  16:1,23 17:2,8,14
  21:14 23:10 26:17
  29:16 32:5,12,16,17
  32:20
**ordered** 9:24
**orders** 5:23 14:10
  17:10,13

**ought** 6:18 10:25
**outset** 6:4
**owned** 12:17
**ownership** 11:5 18:8
  18:18
**owns** 11:25 12:1,3,19
  13:9,21 16:8,9,11
  16:13,15,16,17,24
  16:24 17:2
**Ozarks** 19:14
**OZK** 19:15

**P**

**P** 2:1,1 4:2
**P.A** 2:14,21
**pages** 22:10
**paperwork** 31:5
**part** 8:15 11:3 25:22
  30:3
**parties** 4:13 15:10
  32:4
**party** 32:18
**pay** 20:20 31:24
**paying** 12:2
**pending** 14:19
**people** 26:20
**percent** 12:17,19,25
  13:10,22,22,24,25
  16:9,13
**person** 17:6
**personal** 8:23 9:22
  12:1
**personally** 9:1 18:20
  24:11,20
**perspective** 6:1
**picking** 6:11
**picture** 19:18
**piece** 7:14
**place** 22:21
**Plaintiff** 1:22 2:10
**please** 4:7,13
**PLLC** 2:29
**point** 11:18,19 13:9
  15:16,18 17:8,16
  19:24 22:25 25:14
  29:24
**pointed** 29:2

**preliminary** 3:9
  15:11
**premises** 14:21
**present** 2:36 4:17
  9:10 24:15 29:20
**presentation** 29:14
**presiding** 4:6
**prior** 5:5,23 8:1,4
  11:10 30:1
**PRO** 1:15
**probably** 15:7
**problem** 8:15 25:23
  26:23
**problems** 25:25
**proceeding** 8:8,16
  15:19,24 20:1 25:9
**proceedings** 1:35,47
  3:3 5:24 6:6,12 15:7
  16:2 33:10 34:3
**proceeds** 7:13,18,24
  9:12 12:11,11 14:16
  19:22 20:16 21:4
  30:15
**process** 30:3
**produce** 7:5 8:23,25
  9:2,8 19:20
**produced** 9:7,9 17:21
  19:11 26:9
**production** 17:21
  22:5
**progress** 5:25
**promised** 10:8,10
**properties** 11:20,21
  11:22,24 12:3,7,10
  12:14,17 20:21,22
**property** 21:17
**proposition** 20:19
**protracted** 25:9
**provide** 7:15 27:24
  28:17
**provided** 1:48 20:6,7
  22:9 24:13 28:9,22
  31:9
**Public-State** 34:8
**purposefully** 16:7
**purposes** 14:8
**pursuant** 21:14

**pursue** 13:1 27:1,7
**pursuing** 27:23
**put** 8:21 14:1
**puzzled** 25:13

**Q**

**question** 13:21 16:10
16:12 23:9 30:17,22
**questions** 24:24
27:11

**R**

**R** 2:1,4 4:2 34:1
**raised** 24:24
**raises** 19:23
**real** 9:5 14:17
**really** 14:8 26:4
**reason** 25:7
**received** 9:15,23,25
10:13,23 11:2 20:12
20:13,14 21:11
24:15,18,22,24 25:1
30:4,11
**recess** 33:5
**recollection** 20:23
**record** 6:18,24 10:25
**recorded** 1:47
**recording** 1:47 34:3
**records** 13:1 19:7
30:24
**recover** 25:15
**recovery** 22:22 23:5,6
**Reel** 2:13 4:16
**refer** 6:14 11:20
**reference** 20:3 23:4
**referenced** 24:18
29:14 30:20
**references** 31:8
**reflect** 30:23
**refuses** 14:20,21
**refusing** 14:20
**regards** 21:13 28:1,4
**relate** 26:18
**related** 6:5 9:1,3
26:17
**removed** 28:6,9 29:6
**rent** 12:3

**REPORTER** 3:16
**REPORTERS** 1:48
**representations**
11:14
**represented** 12:16
**request** 10:10 23:4
**requested** 30:7
**required** 19:20
**resistance** 11:8
**resolution** 12:6,9,12
12:22
**respect** 6:13 7:13 8:6
8:22 11:17 14:13
16:22 23:15,16
24:10
**response** 22:1,6,7
**restructuring** 3:11,12
32:10
**retitled** 19:3
**return** 22:2
**returns** 7:7 8:22,23
**review** 8:8 29:13
**reviewed** 32:17
**revised** 8:12
**right** 5:20 8:15 22:14
24:5,7,9,12 26:24
27:3 29:10 31:12
33:1,4
**rise** 4:3 33:9
**Rizack** 6:7
**Roberta** 1:37 4:6
**Role** 3:11
**running** 10:15

**S**

**S** 2:1 4:2
**sale** 14:22 19:21
20:16 30:15
**sales** 7:13,19,24,25
8:2 9:13 14:15
24:16 30:13
**SAM** 1:40
**Sanctions** 3:7
**Sauer** 12:2,4,19,24
13:2,24 14:1,18
**saying** 10:23
**says** 12:12,18 16:11

16:16,18 17:2,4
19:12 20:23 32:13
**scheduled** 22:1
**seated** 4:8
**second** 32:7
**see** 31:23
**seek** 5:22
**seeking** 10:4
**seen** 10:2,11 26:13
**sell** 12:10 14:19 21:17
**Semach** 2:14 31:16
**send** 20:3
**senior** 9:6
**sense** 25:12
**sent** 11:1 18:22
**September** 12:8,8,24
13:23 17:11
**series** 17:10,10
**seriously** 15:24
**served** 10:16 30:2
**Services** 3:11
**session** 4:5
**set** 5:5 24:5 28:17
**She's** 14:20
**sheet** 8:10,12 9:20
14:2 17:18,24 18:12
29:8
**sheets** 6:16 7:7 8:6
**shouldn't** 30:8
**show** 3:5 5:21 6:13
17:14 22:24 30:24
**shrouded** 14:11
**sidetracked** 27:14
**signed** 12:15 21:16
21:18
**significant** 8:13,14
9:11 11:16,16,17
14:14 18:23 19:8
**single** 9:23
**sit** 7:20 27:19 31:20
**situation** 8:20
**six** 11:25 22:25
**sixty** 13:22
**small** 14:5
**sold** 11:21,25 20:21
**sole** 12:13
**son** 28:15

**soon** 21:2 27:18
**sorry** 5:3,6
**sort** 7:1 24:8
**sound** 1:47 34:3
**sounds** 15:14
**sources** 8:18
**Special** 1:9,19 4:10
**specific** 17:14
**specifically** 7:5,25
9:24 12:12 26:11
32:12
**spent** 7:10
**spin** 16:2
**spreadsheet** 7:16,17
7:22 8:5 10:1
**spreadsheets** 22:24
**stage** 15:11
**stand** 6:2 18:24
**start** 7:21
**starting** 15:14
**state** 5:5
**stated** 5:4
**statement** 15:18
26:10 28:21
**statements** 7:9 9:8,14
17:22 18:1,3,6,16
19:12,15 21:3,5,9
21:23,24 23:15,21
24:10,12,17,22,23
28:3,8 30:20,23,23
30:25 31:1,4,15,16
31:19
**States** 1:1,38,40 4:4
**Steve** 5:8
**STEVEN** 2:4
**stop** 13:3 18:1,2,3,6
**Storm** 9:4 10:6
**Stowe** 21:18
**Street** 2:6,22
**strip** 16:18
**struggling** 25:16
**subject** 17:14
**submitted** 6:16,17
7:12 8:14 32:20
**subpoena** 10:17 30:2
**subpoenaed** 31:3
**subpoenas** 20:10,11

21:11,12,24,25 22:5
**sufficient** 30:12
**Suite** 2:7,23,31
**supplemental** 20:8
**supplementary** 15:7
**suppose** 26:17
**sure** 16:2 27:5 29:25
   30:7

---
**T**

**T** 34:1,1
**take** 4:12 12:10 29:15
   32:2,14 33:5
**taken** 15:23 18:22
   32:11
**talked** 11:7,10
**talking** 7:11,25 23:19
   24:10
**Tampa** 1:3,42 2:8,16
   2:22,24,32 4:1
**tax** 7:7 8:22,23
**technically** 23:10
   28:22 29:5
**tell** 12:11 30:12
**telling** 12:21,22
**tells** 31:22
**test** 9:25
**testified** 9:4
**testimony** 25:11
**text** 9:24
**Thank** 5:16 6:3,25
   20:4,5 22:16 32:25
   33:6,7,8
**that's** 8:19,20 10:19
   13:16 14:23,23 16:8
   17:6,19 18:10,10
   24:4 25:15,20,22,22
   25:24 26:22,25 27:9
   28:18,24 31:10,22
   32:16
**there's** 6:18 10:16
   12:20 14:18 16:10
   16:12 17:19 18:3
   19:22,22 20:24 22:6
   22:7 24:5 25:25
   32:21
**they're** 6:15,23 8:7

9:18 16:20 21:9
**they've** 6:23
**thing** 17:1 29:24
**things** 6:2,7 10:3,4
   16:19 22:20 29:12
**think** 7:2,3 19:24
   20:2,22 21:18 28:6
   32:19
**thinking** 13:6
**third** 15:10
**thirty-three** 16:13
**thought** 6:15,17 22:1
**thousand** 18:21
   20:25 28:12,14,15
**three** 11:17 12:20
   16:6,22
**threshold** 30:19
**time** 7:10 10:5 20:2
   24:16 26:19 28:23
**title** 11:1
**titled** 19:13
**today** 5:15 6:2 7:20
   7:23 8:4,14 12:24
   13:23 15:1 19:16
   22:23 23:9,19 24:6
   24:11 25:3
**told** 20:14
**tools** 27:7
**trace** 14:16 30:14
**track** 20:18 21:4
   27:20
**tracking** 31:21
**transaction** 12:15
**transactions** 27:20
   28:11 31:21
**transcript** 1:35,48
   34:2
**transfer** 12:16 13:1
   13:20 31:23
**transferring** 19:6
   26:12
**transfers** 29:3
**transparency** 8:20,21
**trial** 10:20,21,22 12:5
**trickle** 25:10
**Trust** 1:10,20 4:11
**Trustee** 1:18 2:9,39

5:10 13:9 14:9
   15:12,25 16:23 17:2
   20:7 21:16,22 22:11
   23:10,23,23 25:20
   27:1,21
**Trustee's** 6:1
**truth** 12:21,22
**try** 11:12 21:21 27:19
**trying** 9:12 15:18
   21:19 23:3 27:6
   31:14
**twelve** 11:22,25
**twenty** 15:5 20:25
**twenty-nine** 20:25
**two** 5:23 6:10 8:11
   17:13 18:1,4,17,22
   24:22,25 25:25

---
**U**

**Um-hum** 13:19 30:21
**understand** 5:6 24:13
   27:22
**understanding** 28:11
   31:16
**Understood** 15:3,9
   16:4
**Underwood** 2:21
**United** 1:1,38,40 4:4
**universe** 31:11
**Unsecured** 2:26 4:20
**upload** 32:22,23
**uploaded** 6:24 12:6

---
**V**

**Vachon** 34:7
**version** 11:10
**victims** 22:22 23:1,7
**video** 5:1
**vital** 27:22
**voice** 5:2
**vs** 1:23

---
**W**

**waiting** 22:22
**want** 5:3 11:18,19
   15:24
**wanted** 25:8 28:8

**wants** 28:8
**Warner** 16:8
**way** 13:17 19:13
**ways** 12:20,23
**we'll** 7:21 17:24
   28:17 30:7 32:24
   33:4
**we're** 7:25 9:9,10,12
   15:11 19:18,24 22:3
   23:9,16,19 24:9
   27:6 31:10
**we've** 6:12 9:23,25
   10:10,12,20 11:7,10
   15:23 17:11 19:25
   20:7,10,12 21:13
   22:23 23:18,20
   24:15 26:12 31:4,5
**week** 19:17
**weeks** 9:4
**went** 12:11 20:16,18
   20:20,20 21:1,4
   28:13,13,19 31:7,8
   31:24
**weren't** 9:24 21:5
**West** 2:15,30
**what's** 21:13 31:5
**wife** 17:23,25 18:7,8
   19:3 24:23 26:12
   28:6,13,20 29:6
**wife's** 19:4
**William** 3:10
**WILSON** 2:20
**wire** 7:11 10:24,25
   31:6,23
**wires** 30:23
**wiring** 21:7
**Wirth** 2:4 5:8 28:7
   29:19 32:20
**Wirth's** 29:18
**Witeck** 2:33
**Witek** 5:15
**withdraw** 20:3 23:4
**woman** 12:2
**word** 3:18 13:12,17
**words** 12:14,15
**worked** 11:11 21:21
**working** 32:4

**X**

**X** 3:1

**Y**

**year** 14:3
**years** 8:1
**yesterday** 20:14
  28:10
**you're** 15:14 24:9
**you've** 24:17

**Z**

**Zoom** 2:3,4,28,39
  4:23 5:18 22:19

**0**

**07/24/2026** 34:9

**1**

**1** 3:5 34:6
**10:00** 4:1,10
**100** 2:22
**10th** 17:3
**11** 1:17 2:9 5:10 14:9
  17:2
**11th** 17:3
**12** 1:33 4:1 18:13
**14** 10:22,22
**1421** 18:2
**170** 18:4
**1700** 2:7
**18** 6:11 12:5

**2**

**2** 3:7
**20** 11:4,4
**2024** 9:9,11 12:24
  18:1,2,9 24:15 28:7
  28:9
**2025** 1:33 4:1 28:14
  34:6
**22** 6:11
**23** 8:23,24
**2325** 2:23
**24** 8:23,24 9:10 11:24
  12:8,8 24:15
**24-139** 4:11
**260,000** 18:4,13

**3**

**3** 3:9
**300** 2:31
**34** 3:16
**3414** 2:30
**35** 3:18
**3rd** 13:7 14:11 16:23
  17:1,8 23:10 26:17

**4**

**4** 3:3
**401** 2:6
**401(k)** 19:13
**407** 1:50
**443-9289** 1:50
**48** 18:16

**5**

**6**

**6027** 18:2
**6399** 26:11
**6409** 26:11

**7**

**8**

**8:24-ap-00139-RCT**
  1:15
**8:24-bk-00676-RCT**
  1:5
**801** 1:41
**8th** 30:3

**9**

**90** 18:5
**9301** 2:15
**9th** 12:8,24