# EXHIBIT D



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Preferred Rewards**

**Customer service information**

📱 1.888.888.RWDS (1.888.888.7937)

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

JANE M GOVONI
LEO J GOVONI
14109 SPOONBILL LN
CLEARWATER, FL  33762-4548

# Your Bank of America Advantage Savings
# Preferred Rewards Platinum Honors

for May 9, 2024 to June 5, 2024

**JANE M GOVONI    LEO J GOVONI**

Account number: ▮▮▮▮▮▮ 6027

## Account summary

| | |
|---|---:|
| Beginning balance on May 9, 2024 | $20,608.65 |
| Deposits and other additions | 100,000.96 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 5, 2024** | **$120,609.61** |

Annual Percentage Yield Earned this statement period: 0.04%.
Interest Paid Year To Date: $10.86.

---

**Zelle®**

**Busy life? Send money straight to their bank account.**

Use Zelle® to send money to family and friends, no matter where they bank in the U.S.

**To learn more scan the code or visit,** bankofamerica.com/zelle.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-02-24-0561.B | 6172043

BOA SAV 6027 - 000243

PULL: B   CYCLE: 4   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: FL

Page 1 of 6

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



JANE M GOVONI  |  Account # ████████ 6027  |  May 9, 2024 to June 5, 2024

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 06/03/24 | Online Banking transfer from CHK 1421 Confirmation# 7845370881 | 100,000.00 |
| 06/05/24 | Interest Earned | 0.96 |

**Total deposits and other additions** — **$100,000.96**

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## Important information about payment scams

**We will never...**
- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-09-23-0692.A  |  6039180

BOA SAV 6027 - 000245

This page intentionally left blank

BOA SAV 6027 - 000246

This page intentionally left blank

This page intentionally left blank