## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Tampa Division
### www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS | |
| TRUST ADMINISTRATION, INC., | Chapter 11 |
| | |
| Debtor. | |
| _____ | |
| | |
| MICHAEL GOLDBERG, as Chapter 11 Trustee | |
| of the estate of Debtor, The Center for | |
| Special Needs Trust Administration, Inc., | |
| | |
| Plaintiff, | |
| | |
| v. | Adv. Pro. No. 8:24-ap-00139-RCT |
| BOSTON FINANCE GROUP, LLC, a Florida limited | |
| liability company and LEO J. GOVONI, an individual, | |
| | |
| Defendants. | |
| _____ | |

### RESPONSE OF DR. JANE GOVONI TO
### CHAPTER 11 TRUSTEE'S EMERGENCY MOTION
### TO COMPEL TURNOVER OF FUNDS AND FOR SANCTIONS
### (Doc. No. 158)

COMES NOW Dr. Jane Govani (**"J. Govoni"**) and files this her Response to Chapter 11 Trustee's Emergency Motion to Compel Turnover of Funds and for Sanctions and states as follows:

1. Dr. Jane Govoni, herein after, "J. Govoni" is the wife of Leo Govoni.

2. J. Govoni is a professor at the University of South Florida and has her own source of income separate and distinct from Leo Govoni.

3. With some minor exceptions, all of the income of J. Govoni has been maintained separately from the financial affairs of Leo Govoni.

4. Bank of America Account no. 1421 was titled jointly to Leo Govoni and J. Govoni. On December 16, 2015, J. Govoni deposited $50,024.77 from her Regions account; on January 12, 2016, J. Govoni deposited $4,631.61 from her Regions account. Those funds were from her employment at USF. The Regions account was titled solely in the name of J. Govoni.

5. On December 3, 2024, J. Govoni deposited $17,542.45 and $11,824.26 from Home and Flood Insurance proceeds into Bank of America account no. 1421.

6. As of May 10 - June 6, 2024, the balance in the joint account no. 1421 was $120,306.31. J. Govoni removed Leo Govoni from the account in June 2024.

7. J. Govoni transferred $40,000.00 from Bank of America account no. 6399 and $40,000.00 from Bank of America account no. 6409 into Bank of America account no.1421 on September 3, 2024. Both accounts were J. Govoni's funds and solely her accounts with her children as beneficiaries.

8. J. Govoni opened a $200,000.00 CD at Bank of America in her name and on advice of Counsel, the $200,000.00 has been transferred into a savings account solely in the name of Dr. Jane Govoni.

9. Out of the $200,000.00 in savings, $164,023.09 is solely funds deposited by Dr. Jane Govoni or insurance proceeds as follows:

| | |
|---|---|
| $50,024.77 | J. Govoni's Regions Account |
| $4,631.61 | J. Govoni's Regions Account |
| $17,542.45 | Insurance Proceeds |
| $11,824.26 | Insurance Proceeds |
| $40,000.00 | Bank of America #6409 |
| $40,000.00 | Bank of America #1421 |
| $164,023.09 | |

10. Leo Govoni only deposited his paychecks from BFG into the joint Bank of America account no. 1421.

11. No proceeds from the sale of Artspace Properties, LLC was deposited in the joint Bank of America account no. 1421. No proceeds from the sale of any property were deposited into the joint Bank of America account no. 1421.

**WHEREFORE**, J. Govoni requests this honorable court deny the Motion to Compel Turnover of Funds and for Sanctions and for such other and further relief as this court deems appropriate.

**RESPECTFULLY submitted** on this 3rd day of November 2025.

FORD & SEMACH, P.A.

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for Debtor