ORDERED.

**Dated:  March 16, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:                                                                          Case No. 8:24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                             Chapter 11

      Debtor.

_____

MICHAEL GOLDBERG, as Chapter 11 Trustee
of the estate of Debtor, The Center for
Special Needs Trust Administration, Inc.

      Plaintiff,

v.                                                                               Adv. Pro. No. 8:24-ap-00139-RCT

BOSTON FINANCE GROUP, LLC, a Florida limited
liability company and LEO J. GOVONI, an individual,

      Defendants.

_____

## ORDER EXTENDING DURATION OF INJUNCTION

THIS PROCEEDING came before the Court on March 12, 2026, at 10:00 a.m., on the *ex parte* Emergency Motion to Extend the Duration of Injunction (the "Motion") filed by Michael Goldberg, the Chapter 11 Trustee (Doc. 167). The Court having considered the Motion and materials submitted therewith, and finding good cause to extend the duration of the Court's

85816754;1

Injunction (Doc. 165), it is

  **ORDERED**:

  1. The duration of the Court's Injunction (Doc. 165), and all relief granted therein, is extended for an additional one hundred twenty (120) days or **until July 9, 2026 at 5:00 p.m. (ET)**, but can be further extended upon a showing of good cause.

  2. Based on the legal and equitable arguments raised by the Plaintiff, no grant of security is required by the Plaintiff pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

  3. Subsequent to the entry of this Order, notice of it will be provided to the TRO Entities[1] as soon as practicable.

  4. The Motion and this Order comply with all requirements of Rule 65 of the Federal Rules of Civil Procedure.

  5. The Court shall conduct a further hearing on the Injunction on **July 9, 2026, at 10:00 a.m.** at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 8A, Tampa, FL 33602.

  6. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing. To register click the link below or manually enter the following web address into a browser:

https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration

---

[1] Defined terms herein have the meaning given to them in the Preliminary Injunction.

7.    All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Steven R. Wirth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

85816754;1